**Exhibit A**

Sapphire PO & Payments

| PO No. | Invoice Date | Invoice No. | Amount | Payment | Payment received Date |
|---|---|---|---|---|---|
| 71101 | 09/12/03 | Sapphire 0902803 / 0902703 / 0902603 / 0901903/0901803/0901703 | US$137,846.58 | Paid | 10/6/2003 |
|  | 10/13/03 | Sapphire 1001703 / 1001803 | US$5,126.04 | Paid | 11/13/2003 |
| 71102 | 10/13/03 | Sapphire 1001703 / 1001803 / 1001903 / 1002003 / 1004403 | US$95,231.44 | Paid | 11/13/2003 |
|  | 11/04/03 | Sapphire 1100603 | US$9,816.04 | Paid | 11/20/2003 |
| 71103 | 11/04/03 | Sapphire 1100603 / 1100703 | US$34,598.78 | Paid | 11/20/2003 |
|  | 11/14/03 | Sapphire 1101703 | US$707.04 | Paid | 11/27/2003 |
| 71104 | 11/04/03 | Sapphire 1100703 | US$12,749.14 | Paid | 11/20/2003 |
|  | 11/14/03 | Sapphire 1101703 / 1101803 | US$28,432.42 | Paid | 11/27/2003 |
| 71105 | 11/14/03 | Sapphire 1101703 / 1101803 | US$21,685.42 | Paid | 11/27/2003 |
| 102902 | 12/05/03 | Sapphire 1200403 / 1200103 | US$61,954.80 | Paid | 12/22/2003 |
| 111201 | 12/15/03 | Sapphire 1203703 / 1202403 | US$60,753.50 | Paid | 1/6/2004 |
| 112201 | 01/16/04 | Sapphire 0102604 / 0102704 / 0102804/ 0102904 | US$123,314.40 | Paid | 2/2/2004 |
| 121901 | 02/27/04 | Sapphire 0203304 / 0203404 | US$32,791.80 | Paid | 3/12/2004 |
|  | 03/05/04 | Sapphire 0300704 / 0300604 | US$21,961.00 | Paid | 3/24/2004 |
| 121902 | 02/27/04 | Sapphire 0203304 / 0203404 | US$24,642.00 | Paid | 3/12/2004 |
|  | 03/05/04 | Sapphire 0300704 / 0300604 | US$37,071.74 | Paid | 3/24/2004 |
| 11604 | 04/03/04 | Sapphire 0304304 / 0304504 / 0304604 / 0304704 / 0400904 | US$140,359.90 | Paid | 4/22/2004 |
| 33001 | 04/10/04 | Sapphire 0400904 | US$198.90 | Paid | 4/22/2004 |
| 52601 | 06/10/04 | Sapphire 0601504 | US$66.00 | Paid | 6/23/2004 |
|  | 06/29/04 | Sapphire 0604204 | US$340.76 | Paid | 7/14/2004 |
| 041401 | 07/25/04 | Sapphire 0704504 | US$246.61 | Paid | 8/9/2004 |
|  | 11/05/04 | SAPPHIRE1100604 | US$35.23 | Paid | 11/19/2004 |
|  | 03/12/05 | SAPPHIRE0301305 | US$216.24 | Paid | 3/22/2005 |
| 051301 | 07/23/04 | Sapphire 0705204 / 0702804 / 0704504 | US$18,951.40 | Paid | 8/9/2004 |
|  | 07/17/04 | Sapphire 0702804 / 0704504 | US$61,317.90 | Paid | 8/9/2004 |
|  | 09/20/04 | Sapphire 0904104 | US$942.10 | Paid | 10/8/2004 |
|  | 11/26/04 | Sapphire 1107704 | US$1,455.12 | Paid | 12/9/2004 |
| 052401 | 12/01/04 | Sapphire1200104 / 1200204 | US$555.60 | Paid | 12/9/2004 |
|  | 12/06/04 | Sapphire 1200404 | US$959.92 | Paid | 12/22/2004 |
|  | 03/12/05 | Sapphire 0301305 | US$3,118.50 | Paid | 3/22/2005 |
|  | 02/18/05 | SAMPLE0200505 / 0301105 | US$1,089.95 | Paid | 5/3/2005 |
| 062301 | 08/04/04 | Sapphire 0800604 | US$4,076.00 | Paid | 8/26/2004 |
| 071201 | 09/20/04 | Sapphire 0904104 | US$1,187.20 | Paid | 10/8/2004 |
|  | 09/20/04 | Sapphire 0904104 | US$40,308.64 | Paid | 10/8/2004 |
| 072201 | 10/08/04 | Sapphire 1000604 / 1000704 | US$14,098.28 | Paid | 10/27/2004 |
|  | 10/15/04 | Sapphire 1003104 | US$5,284.50 | Paid | 11/19/2004 |
|  | 10/08/04 | Sapphire 1000604 / 1000704 / 1000504 | US$59,665.04 | Paid | 10/27/2004 |
| 072202 | 10/15/04 | Sapphire 1003104 / 1005304 | US$27,887.32 | Paid | 11/19/2004 |
|  | 11/05/04 | Sapphire 1100404 / 1100604 | US$32,728.72 | Paid | 11/19/2004 |
|  | 11/26/04 | Sapphire 1107704 | US$14,888.80 | Paid | 12/9/2004 |
|  | 10/08/04 | Sapphire 1000604 / 1000704 | US$11,772.88 | Paid | 10/27/2004 |
|  | 10/15/04 | Sapphire 1003104 / 1005304 | US$22,338.76 | Paid | 11/19/2004 |
| 072203 | 11/05/04 | Sapphire 1100604 | US$17,238.62 | Paid | 11/19/2004 |
|  | 11/26/04 | Sapphire 1107704 | US$10,355.06 | Paid | 12/9/2004 |
|  | 12/03/04 | Sapphire1200304 | US$13,378.80 | Paid | 12/22/2004 |
|  | 03/12/05 | Sapphire 0301305 | US$7,738.61 | Paid | 3/22/2005 |
|  | 10/08/04 | Sapphire 1000604 | US$12,158.08 | Paid | 10/27/2004 |
| 063001 | 10/21/04 | Sapphire 1005304 | US$7,216.16 | Paid | 11/19/2004 |
|  | 11/05/04 | Sapphire 1100604 | US$3,699.04 | Paid | 11/19/2004 |
| 120703 | 03/12/05 | Sapphire 0301305 | US$25,512.52 | Paid | 3/22/2005 |
|  | 03/18/05 | Sapphire 0302705 | US$2,218.48 | Paid | 5/9/2005 |
|  | 03/18/05 | SAPPHIRE0302605 | US$35,827.44 | Paid | 4/8/2005 |
| 120704 | 03/25/05 | SAPPHIRE0304405 | US$21,041.78 | Paid | 4/15/2005 |
|  | 03/18/05 | SAPPHIRE0302705 | US$11,493.48 | Paid | 5/9/2005 |
|  | 04/28/05 | Sapphire 0405305 | US$537.80 | Un paid $537.8 |  |
| 120706 | 03/25/05 | SAPPHIRE0304405 | US$4,964.96 | Paid | 4/15/2005 |
|  | 04/08/05 | SAPPHIRE0400405 | US$7,447.44 | Paid | 5/3/2005 |
|  | 03/18/05 | SAPPHIRE0302705 | US$14,185.60 | Paid | 5/9/2005 |
|  | 04/08/05 | SAPPHIRE0400405 / 0400605 | US$43,413.52 | Paid | 5/3/2005 |
| 120710 | 04/16/05 | SAPPHIRE0402805 | US$24,152.04 | Paid $7043.17 on 5/9/05 , balance $17,108.87 up paide |  |
|  | 04/16/05 | Sapphire 0402905 | US$25,680.88 | Un paid $25,680.88 |  |
|  | 04/28/05 | Sapphire 0405305 | US$20,355.72 | Un paid $20,355.72 |  |
|  | 05/09/05 | Sapphire 0500105 | US$24,858.24 | Un paid $24,858.24 |  |
|  | 05/14/05 | Sapphire 0500905 | US$25,168.64 | Un paid $25,168.64 |  |
|  | 05/14/05 | Sapphire 0501005 | US$20,402.58 | Un paid $20,402.58 |  |
| 120711 | 04/28/05 | Sapphire 0405305 | US$3,523.00 | Un paid $ 3,523.00 |  |
| 120712 | 05/14/05 | Sapphire 0501005 | US$4,731.54 | Un paid $ 4,731.54 |  |