**Exhibit B – Part 1**

19-AUG-2005  14:13  FROM  SUNFIELD.COM.CN        TO  0088672240520        P.01/17



2/F Oastar Building, Zhongkang Road, Shangmeilin, Shenzhen, China

Tele. (86 755) 83114358
Fax:  (86 755) 83114354/ 83103194

# Inspection Report

Report Ref. No.:   SZXWT00122214

| To | : | Tivoli Audio, LLC | | Fax / E-mail: | | tivolicon@aol.com | |
|---|---|---|---|---|---|---|---|
| Att | : | Tom Devesto | | | | | |
| Cc | : | Sunfield Shenzhen | | Fax / E-mail : | | | |
| Att | : | Peter Peng | | | | | |
| From | : | Hanson Cai | | | Fax / E-mail: | | Hanson_cai@sgs.com |
| SGS File No.: | | CN1US-079377 | Date:10/May/2005 | | SGS Registration No.: | | CN1US-079377 |

Buyer:                Tivoli Audio, LLC
Agent:                N / A
Supplier:             Sunfield, TW
Manufacturer:         Sunfield, ShenZhen
Product description:  Speakers

L/C Number:                              (x) Not Available
P.O. Number:          SF0501252
                      SF0501253
Service performed:    FRI                 Inspection Date:       10 –MAY - 2005
Inspection Location:  ShaJing, ShenZhen

REFERENCE SAMPLE PROVIDED:          By Principal  (For data measurement only)

## 1.0   SUMMARY OF INSPECTION RESULT :

| Model No | Quantity for inspection | AQL applied | Sample size | Overall result |
|---|---|---|---|---|
| ST1- L/R MKII | 740 | According to Client instruction are using ANSI/ASQC Z1.4-1993, Single sampling plans for normal inspection AQL = Level I – according to letter code sample size only. Critical = Not allow Major  = 0.65 Minor  = 1.5 | 32 | Not confirmed |

Note: Inspection results are defined as "Conformed" Not conformed" "Not applicable" and "Subject to Client's Evaluation"

FOLLOW UP ACTIONS: (as applicable)
☐ Inspection certificate will be issued
☐ Supplier advised shipment scheduled for ————————————————————

Page 1 of 4
CN-D-OPS-

The Company under its General Conditions issues this report for Inspection and Testing Services (copy available upon request). The issuance of this report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations to the contrary are not binding on the Company. The Company's responsibility under this report is limited to proven negligence and will in no case be more ten times the amount of the fees or commission. Except by special arrangement, Sample, if drawn, will not be retained by the Company for more ...

19-AUG-2005  14:14   FROM  SUNFIELD.COM.CN          TO  0088672240520          P.02/17



2/F Oastar Building, Zhongkang Road, Shangmeilin, Shenzhen, China

Tels. (86 755) 83114358
Fax:  (86 755) 83114354/ 83103194

# Inspection Report

Report Ref. No.:  SZXWT00122214

| To | : | Tivoli Audio, LLC | | Fax / E-mail: | | tivolicon@aol.com | |
|---|---|---|---|---|---|---|---|
| Att | : | Tom Devesto | | | | | |
| Cc | : | Sunfield Shenzhen | | Fax / E-mail : | | | |
| Att | : | Peter Peng | | | | | |
| From | : | Hanson Cai | | Fax / E-mail: | | Hanson_cai@sgs.com | |
| SGS File No.: | | CN1US-079377 | Date:10/May/2005 | SGS Registration No.: | | CN1US-079377 | |

Buyer:            Tivoli Audio, LLC
Agent:            N / A
Supplier:         Sunfield, TW
Manufacturer:     Sunfield, ShenZhen
Product description:  Speakers

L/C Number:                           (x) Not Available
P.O. Number:      SF0501252
                  SF0501253
Service performed:  FRI          Inspection Date:      10 –MAY – 2005
Inspection Location:  ShaJing, ShenZhen

REFERENCE SAMPLE PROVIDED:        By Principal  (For data measurement only)

## 1.0  SUMMARY OF INSPECTION RESULT :

| Model No | Quantity for inspection | AQL applied | Sample size | Overall result |
|---|---|---|---|---|
| ST1- L/R MKII | 740 | According to Client instruction are using ANSI/ASQC Z1.4-1993, Single sampling plans for normal inspection AQL = Level I – according to letter code sample size only. Critical = Not allow Major  = 0.65 Minor  = 1.5 | 32 | Not confirmed |

Note: Inspection results are defined as "Conformed" Not conformed" "Not applicable" and "Subject to Client's Evaluation"

FOLLOW UP ACTIONS: (as applicable)
☐ Inspection certificate will be issued
☐ Supplier advised shipment scheduled for _____

The Company under its General Conditions issues this report for Inspection and Testing Services (copy available upon request)  The issuance of this report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations to the contrary are not binding on the Company. The Company's responsibility under this report is limited to proven negligence and will in no case be more then ten times the amount of the fees or commission Except by special arrangement, samples, if drawn, will not be retained by the Company for more than three months.

19-AUG-2005  14:14   FROM  SUNFIELD.COM.CN          TO  0008672240520        P.03/17

# SGS

☐ Manufacturer / supplier commented on inspection result as follow: _____

☐ Please instruct regarding issuance of inspection certificate.

☐ We sent you defective samples by _____ AWB. No.: _____ on _____ Please advise your
evaluation.

☐ We recommend the following corrective action_____

☐ Additional SGS service _____results due by _____

## 2.0 SUMMARY OF INSPECTION CONTENTS

| Model No | Style / Material / Color | Workmanship / Visual / Function | Packing | Marking / label | Data measurement |
|----------|--------------------------|----------------------------------|---------|-----------------|------------------|
| ST1-L/R MKII | Confirmed | Confirmed | Confirmed | Confirmed | Actual Finding |

## 3.0   WORKMANSHIP APPEARANCE / FUNCTION INSPECTION FINDINGS:
(As according to Client's instruction "Critical and Major defect" are not allowed!  And "Minor defects" are
just for repair and improvement mainly! )

| Model No | Defect description | Critical | Major | Minor |
|----------|--------------------|----------|-------|-------|
| ST1-R MKII | Scratch mark on rear cabinet. (S/N:  S13605) | 0 | 0 | 1 |

## 4.0   PACKING

| Model No | Export packing | Individual packing |
|----------|----------------|--------------------|
| ST1-L/R  MKII | 2 ply corrugated carton and sealed by gummed tapes | Each unit was protected with poly bag and poly foam, then packed into carton together with accessories bag (3pcs spikes, 3pcs rubber caps, 2pcs plastic foot and 4pcs black screw, user's guide and warranty card.) |

## 5.0   MARKING / LABELING

| Model No | On Export carton |
|----------|------------------|
| ST1-L /R MKII | 1). Shipping mark<br><br>**Sapphire™**<br>**ST1 MKII**<br>High performance three-way Tower Speaker<br><br>2). Side mark<br><br>**HANDLE WITH CARE**<br>Designed and Engineered by Cary Christie<br>And Tom DeVesto<br>Exclusive 1" Sapphire Polycell Dome Tweeter<br>5.25" Aluminum Cone Midranges<br>8" side-firing woofer<br>Magnetically Shielded<br>Bi-Wirable<br>Bass Reflex Design |

Page 2  of  3
CN-O-OPC

The Company under its General Conditions issues this report for Inspection and Testing Services (copy available upon request). The issuance of this report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale Stipulations to the contrary are not binding on the Company. The Company's responsibility under this report is limited to proven negligence and will in no case be more then ten times the amount of the fees or commission. Except by special arrangement, samples, if drawn, will not be retained by the Company for more than three months

the contrary are non binding on the Company, The Company is responsibility under this report is limited to proven negligence and will in no case be more then ten times the amount of the fees or commission. Except by special arrangement, samples, if drawn, will not be retained by the Company for more than three months

19-AUG-2005  14:15    FROM  SUNFIELD.COM.CN                    TO  0088672240520            P.04/17

# SGS

☐ Manufacturer / supplier commented on inspection result as follow: _____

☐ Please instruct regarding issuance of inspection certificate.

☐ We sent you defective samples by _____ AWB. No.: _____ on _____ Please advise your
evaluation.

☐ We recommend the following corrective action _____

☐ Additional SGS service _____ results due by _____

## 2.0 SUMMARY OF INSPECTION CONTENTS

| Model No | Style / Material / Color | Workmanship / Visual / Function | Packing | Marking / label | Data measurement |
|---|---|---|---|---|---|
| ST1-L/R MKII | Confirmed | Confirmed | Confirmed | Confirmed | Actual Finding |

## 3.0 WORKMANSHIP APPEARANCE / FUNCTION INSPECTION FINDINGS:
(As according to Client's instruction "Critical and Major defect" are not allowed!  And "Minor defects" are just for repair and improvement mainly! )

| Model No | Defect description | Critical | Major | Minor |
|---|---|---|---|---|
| ST1-R MKII | Scratch mark on rear cabinet. (S/N: S13605) | 0 | 0 | 1 |

## 4.0 PACKING

| Model No | Export packing | Individual packing |
|---|---|---|
| ST1-L/R MKII | 2 ply corrugated carton and sealed by gummed tapes | Each unit was protected with poly bag and poly foam, then packed into carton together with accessories bag (3pcs spikes, 3pcs rubber caps, 2pcs plastic foot and 4pcs black screw, user's guide and warranty card.) |

## 5.0 MARKING / LABELING

| Model No | On Export carton |
|---|---|
| ST1-L /R MKII | 1). Shipping mark |

Sapphire™
## ST1 MKII
High performance three-way Tower Speaker

2). Side mark

**HANDLE WITH CARE**
Designed and Engineered by Cary Christie
And Tom DeVesto
Exclusive 1" Sapphire Polycell Dome Tweeter
5.25" Aluminum Cone Midranges
8" side-firing woofer
Magnetically Shielded
Bi-Wirable
Bass Reflex Design

The Company under its Genral Conditions issues this report for Inspection and Testing Services (copy available upon request). The issuance of this report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations to the contrary are not binding on the Company. The Company's responsibility under this report is limited to proven negligence and will in no case be more then ten times the amount of the fees or commission. Except by special arrangement, samples, if drawn, will not be retained by the Company for more than three months.

# SGS

Black Glass Top
Grilles Included

Quantity:
One right Speaker
Premium Black Ash Vinyl

One left Speaker
Premium Black Ash Vinyl

Shipping:
Wt: 52.7 lb
Vol: 5.1 cu ft

## Sapphire™
RED HOT Blue!
One Broadway, Suite 600
Cambridge, Massachusetts 02142 USA
www.SapphireAudio.com
Sapphire and the Sapphire logo are trademarks of Sapphire audio.
MADE IN CHINA

3) Label:
3.1 UPC label stuck on export carton: 831623011117
3.2 Rating label stuck on rear cabinet.
3.3 Serial number label stuck on unit and export carton.

## 6.0  DATA MEASUREMENT

| Model No | Data measurement |
|---|---|
| ST1-L/R MKII | 1). AC Impedance curve found acceptable except defects shown in AQL.<br>2). Speaker polarity check found acceptable except defects shown in AQL.<br>3). Buzz & Rattle check found acceptable except defects shown in AQL.<br>4). 3pcs samples for actual installation check found acceptable.<br>5). 1 pc rubber foot for "left mark test" found acceptable. |

## 7.0  PROBLEM REMARKS / INFORMATIVE REMARKS

| Model No | Problem remark / Informative remark |
|---|---|
| ST1-L/R MKII | NIL |

The Company under its General Conditions issues this report for Inspection and Testing Services (copy available upon request) The issuance of this report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations to the contrary are not binding on the Company. The Company's responsibility under this report is limited to proven negligence and will in no case be more than ten times the amount of the fees or commission. Except by special arrangement, samples, if drawn, will not be retained by the Company for more than three months



2/F Oastar Building, Zhongkang Road, Shangmeilin, Shenzhen, China

Tele. (86 755) 83114358
Fax:  (86 755) 83114354/ 83103194

# Inspection Report

Report Ref. No.:  SZXWT000

| To   : | Tivoli Audio, LLC | | Fax / E-mail: | | tivolicon@aol.com |
|---|---|---|---|---|---|
| Att   : | Tom Devesto | | | | |
| Cc   : | Sunfield Shenzhen | | Fax / E-mail : | | |
| Att   : | Peter Peng | | | | |
| From  : | Hanson Cai | | Fax / E-mail: | | Hanson_cai@sgs.com |
| SGS File No.: | CN1US- | Date:05/05/04 | SGS Registration No.: | | CN1US- |

Buyer:                    **Tivoli Audio, LLC**
Agent:                    **N / A**
Supplier:                 **Sunfield, TW**
Manufacturer:             **Sunfield, ShenZhen**
Product description:  **Speakers**

L/C Number:                                    **(x) Not Available**
P.O. Number:        **SF0501254/SF0501255**

Service performed:   **FRI**          Inspection Date:      **04 -May - 2004**
Inspection Location:  **ShaJing, ShenZhen**

REFERENCE SAMPLE PROVIDED:              By Principal  (For data measurement only)

## 1.0   SUMMARY OF INSPECTION  RESULT :

| Model No | Quantity for inspection | AQL applied | Sample size | Overall result |
|---|---|---|---|---|
| N/A | N/A | According to Client instruction are using ANSI/ASQC Z1.4-1993, Single sampling plans for normal inspection AQL = Level I – according to letter code sample size only. Critical = Not allow Major  = 0.65 Minor  = 1.5 | N/A | N/A |
| ST2 MKII | 420 | | 32 | Confirmed |

Note: Inspection results are defined as "Conformed" Not conformed" "Not applicable" and "Subject to Client's Evaluation"

FOLLOW UP ACTIONS: (as applicable)
☐ Inspection certificate will be issued
☐ Supplier advised shipment scheduled for _____ 出货排生 5/a

The Company under its General Conditions issues this report for Inspection and Testing Services (copy available upon request). The issuance of this report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations to the contrary are not binding on the Company. The Company's responsibility under the report is limited to proven negligence and will in no case be more than ten times the amount of the fees or commission. Except by special arrangement, samples, if drawn, will not be retained by the Company for more than three months.



Grilles Included

Quantity:
One right Speaker
Premium Black Ash Vinyl

One left Speaker
Premium Black Ash Vinyl

Shipping:
Wt: 60.5 lb
Vol: 6.1 cu ft

**Sapphire™**
RED HOT Blue!
One Broadway, Suite 600
Cambridge, Massachusetts 02142 USA
www.SapphireAudio.com
Sapphire and the Sapphire logo are trademarks of Sapphire audio.
MADE IN CHINA

3) Label:
3.1 UPC label stuck on export carton: 831623012114
3.2 Rating label stuck on rear cabinet.
3.3 Serial number label stuck on unit and export carton.

## 6.0   DATA MEASUREMENT

| Model No | Data measurement |
|---|---|
| ST2 MKII | 1). AC impedance curve found acceptable except defects shown in AQL.<br>2). Speaker polarity check found acceptable except defects shown in AQL.<br>3). Buzz & Rattle check found acceptable except defects shown in AQL.<br>4). 3pcs samples for actual installation check found acceptable. |

## 7.0   PROBLEM REMARKS / INFORMATIVE REMARKS

| Model No | Problem remark / Informative remark |
|---|---|
| ST2 MKII | NIL |

The Company under its General Conditions issues this report for Inspection and Testing Services (copy available upon request). The issuance of this report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations to the contrary are not binding on the Company. The Company's responsibility under this report is limited to proven negligence and will in no case be more than ten times the amount of the fees or commission. Except by special arrangement, samples, if drawn, will not be retained by the Company for more than three months.

19-AUG-2005  14:16  FROM SUNFIELD.COM.CN          TO 0088672240520          P.09/17



D raft Report

2/F Oastar Building, Zhongkang Road, Shangmeilin, Shenzhen, China

Tele. (86 755) 83114358
Fax:  (86 755) 83114354/ 83103194

## Inspection Report

Report Ref. No.:  SZXWT00122214

| To    : | Tivoli Audio, LLC | Fax / E-mail: | tivolicon@aol.com | |
|---|---|---|---|---|
| Att  : | Tom Devesto | | | |
| Cc   : | Sunfield Shenzhen | Fax / E-mail : | | |
| Att  : | Peter Peng | | | |
| From : | Hanson Cai | Fax / E-mail: | Hanson_cai@sgs.com | |
| SGS File No.: | CN1US-079377 | Date:10/May/2005 | SGS Registration No.: | CN1US-079377 |

Buyer:              Tivoli Audio, LLC
Agent:              N / A
Supplier:           Sunfield, TW
Manufacturer:       Sunfield, ShenZhen
Product description:  Speakers

L/C Number:                        (x) Not Available
P.O. Number:         SF0501252
                     SF0501253

Service performed:   FRI             Inspection Date:       10 –MAY - 2005
Inspection Location:  ShaJing, ShenZhen

REFERENCE SAMPLE PROVIDED:        By Principal  (For data measurement only)

## 1.0  SUMMARY OF INSPECTION RESULT :

| Model No | Quantity for inspection | AQL applied | Sample size | Overall result |
|---|---|---|---|---|
| ST1- L/R MKII | 740 | According to Client instruction are using ANSI/ASQC Z1.4-1993, Single sampling plans for normal inspection AQL = Level I – according to letter code sample size only. Critical = Not allow Major = 0.65 Minor = 1.5 | 32 | Not confirmed |

Note: Inspection results are defined as "Conformed" "Not conformed" "Not applicable" and "Subject to Client's Evaluation"

FOLLOW UP ACTIONS: (as applicable)
☐ Inspection certificate will be issued
☐ Supplier advised shipment scheduled for _____

The Company under its General Conditions issues this report for Inspection and Testing Services. (copy available upon request)  The issuance of this report does not exonerate buyer, or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations to the contrary are not binding on the Company. The Company's responsibility under this report is limited to proven negligence and will in no case be more than ten times the amount of the fees or commission. Except by special arrangement, samples, if drawn, will not be retained by the Company for more than three months.

19-AUG-2005  14:17   FROM  SUNFIELD.COM.CN          TO  0088672240520          P.09/17

# SGS

☐ Manufacturer / supplier commented on inspection result as follow: _____
☐ Please instruct regarding issuance of inspection certificate.
☐ We sent you defective samples by _____ AWB. No.: _____ on _____ Please advise your evaluation.
☐ We recommend the following corrective action _____
☐ Additional SGS service _____ results due by _____

## 2.0 SUMMARY OF INSPECTION CONTENTS

| Model No | Style / Material / Color | Workmanship / Visual / Function | Packing | Marking / label | Data measurement |
|----------|--------------------------|----------------------------------|---------|-----------------|------------------|
| ST1-L/R MKII | Confirmed | Confirmed | Confirmed | Confirmed | Actual Finding |

## 3.0 WORKMANSHIP APPEARANCE / FUNCTION INSPECTION FINDINGS:
(As according to Client's instruction "Critical and Major defect" are not allowed!  And "Minor defects" are just for repair and improvement mainly! )

| Model No | Defect description | Critical | Major | Minor |
|----------|-------------------|----------|-------|-------|
| ST1-R MKII | Scratch mark on rear cabinet (S/N:  S13605) | 0 | 0 | 1 |

## 4.0   PACKING

| Model No | Export packing | Individual packing |
|----------|----------------|---------------------|
| ST1-L/R  MKII | 2 ply corrugated carton and sealed by gummed tapes | Each unit was protected with poly bag and poly foam, then packed into carton together with accessories bag (3pcs spikes, 3pcs rubber caps, 2pcs plastic foot and 4pcs black screw, user's guide and warranty card.) |

## 5.0   MARKING / LABELING

| Model No | On Export carton |
|----------|------------------|
| ST1-L /R MKII | 1). Shipping mark<br><br>**Sapphire™**<br>**ST1 MKII**<br>High performance three-way Tower Speaker<br><br>2). Side mark<br><br>**HANDLE WITH CARE**<br>Designed and Engineered by Cary Christie<br>And Tom DeVesto<br>Exclusive 1" Sapphire Polycell Dome Tweeter<br>5.25" Aluminum Cone Midranges<br>8" side-firing woofer<br>Magnetically Shielded<br>Bi-Wirable<br>Bass Reflex Design |

Page 3  of 3
CH-EROPE

The Company under its General Conditions issues this report for Inspection and Testing Services (copy available upon request). The issuance of this report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations to the contrary are not binding on the Company. The Company's responsibility under this report is limited to proven negligence and will in no case be more than ten times the amount of the fees or commission. Except by special arrangement, samples, if drawn, will not be retained by the Company for more than three months.

than three months.

19-AUG-2005  14:17  FROM SUNFIELD.COM.CN          TO  0088672240520          P.10/17

*Draft report*



2/F Oastar Building, Zhongkang Road, Shangmeilin, Shenzhen ,China

Tele: (86 755) 83114358
Fax: (86 755) 83114354/ 83103194

## Inspection Report

Report Ref. No.:  SZXWT00120275

| To : | Sapphire | | Fax / E-mail : | | tivolicon@aol.com | |
|------|----------|---|----------------|---|-------------------|---|
| Att : | Tom Devesto | | | | | |
| Cc : | Sunfield Shenzhen | | Fax / E-mail : | | | |
| Att : | Peter Peng | | | | | |
| From : | Hanson Cai | | Fax / E-mail : | | Hanson_cai@sgs.com | |
| SGS File No.: | CN1US-077489 | Date:19/ April/2005 | SGS Registration No.: | | CN1US-077489 | |

Buyer :            Sapphire
Agent :            N / A
Supplier :         Sunfield, TW
Manufacturer :     Sunfield, Shen Zhen
Product description:   Speaker box

L/C Number :                        (x) Not Available
P.O. Number:      SF0501256/7/8     (x) Not Available

Service performed  :   FRI          Inspection Date :      19-April- 2005
Inspection Location :  Sha Jing, Shen Zhen

REFERENCE SAMPLE PROVIDED :          By Principal  (For data measurement only)

### 1.0   SUMMARY OF INSPECTION  RESULT :

| Model No | Quantity for Inspection | AQL applied | Sample size | Overall result |
|----------|------------------------|-------------|-------------|----------------|
| SBS | 200pcs | According to Client instruction are using ANSI/ASQC Z1.4-1993, Single sampling plans for normal inspection ;<br><br>AQL = Level I letter code<br>Critical = Not allow<br>Major  = 0.65<br>Minor  = 1.5 | 20 | Subject to Client's evaluation |
| ST3-L MKII | 35 pcs | | 15 | Subject to Client's evaluation |
| ST3-R MKII | 5 pcs | | 5 | Subject to Client's evaluation |

Note : Inspection result are defined as "Conformed" Not conformed" "Not applicable" and "Subject to Client's evaluation"

傅志星 4/19

FOLLOW UP ACTIONS : ( as applicable )
☐ Inspection certificate will be issued
☐ Supplier advised shipment scheduled for _____
☐ Manufacturer / supplier commented on inspection result as follow: _____
☐ Please instruct regarding issuance of inspection certificate.

Page 1  of  4
CN-D-OPS-

This report is issued by the Company under its General Conditions for Inspection and Testing Services (copy available upon request). The issuance of this report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations to the contrary are not binding on the Company. The Company's responsibility under this report is limited to proven negligence and will in no case be more than ten times the amount of the fees or commission. Except by special arrangement, samples, if drawn, will not be retained by the Company for

# SGS

☐ We sent you defective samples by _____ AWB. No.: _____ on _____ Please advise your evaluation.

☐ We recommend the following corrective action _____

☐ Additional SGS service _____results due by _____

## 2.0  SUMMARY OF INSPECTION CONTENTS

| Model No | Style / Material / Color | Workmanship / Visual / Function | Packing | Marking / label | Data measurement |
|----------|--------------------------|----------------------------------|---------|-----------------|------------------|
| SBS | Conformed | Pass AQL | Conformed | Conformed | Actual Finding |
| ST3-L MKII | Conformed | Pass AQL | Conformed | Conformed | Actual Finding |
| ST3-R MKII | Conformed | Pass AQL | Conformed | Conformed | Actual Finding |

## 3.0  WORKMANSHIP APPEARANCE / FUNCTION INSPECTION FINDINGS:
( As according to Client's instruction "Critical and Major defect" are not allow !
And "Minor defect" are just for repair and improvement mainly ! )

| Model No | Defect description | Critical | Major | Minor |
|----------|--------------------|----------|-------|-------|
| SBS | White edge on front. | 0 | 0 | 1 |
| ST3-L MKII | No found defect. | 0 | 0 | 0 |
| ST3-L MKII | No found defect. | 0 | 0 | 0 |

## 4.0  PACKING

| Model No | Export packing | Individual packing |
|----------|----------------|--------------------|
| SBS | 2 ply corrugated carton and sealed by gummed tapes | Each unit protected with poly bag and foam, and then packed into carton together with accessories bag (8 pcs rubber foot), User's guide and Warranty card. |
| ST3-L/ R MKII | 2 ply corrugated carton and sealed by gummed tapes | Each unit was protected with poly bag and poly foam, and then packed into carton together with accessories bag (3pcs spikes, 3pcs rubber caps, 2pcs plastic foot and 4pcs black screw) user's guide and warranty card. |

## 5.0  MARKING / LABELING

| Model No | On Export carton |
|----------|------------------|
| SBS | 1). Shipping mark<br><br>Sapphire™<br>**SBS**<br>Two-way High Performance<br>Bookshelf Speakers<br><br>Quantity: Two<br><br>2). Side mark |

Page 2  of  6
CN-O-OPS

This report is issued by the Company under its General Conditions for Inspection and Testing Services (copy available upon request). The issuance of this report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale Stipulations to the contrary are not binding on the Company. The Company's responsibility under this report is limited to proven negligence, and will in no case be



RED HOT Blue!
One Broadway, Suite 600
Cambridge, Massachusetts 02142 USA
www.SapphireAudio.com
Sapphire and the Sapphire logo are trademarks of Sapphire audio
MADE IN CHINA

3) Label:
3.1 UPC label stuck on export carton: 831623013111
3.2 Rating label stuck on rear cabinet.
3.3 Serial number label stuck on unit and export carton.

## 6.0  DATA MEASUREMENT

| Model No | Data measurement |
|----------|------------------|
| SBS | 1). AC Impedance curve found acceptable except defects shown in AQL.<br>2). Speaker polarity check found acceptable except defects shown in AQL.<br>3). Buzz & Rattle check found acceptable except defects shown in AQL.<br>4). 3pcs samples for actual installation check found acceptable.<br>5). 1 pc rubber foot for "left mark test" found acceptable. |
| ST3-L/R MKII | 1). AC Impedance curve found acceptable except defects shown in AQL.<br>2). Speaker polarity check found acceptable except defects shown in AQL.<br>3). Buzz & Rattle check found acceptable except defects shown in AQL.<br>4). 1 pc rubber foot for "left mark test" found acceptable. |

## 7.0  PROBLEM REMARKS / INFORMATIVE REMARKS

| Model No | Problem remark / informative remark |
|----------|-------------------------------------|
| ST3-L | Actual quantity of product is 35pcs, which did not conform to inspection booking stated as 40pcs. |
| ST3-R | Actual quantity of product is 5pcs, which did not conform to inspection booking stated as 40pcs. |

This report is issued by the Company under its General Conditions for Inspection and Testing Services (copy available upon request). The issuance of this report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations to the contrary are not binding on the Company. The Company's responsibility under this report is limited to proven negligence and will in no case be more than ten times the amount of the fees or commission. Except by special arrangement, samples, if drawn, will not be retained by the Company for more than ten times the number of the fees or commission.



**2/F Oastar Building, Zhongkang Road, Shangmeilin, Shenzhen, China**
**Tele. (86 755) 83114358**
**Fax:  (86 755) 83114354/ 83103194**

# Inspection Report

Report Ref. No.:   SZXWT00121631

| To : | Sapphire Audio, LLC | | Fax / E-mail: | | |
|---|---|---|---|---|---|
| Att : | Tom Devesto | | | | |
| Cc : | Sunfield Shenzhen | | Fax / E-mail : | | |
| Att : | Peter Peng | | | | |
| From : | Hanson Cai | | Fax / E-mail: | | Hanson_cai@sgs.com |
| SGS File No.: | CN1US-078943 | Date:07/05/05 | SGS Registration No.: | | CN1US-078943 |

Buyer:              Sapphire Audio, LLC
Agent:              N / A
Supplier:           Sunfield, TW
Manufacturer:       Sunfield, ShenZhen
Product description:  Speakers

L/C Number:                                    (x) Not Available
P.O. Number:        SF0501254/SF0501255

Service performed:   FRI               Inspection Date:      04 -May - 2004
Inspection Location:  ShaJing, ShenZhen

REFERENCE SAMPLE PROVIDED:           By Principal  (For data measurement only)

### 1.0   SUMMARY OF INSPECTION  RESULT :

| Model No | Quantity for inspection | AQL applied | Sample size | Overall result |
|---|---|---|---|---|
| N/A | N/A | According to Client instruction | N/A | N/A |
| ST2 MKII | 420 | are using ANSI/ASQC Z1.4- 1993, Single sampling plans for normal inspection AQL = Level I – according to letter code sample size only. Critical = Not allow Major   = 0.65 Minor  = 1.5 | 32 | Conformed |

**Note:** Inspection results are defined as "Conformed" Not conformed" "Not applicable" and "Subject to Client's Evaluation"

**FOLLOW UP ACTIONS:** (as applicable)
    Inspection certificate will be issued
    Supplier advised shipment scheduled for ────────────────────────

The Company under its General Conditions issues this report for Inspection and Testing Services (copy available upon request). The issuance of this report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations to the contrary are not binding on the Company. The Company's responsibility under this report is limited to proven negligence and will in no case be more than ten times the amount of the fees or commission. Except by special arrangement, samples, if drawn, will not be retained by the Company for more than three months

# SGS

Manufacturer / supplier commented on inspection result as follow: _____

Please instruct regarding issuance of inspection certificate.

We sent you defective samples by _____ AWB. No.: _____ on _____ Please advise your evaluation.

We recommend the following corrective action _____

Additional SGS service _____ results due by _____

## 2.0 SUMMARY OF INSPECTION CONTENTS

| Model No | Style / Material / Color | Workmanship / Visual / Function | Packing | Marking / label | Data measurement |
|----------|--------------------------|--------------------------------|---------|-----------------|------------------|
| ST2 MKII | Confirmed | Confirmed | Confirmed | Confirmed | Actual Finding |

## 3.0 WORKMANSHIP APPEARANCE / FUNCTION INSPECTION FINDINGS:

(As according to Client's instruction "Critical and Major defect" are not allowed! And "Minor defects" are just for repair and improvement mainly! )

| Model No | Defect description | Critical | Major | Minor |
|----------|--------------------|----------|-------|-------|
| ST2 MKII | Glue mark at zone B. (13318) | 0 | 0 | 1 |

## 4.0  PACKING

| Model No | Export packing | Individual packing |
|----------|----------------|--------------------|
| ST2 MKII | 2 ply corrugated carton and sealed by gummed tapes | Each unit was protected with poly bag and poly foam, then packed into carton together with accessories bag (3pcs spikes, 3pcs rubber caps, 2pcs plastic foot and 4pcs black screw, user's guide and warranty card.) |

## 5.0  MARKING / LABELING

| Model No | On Export carton |
|----------|------------------|
| ST2 MKII | 1). Shipping mark |

**Sapphire™**
## ST2 MKII
High performance three-way Tower Speaker

2). Side mark

## HANDLE WITH CARE
Designed and Engineered by Cary Christie
And Tom DeVesto
Exclusive 1" Sapphire Polycell Dome Tweeter
2X5.25" Aluminum Cone Midranges
10" side-firing woofer
Magnetically Shielded
Bi-Wirable
Bass Reflex Design
Black Glass Top

The Company under its General Conditions issues this report for Inspection and Testing Services (copy available upon request). The issuance of this report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations to the contrary are not binding on the Company. The Company's responsibility under this report is limited to proven negligence and will in no case be more than ten times the amount of the fees or commission. Except by special arrangement, samples, if drawn, will not be retained by the Company for more than three months

# SGS

Grilles Included

**Quantity:**
One right Speaker
Premium Black Ash Vinyl

One left Speaker
Premium Black Ash Vinyl

**Shipping:**
Wt: 60.5 lb
Vol: 6.1 cu ft

**Sapphire™**
RED HOT Blue!
One Broadway, Suite 600
Cambridge, Massachusetts 02142 USA
www.SapphireAudio.com
Sapphire and the Sapphire logo are trademarks of Sapphire audio.
MADE IN CHINA

3) Label:
3.1 UPC label stuck on export carton: 831623012114
3.2 Rating label stuck on rear cabinet.
3.3 Serial number label stuck on unit and export carton.

## 6.0   DATA MEASUREMENT

| Model No | Data measurement |
|----------|------------------|
| ST2 MKII | 1). AC Impedance curve found acceptable except defects shown in AQL.<br>2). Speaker polarity check found acceptable except defects shown in AQL.<br>3). Buzz & Rattle check found acceptable except defects shown in AQL.<br>4). 3pcs samples for actual installation check found acceptable. |

## 7.0   PROBLEM REMARKS / INFORMATIVE REMARKS

| Model No | Problem remark / Informative remark |
|----------|-------------------------------------|
| ST2 MKII | NIL |

The Company under its General Conditions issues this report for Inspection and Testing Services (copy available upon request). The issuance of this report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations to the contrary are not binding on the Company. The Company's responsibility under this report is limited to proven negligence and will in no case be more than ten times the amount of the fees or commission. Except by special arrangement, samples, if drawn, will not be retained by the Company for more than three months



2/F Oastar Building, Zhongkang Road, Shangmeilin, Shenzhen ,China

Tele.: (86 755) 83114358
Fax:   (86 755) 83114354/ 83103194

# Inspection Report

Report Ref. No.:   SZXWT00120275

| To | : | Sapphire Audio LCC | Fax / E-mail: | | |
|---|---|---|---|---|---|
| Att | : | Tom Devesto | | | |
| Cc | : | Sunfield Shenzhen | Fax / E-mail: | | |
| Att | : | Peter Peng | | | |
| From | : | Hanson Cai | | Fax / E-mail: | Hanson_cai@sgs.com |
| SGS File No.: | | CN1US-077489 | Date: 20/April/2005 | SGS Registration No.: | CN1US-077489 |

Buyer:              Sapphire Audio LCC
Agent:              N / A
Supplier:           Sunfield, TW
Manufacturer:       Sunfield, Shen Zhen
Product description:   Speaker box

L/C Number:         Not Available
P.O. Number:        SF0501256/7/8

Service performed:   FRI          Inspection Date:      19-April-2005
Inspection Location:   Sha Jing, Shen Zhen

### REFERENCE SAMPLE PROVIDED:          By Principal  (For data measurement only)

#### 1.0   SUMMARY OF INSPECTION RESULT:

| Model No | Quantity for Inspection | AQL applied | Sample size | Overall result |
|---|---|---|---|---|
| SBS | 200pcs | According to Client instruction are using ANSI/ASQC Z1.4-1993, Single sampling plans for normal inspection ; | 20 | Subject to Client's evaluation |
| ST3-L MKII | 35 pcs | | 15 | Subject to Client's evaluation |
| ST3-R MKII | 5 pcs | AQL = Level I letter code Critical = Not allow Major  = 0.65 Minor  = 1. 5 | 5 | Subject to Client's evaluation |

**Note:** Inspection result are defined as "Conformed" Not conformed" "Not applicable" and "Subject to Client's evaluation"

#### FOLLOW UP ACTIONS: (as applicable)

Inspection certificate will be issued

Supplier advised shipment scheduled for _____

Manufacturer / supplier commented on inspection result as follow: _____

Please instruct regarding issuance of inspection certificate.

Page 1  of  4
CN-D-OPS-

This report is issued by the Company under its General Conditions for Inspection and Testing Services (copy available upon request). The issuance of this report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations to the contrary are not binding on the Company. The Company's responsibility under this report is limited to proven negligence  and will in no case be more than ten times the amount of the fees or commission. Except by special arrangement, samples, if drawn, will not be retained by the Company for more than three months

# SGS

We sent you defective samples by _____ AWB. No.: _____ on _____Please advise your evaluation.
We recommend the following corrective action _____
Additional SGS service _____results due by _____

## 2.0  SUMMARY OF INSPECTION CONTENTS

| Model No | Style / Material / Color | Workmanship / Visual / Function | Packing | Marking / label | Data measurement |
|---|---|---|---|---|---|
| SBS | Conformed | Pass AQL | Conformed | Conformed | Actual Finding |
| ST3-L MKII | Conformed | Pass AQL | Conformed | Conformed | Actual Finding |
| ST3-R MKII | Conformed | Pass AQL | Conformed | Conformed | Actual Finding |

## 3.0  WORKMANSHIP APPEARANCE / FUNCTION INSPECTION FINDINGS:

(As according to Client's instruction "Critical and Major defect" are not allowed!
And "Minor defect" are just for repair and improvement mainly! )

| Model No | Defect description | Critical | Major | Minor |
|---|---|---|---|---|
| SBS | White edge on front. (13892) | 0 | 0 | 1 |
| ST3-L MKII | No found defect. | 0 | 0 | 0 |
| ST3-L MKII | No found defect. | 0 | 0 | 0 |

## 4.0  PACKING

| Model No | Export packing | Individual packing |
|---|---|---|
| SBS | 2 ply corrugated carton and sealed by gummed tapes | Each unit protected with poly bag and foam, and then packed into carton together with accessories bag (8 pcs rubber foot), User's guide and Warranty card. |
| ST3-L/ R MKII | 2 ply corrugated carton and sealed by gummed tapes | Each unit was protected with poly bag and poly foam, and then packed into carton together with accessories bag (3pcs spikes, 3pcs rubber caps, 2pcs plastic foot and 4pcs black screw) user's guide and warranty card. |

## 5.0  MARKING / LABELING

| Model No | On Export carton |
|---|---|
| SBS | 1). Shipping mark<br><br>Sapphire™<br>**SBS**<br>Two-way High Performance<br>Bookshelf Speakers<br><br>Quantity: Two<br><br>2). Side mark<br><br>**HANDLE WITH CARE** |

This report is issued by the Company under its General Conditions for Inspection and Testing Services (copy available upon request). The issuance of this report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations to the contrary are not binding on the Company. The Company's responsibility under this report is limited to proven negligence and will in no case be more than ten times the amount of the fees or commission. Except by special arrangement, samples, if drawn, will not be retained by the Company for more than three months



| | |
|---|---|
| | Designed and Engineered by Cary Christie<br>And Tom DeVesto<br>Exclusive 1" Polycell Dome Sapphire Tweeter<br>Magnetically Shielded 5.25" coated paper<br>Cone midrange/woofer<br>Bass Reflex Design<br><br>Quantity:<br> Two Speakers<br> Premium Black Ash Vinyl<br><br>Shipping:<br>Wt: 21.5 lb<br>Vol: 1.8 cu ft<br><br>**Sapphire™**<br> RED HOT Blue!<br>One Broadway, Suite 600<br>Cambridge, Massachusetts 02142 USA<br>Www.SapphireAudio.com<br>Sapphire and the Sapphire logo are trademarks of Sapphire audio.<br>MADE IN CHINA |
| **ST3-L/R<br>MKII** | <u>1). Shipping mark</u><br><br> **Sapphire™**<br>**ST3 MKII**<br>High performance three-way Tower Speaker <br><u>2). Side mark</u><br><br>**HANDLE WITH CARE**<br>Designed and Engineered by Cary Christie<br>And Tom DeVesto<br>Exclusive 1" Sapphire Polycell Dome Tweeter<br>2×5.25" Aluminum Cone Midranges<br>2×8" side-firing woofer<br>Magnetically Shielded<br>Bi-Wirable<br>Bass Reflex Design<br>Black Glass Top<br>Grilles Included<br><br> Quantity:<br>One right/left Speaker<br>Premium Black Ash Vinyl<br><br>One left Speaker<br>Premium Black Ash Vinyl<br><br>Shipping:<br>Wt: 76.6 lb<br>Vol: 7.1 cu ft <br>**Sapphire™**<br>RED HOT Blue!<br>One Broadway, Suite 600 |

This report is issued by the Company under its General Conditions for Inspection and Testing Services (copy available upon request). The issuance of this report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations to the contrary are not binding on the Company. The Company's responsibility under this report is limited to proven negligence  and will in no case be more then ten times the amount of the fees or commission. Except by special arrangement, samples, if drawn, will not be retained by the Company for more than three months



| | Cambridge, Massachusetts 02142 USA<br>www.SapphireAudio.com<br>Sapphire and the Sapphire logo are trademarks of Sapphire audio.<br>MADE IN CHINA<br><br>3) Label:<br>3.1 UPC label stuck on export carton: 831623013111<br>3.2 Rating label stuck on rear cabinet.<br>3.3 Serial number label stuck on unit and export carton. |
|---|---|

## 6.0  DATA MEASUREMENT

| Model No | Data measurement |
|---|---|
| SBS | 1). AC Impedance curve found acceptable except defects shown in AQL.<br>2). Speaker polarity check found acceptable except defects shown in AQL.<br>3). Buzz & Rattle check found acceptable except defects shown in AQL.<br>4). 3pcs samples for actual installation check found acceptable.<br>5). 1 pc rubber foot for "left mark test" found acceptable. |
| ST3-L/R MKII | 1). AC Impedance curve found acceptable except defects shown in AQL.<br>2). Speaker polarity check found acceptable except defects shown in AQL.<br>3). Buzz & Rattle check found acceptable except defects shown in AQL.<br>4). 1 pc rubber foot for "left mark test" found acceptable. |

## 7.0  PROBLEM REMARKS / INFORMATIVE REMARKS

| Model No | Problem remark / Informative remark |
|---|---|
| ST3-L | Actual quantity of product is 35pcs, which did not conform to inspection booking stated as 40pcs. |
| ST3-R | Actual quantity of product is 5pcs, which did not conform to inspection booking stated as 40pcs. |

This report is issued by the Company under its General Conditions for Inspection and Testing Services (copy available upon request). The issuance of this report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations to the contrary are not binding on the Company. The Company's responsibility under this report is limited to proven negligence  and will in no case be more than ten times the amount of the fees or commission. Except by special arrangement, samples, if drawn, will not be retained by the Company for more than three months

19-AUG-2005  14:18  FROM  SUNFIELD.COM.CN          TO  00886722240520    ~~inspt+ report~~    P.13/17



2/F Oastar Building, Zhongkang Road, Shangmeilin, Shenzhen ,China

Tele.: (86 755) 83114358
Fax: (86 755) 83114354/ 83103194

## Inspection Report

**Report Ref. No.:** SZXWT0011?.52)

| To | : | Sapphire Audio, LLC | Fax / E-mail : | | |
|---|---|---|---|---|---|
| Att | : | Tom Devesto | | | |
| Cc | : | Sunfield Shenzhen | Fax / E-mail : | | |
| Att | : | Peter Peng | | | |
| From | : | Hanson Cai | Fax / E-mail : | Hanson_cai@sgs.com | |
| SGS File No.: | | CN1US-07708] | Date: 12/04/2005 | SGS Registration No.: | CN1US-077081 |

Buyer : _Sapphire_
Agent : _N / A_
Supplier : _Sunfield, TW_
Manufacturer : _Sunfield, Shen Zhen_
Product description: _SPEAKER BOX_

L/C Number :                     (x) Not Available
P.O. Number: _5F0501254 / 5F0501255_   ( ) Not Available

Service performed :   FRI                 Inspection Date :     _12/04/2005_
Inspection Location :   Sha Jing, Shen Zhen

**REFERENCE SAMPLE PROVIDED :**     **By Principal  ( For data measurement only )**

### 1.0  SUMMARY OF INSPECTION  RESULT :

| Model No | Quantity for Inspection | AQL applied | Sample size | Overall result |
|---|---|---|---|---|
| ST2 MKII | 400 | According to Client instruction are using ANSI/ASQC Z1.4-1993, Single sampling plans for normal inspection ; AQL = Level I letter code Critical = Not allow Major  = 0.65 Minor  = 1.5 | 20 pcs for major/32pcs for minor | Conformed |

Remark : Only provided 400 pcs for our inspection ( ST2-L 200 pcs / ST2-R 200 pcs )
Note : Inspection result are defined as "Conformed" Not conformed" "Not applicable" and "Subject to Client's evaluation"

FOLLOW UP ACTIONS : ( as applicable )       _Brian_
                                             _April._
⬭ Inspection certificate will be issued
⬭ Supplier advised shipment scheduled for
⬭ Manufacturer / supplier commented on inspection result as follow :
⬭ Please instruct regarding issuance of inspection certificate.
⬭ We sent you defective samples by _____ AWB. No.: _____ on _____   Please advise your
evaluation.                                                    Page 1  of  9

This report is issued by the Company under its General Conditions for Inspection and Testing Services (copy available upon request). The issuance of this report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations to the contrary are not binding on the Company. The Company's responsibility under this report is limited to proven negligence  and will in no case be more than ten times the amount of the fees or commission. Except by special arrangement, samples, if drawn, will not be retained by the Company for more than three months

19-AUG-2005  14:19   FROM  SUNFIELD.COM.CN          TO  0088672240520          P.14/17



Shipping:
Wt: 60.5 lb
Vol: 6.1 cu ft

**Sapphire™**
RED HOT Blue!
One Broadway, Suite 600
Cambridge, Massachusetts 02142 USA
Www.SapphireAudio.com
Sapphire and the Sapphire logo are trademarks of Sapphire audio.
MADE IN CHINA

## 6.0   DATA MEASUREMENT

| Model No | Data measurement |
|---|---|
| ST2 MKII | 1). AC Impedance curve found acceptable except defects shown in AQL.<br>2). Speaker polarity check found acceptable except defects shown in AQL..<br>3). Buzz & Rattle check found acceptable except defects shown in AQL..<br>4). 1 pc rubber foot for "left mark test" found acceptable.<br>5). 3 pcs samples for actual installation check found acceptable. |

## 7.0   PROBLEM REMARKS / INFORMATIVE REMARKS

| Model No | Problem remark / Informative remark |
|---|---|
| T2 MKII | 1. UPC label stuck on export carton: 831623012114<br>2. Rating label stuck on rear cabinet.<br>3.Serial number label stuck on unit and export carton. |

Page 3 of 3

report is issued by the Company under its General Conditions for Inspection and Testing Services (copy available upon request). The issuance of this report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations to the contrary are not binding on the Company. The Company's responsibility under this report is limited to proven negligence and will in no case

19-AUG-2005  14:30  FROM  SUNFIELD.COM.CN          TO  0088672240520          P.12/23



F Oaster Building, Zhongkang Road, Shangmeilin, Shenzhen ,China

Tele · (86 755) 8311 4358
Fax: (86 755) 8311 4354/ 8310 3194

# Inspection Report

**Report Ref. No.:  SZXWT00119037**

| To      : | Sapphire Audio, LLC | Fax / E-mail : | |
|---|---|---|---|
| Att     : | Tom Devesto | | |
| Cc      : | Sunfield Shenzhen | Fax / E-mail : | |
| Att     : | Peter Peng | | |
| From   : | Hanson Cai | Fax / E-mail : | Hanson_cai@sgs.com |
| SGS File No.: | CN1US-076691  Date:07/04/2005 | SGS Registration No.: | CN1US-076691 |

Buyer :            Tivoli Audio, LLC
Agent :            N / A
Supplier :         Sunfield, TW
Manufacturer :     Sunfield, Shen Zhen
Product description:  Speakers and Grill kits

L/C Number :                         (x) Not Available
P.O. Number:                         (x) Not Available

Service performed  :   FRI        Inspection Date :    07/04/2005
Inspection Location :  Sha Jing, Shen Zhen

REFERENCE SAMPLE PROVIDED :        By Principal  ( For data measurement only )

## 1.0  SUMMARY OF INSPECTION RESULT :

| Model No | Quantity for inspection | AQL applied | Sample size | Overall result |
|---|---|---|---|---|
| ST1 MKII | 490 | According to Client instruction are using ANSI/ASQC Z1.4-1993, Single sampling plans for normal inspection ; AQL = Level I letter code Critical = Not allow Major  = 0.65 Minor  = 1. 5 | 20 pcs for major/32pcs for minor | Conformed |

Note : Inspection result are defined as "Conformed" Not conformed" "Not applicable" and "Subject to Client's
        evaluation"
                                                                          7월 5일 4/7

FOLLOW UP ACTIONS : ( as applicable )
ꓱ Inspection certificate will be issued
ꓲ. Supplier advised shipment scheduled for _____
ꓳ Manufacturer / supplier commented on inspection result as follow :_____
ꓴ Please instruct regarding issuance of inspection certificate.
ꓵ We sent you defective samples by _____ AWB. No.: _____ on _____   Please advise your
evaluation.                                                              Page 1  of  3

This report is issued by the Company under its General Conditions for Inspection and Testing Services (copy available upon request) The issuance of
this report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations
to the contrary are not binding on the Company. The Company's responsibility under this report is limited to proven negligence  and will in no case be
more than ten times the amount of the fees or commission. Except by special arrangement, samples, if drawn, will not be retained by the Company for
more than three months.

19-AUG-2005  14:30  FROM SUNFIELD.COM.CN          TO 008967224052O       P.13/23

# SGS

We recommend the following corrective action _____
Additional SGS service _____ results due by _____

## 2.0  SUMMARY OF INSPECTION CONTENTS

| Model No | Style / Material / Color | Workmanship / Visual / Function | Packing | Marking / label | Data measurement |
|---|---|---|---|---|---|
| ST1 MKII | Conformed | Pass AQL | Conformed | Conformed | Actual Finding |

## 3.0  WORKMANSHIP APPEARANCE / FUNCTION INSPECTION FINDINGS:
(As according to Client's Instruction "Critical and Major defect" are not allowed!
And "Minor defect" are just for repair and improvement mainly! )

| Model No | Defect description | Critical | Major | Minor |
|---|---|---|---|---|
| ST1 | Dirty mark on speaker cabinet. (S/N: 13398) | 0 | 0 | 1 |

## 4.0  PACKING

| Model No | Export packing | Individual packing |
|---|---|---|
| ST1 MKII | 2 ply corrugated carton and sealed by gummed tapes | Each speaker protected with polybag and foam, then packed into carton together with accessories bag (3pcs spikes, 2pcs plastic foot, 3pcs rubber caps and 4pcs black screw), User's guide and Warranty card. |

## 5.0  MARKING / LABELING

| Model No | On Export carton |
|---|---|
| MKII | 1). Shipping mark

Sapphire™
**ST1 MKII**
High Performance Three-way Tower Speaker


2). Side mark

**HANDLE WITH CARE**
Designed and Engineered by Cary Christie
And Tom DeVesto
Exclusive 1Sapphire Polcoll Dome Teeter
5.25" Aluminum Cone Midrange
8" Side-firing Woofer
Magnetically Shielded
Bi-Wirable
Bass Reflex Design
Black Glass Top
Grilles Included


Quantity:
One Right Speaker
Premium Black Ash Vinyl
One left Speaker
Premium Black Ash Vinyl |

Page 2  of  3

This report is issued by the Company under its General Conditions for Inspection and Testing Services (copy available upon request). The issuance of this report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations contrary are not binding on the Company. The Company's responsibility under this report is limited to proven negligence and will in no case be, then ten times the amount of the fees or commission. Except by special arrangement, samples, if drawn, will not be retained by the Company for more than three months.



| Shipping: |
| Wt: 52.7 lb |
| Vol: 5.1 cu ft |
| |
| **Sapphire™** |
| RED HOT Blue! |
| One Broadway, Suite 600 |
| Cambridge, Massachusetts 02142 USA |
| Www.SapphireAudio.com |
| Sapphire and the Sapphire logo are trademarks of Sapphire audio. |
| MADE IN CHINA |

## 6.0   DATA MEASUREMENT

| Model No | Data measurement |
|----------|------------------|
| ST1 MKII | 1). AC impedance curve found acceptable except defects shown in AQL. |
| | 2). Speaker polarity check found acceptable except defects shown in AQL. |
| | 3). Buzz & Rattle check found acceptable except defects shown in AQL. |
| | 4). 1 pc rubber foot for "left mark test" found acceptable. |
| | 5). 3 pcs samples for actual installation check found acceptable. |

## 7.0   PROBLEM REMARKS / INFORMATIVE REMARKS

| Model No | Problem remark / informative remark |
|----------|-------------------------------------|
| ST1 MKII | 1. UPC label stuck on export carton: 831623011117 |
| | 2. Rating label stuck on rear cabinet. |
| | 3. Serial number label stuck on unit and export carton. |

This report is issued by the Company under its General Conditions for Inspection and Testing Services (copy available upon request). The issuance of this report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale Stipulations to the contrary are not binding on the Company. The Company's responsibility under this report is limited to proven negligence and will in no case be more than ten times the amount of the fees or commission. Except by special arrangement, samples, if drawn, will not be retained by the Company for more than three months



2/F Oastar Building, Zhongkang Road, Shangmeilin, Shenzhen ,China

Tele.: (86 755) 83114358
Fax:   (86 755) 83114354/ 83103194

# Inspection Report

**Report Ref. No.:   SZXWT00119521**

| To      : | Sapphire Audio, LLC |  | Fax / E-mail: |  |  |
|---|---|---|---|---|---|
| Att   : | Tom Devesto |  |  |  |  |
| Cc    : | Sunfield Shenzhen |  | Fax / E-mail  : |  |  |
| Att      : | Peter Peng |  |  |  |  |
| From  : | Hanson Cai |  | Fax / E-mail: |  | Hanson_cai@sgs.com |
| SGS File No.: | CN1US-077081 | Date: 13/04/2005 | SGS Registration No.: |  | CN1US-077081 |

Buyer:               Sapphire Audio, LLC
Agent:               N / A
Supplier:            Sunfield, TW
Manufacturer:        Sunfield, Shen Zhen
Product description: Speakers

L/C Number:          Not Available
P.O. Number:         SF0501254/SF0501255

Service performed:   FRI                    Inspection Date:      12/04/2005
Inspection Location: Sha Jing, Shen Zhen

**REFERENCE SAMPLE APROVIDED:**            **By Principal** (For data measurement only)

### 1.0   SUMMARY OF INSPECTION RESULT:

| Model No | Quantity for inspection | AQL applied | Sample size | Overall result |
|---|---|---|---|---|
| ST1MK II | 0 | According to Client instruction are using ANSI/ASQC Z1.4-1993, Single sampling plans for normal inspection; AQL = Level I letter code Critical = Not allow Major  = 0.65 Minor  = 1. 5 | 0 | Not conformed |
| ST2 MKII | 400 |  | 20 pcs for major/32pcs for minor | Subject to client's decision |

**Note:** Inspection result are defined as "Conformed" "Not conformed" "Not applicable" and "Subject to Client's evaluation".

**FOLLOW UP ACTIONS:** (as applicable)

Inspection certificate will be issued

Supplier advised shipment scheduled for _____

Manufacturer / supplier commented on inspection result as follow: _____

Please instruct regarding issuance of inspection certificate.

We sent you defective samples by _____ AWB. No.: _____ on _____ Please advise your evaluation?

This report is issued by the Company under its General Conditions for Inspection and Testing Services (copy available upon request). The issuance of this report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations to the contrary are not binding on the Company. The Company's responsibility under this report is limited to proven negligence and will in no case be more then ten times the amount of the fees or commission. Except by special arrangement, samples, if drawn, will not be retained by the Company for more than three months

# SGS

We recommend the following corrective action _____

Additional SGS service _____results due by _____

## 2.0   SUMMARY OF INSPECTION CONTENTS

| Model No | Style / Material / Color | Workmanship / Visual / Function | Packing | Marking / label | Data measurement |
|---|---|---|---|---|---|
| ST2 MKII | Conformed | Pass AQL | Conformed | Conformed | Actual Finding |

## 3.0   WORKMANSHIP APPEARANCE / FUNCTION INSPECTION FINDINGS:
(As according to Client's instruction "Critical and Major defect" are not allowed!
And "Minor defect" are just for repair and improvement mainly! )

| Model No | Defect description | Critical | Major | Minor |
|---|---|---|---|---|
| ST2 MKII | White dot on rear cabinet. (13018) | 0 | 0 | 1 |

## 4.0   PACKING

| Model No | Export packing | Individual packing |
|---|---|---|
| ST2 MKII | 2 ply corrugated carton and sealed by gummed tapes | Each speaker protected with poly bag and foam, then packed into carton together with accessories bag (3pcs spikes, 2pcs plastic foot, 3pcs rubber caps and 4pcs black screw), User's guide and Warranty card. |

## 5.0   MARKING / LABELING

| Model No | On Export carton |
|---|---|
| ST2 MKII | 1). Shipping mark<br><br>Sapphire™<br>**ST2 MKII**<br>High Performance Three-way Tower Speaker<br><br><br>2). Side mark<br><br>**HANDLE WITH CARE**<br>Designed and Engineered by Cary Christie<br>And Tom DeVesto<br>Exclusive 1Sapphire Polcell Dome Tweeter<br>2×5.25" Aluminum Cone Midrange<br>10" Side-firing Woofer<br>Magnetically Shielded<br>Bi-Wirable<br>Bass Reflex Design<br>Black Glass Top<br>Grilles Included<br><br>Quantity:<br>One Right Speaker<br> Premium Black Ash Vinyl<br>One left Speaker<br> Premium Black Ash Vinyl |

Page 2  of  3

This report is issued by the Company under its General Conditions for Inspection and Testing Services (copy available upon request). The issuance of this report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations to the contrary are not binding on the Company. The Company's responsibility under this report is limited to proven negligence and will in no case be more than ten times the amount of the fees or commission. Except by special arrangement, samples, if drawn, will not be retained by the Company for more than three months



| | Shipping:<br>Wt: 60.5 lb<br>Vol: 6.1 cu ft<br><br>**Sapphire™**<br> RED HOT Blue!<br>One Broadway, Suite 600<br>Cambridge, Massachusetts 02142 USA<br>Www.SapphireAudio.com<br>Sapphire and the Sapphire logo are trademarks of Sapphire audio.<br>MADE IN CHINA |
|---|---|

## 6.0   DATA MEASUREMENT

| Model No | Data measurement |
|---|---|
| ST2 MKII | 1). AC Impedance curve found acceptable except defects shown in AQL.<br>2). Speaker polarity check found acceptable except defects shown in AQL.<br>3). Buzz & Rattle check found acceptable except defects shown in AQL.<br>4). 1 pc rubber foot for "left mark test" found acceptable.<br>5). 3 pcs samples for actual installation check found acceptable. |

## 7.0   PROBLEM REMARKS / INFORMATIVE REMARKS



| Model No | Problem remark / Informative remark |
|---|---|
| ST2 MKII | 1. UPC label stuck on export carton: 831623012114<br>2. Rating label stuck on rear cabinet.<br>3. Serial number label stuck on unit and export carton.<br>4. Manufactory only provided 400 pcs of goods for inspection during inspection that did not conform to the P/O Qty: 500 pcs. |

This report is issued by the Company under its General Conditions for Inspection and Testing Services (copy available upon request). The issuance of this report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations to the contrary are not binding on the Company. The Company's responsibility under this report is limited to proven negligence  and will in no case be more than ten times the amount of the fees or commission. Except by special arrangement, samples, if drawn, will not be retained by the Company for more than three months



2/F Oestar Building, Zhongkang Road, Shangmeilin, Shenzhen ,China

Tele.: (86 755) 83114368
Fax: (86 755) 83114364/ 83103194

# Inspection Report

Report Ref. No.:  SZXWT00118828

| To : | Tivoli Audio, LLC | Fax / E-mail : | tivolicon@aol.com |
|---|---|---|---|
| Alt : | Tom Devesto | | |
| Cc : | Sunfield Shenzhen | Fax / E-mail : | |
| Att : | Peter Pong | | |
| From : | Hanson Cai | Fax / E-mail : | Hanson_cai@sgs.com |
| SGS File No.: | CN1US-065683 | Date: | SGS Registration No.: | CN1US-065683 |

Buyer :             Tivoli Audio, LLC
Agent :             N / A
Supplier :          Sunfield, TW
Manufacturer :      Sunfield, Shen Zhen
Product description:  Speakers and Grill kits

L/C Number :    _____  (x) Not Available
P.O. Number:    _____  (x) Not Available

Service performed :  FRI          Inspection Date :   05-Apr - 2005
Inspection Location :  Sha Jing, Shen Zhen

REFERENCE SAMPLE PROVIDED :          By Principe  ( For data measurement only )

## 1.0  SUMMARY OF INSPECTION RESULT :

| Model No | Quantity for inspection | AQL applied | Sample size | Overall result |
|---|---|---|---|---|
| ST1 MKII | 160 | According to Client Instruction are using ANSI/ASQC Z1.4-1993, Single sampling plans for normal inspection ; AQL = Level I letter code Critical = Not allow Major = 0.65 Minor = 1. 5 | 20 MAJ. 8 Hun | Conformed |
| ST3 MKII | 430 | | 20 for maj./ 32 for minor | Conformed |

Note : Inspection result are defined as "Conformed" Not conformed" "Not applicable" and "Subject to Client's evaluation"

*Brian Lim  Rpr.5*

FOLLOW UP ACTIONS : ( as applicable )
□ Inspection certificate will be issued
□ Supplier advised shipment scheduled for _____
□ Manufacturer / supplier commented on inspection result as follow :_____
□ Please instruct regarding issuance of inspection certificate.
□ We sent you defective samples by _____ AWB. No.:_____ on _____ Please advise your
evaluation.

This report is issued by the Company under its General Conditions for Inspection and Testing Services (copy available upon request). The issuance of this report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale Stipulations to the contrary are not binding on the Company The Company's responsibility under this report is limited to proven negligence and will in no case be more than ten times the amount of the fees or commission Except by special arrangement, samples, if drawn, will not be retained by the Company for more than three months

# SGS

☐ We recommend the following corrective action _____

∴ Additional SGS service _____ results due  by _____

## 2.0   SUMMARY OF INSPECTION CONTENTS

| Model No | Style / Material / Color | Workmanship / Visual / Function | Packing | Marking / label | Data measurement |
|----------|--------------------------|----------------------------------|---------|-----------------|------------------|
| ST1 MKII | Conformed | Pass AQL | Conformed | Conformed | Actual Finding |
| ST3 MKII | Conformed | Pass AQL | Conformed | Conformed | Actual Finding |

## 3.0   WORKMANSHIP APPEARANCE / FUNCTION INSPECTION FINDINGS:
(As according to Client's instruction "Critical and Major defect" are not allowed!
And "Minor defect" are just for repair and improvement mainly! )

| Model No | Defect description | Critical | Major | Minor |
|----------|--------------------|----------|-------|-------|
| ST1 | NO DEFECT WAS FOUND. | 0 | 0 | 0 |
| ST3 | DIRTY MARK ON CABINET (S11739) | 0 | 0 | 1 |

## 4.0   PACKING

| Model No | Export packing | Individual packing |
|----------|----------------|--------------------|
| ST1 MKII | 2 ply corrugated carton and sealed by gummed tapes | Each speaker protected with polybag and foam, then packed into carton together with accessories bag (3pcs spikes, 2pcs plastic foot, 3pcs rubber caps and 4pcs black screw), User's guide and Warranty card. |
| ST3 MKII | 2 ply corrugated carton and sealed by gummed tapes | Each speaker protected with polybag and foam, then packed into carton together with 2pcs plastic feet and accessories bag (3pcs spikes, 3pcs rubber caps and 4pcs black screw), User's guide, Information sheet and Warranty card. |

## 5.0   MARKING / LABELING

| Model No | On Export carton |
|----------|------------------|
| ST1 MKII | 1). Shipping mark<br><br>Sapphire™<br>ST1 MKII<br>High Performance Three-way Tower Speaker<br><br>2). Side mark<br><br>**HANDLE WITH CARE**<br>Designed and Engineered by Cary Christie<br>And Tom DeVesto<br>Exclusive 1Sapphire Polcell Dome Teeter<br>5.25" Aluminum Cone Midrange |

Page 2  of  4
CN-D-OPS-

This report is issued by the Company under its General Conditions for Inspection and Testing Services (copy available upon request). The issuance of this report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations to the contrary are not binding on the Company. The Company's responsibility under this report is limited to proven negligence and will in no case be more than ten times the amount of the fees or commission. Except by special arrangement, samples, if drawn, will not be retained by the Company for more than three months.

19-AUG-2005  14:32  FROM  SUNFIELD.COM.CN          TO  0088672240520        P.17/23



8" Side-firing Woofer
Magnetically Shielded
Bi-Wirable
Bass Reflex Design
Black Glass Top
Grilles Included.

Quantity:
One Right Speaker
 Premium Black Ash Vinyl
One left Speaker
 Premium Black Ash Vinyl

Shipping:
Wt: 52.7 lb
Vol: 5.1  cu ft

**Sapphire™**
 RED HOT Blue!
One Broadway, Suite 600
Cambridge, Massachusetts 02142 USA
Www.SapphireAudio.com
Sapphire and the Sapphire logo are trademarks of Sapphire audio.
MADE IN CHINA

---

**ST3 MKII**

1). Shipping mark

Sapphire™
**ST3 MKII**
High Performance Three-way Tower Speaker

2). Side mark

**HANDLE WITH CARE**
Designed and Engineered by Cary Christie
And Tom DeVesto
Exclusive 1" Sapphire Polycell Dome Teeter
2X5.25" Alumimum Cone Midrange
2x8" Side-firing Woofer cone Woofers
Magnetically Shielded
Bi-Wirable
Bass Reflex Design
Black Glass Top
Grilles Included

Quantity:
One Right Speaker
 Premium Black Ash Vinyl
One left Speaker
 Premium Black Ash Vinyl

Shipping:
Wt:  71.6 lb
Vol: 7.3  cu ft

**Sapphire™**
 RED HOT Blue!

Page 3  of  4
CN-D-CPE-

This report is issued by the Company under its General Conditions for Inspection and Testing Services (copy available upon request). The issuance of this report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale Stipulations to the contrary are not binding on the Company. The Company's responsibility under this report is limited to proven negligence and will in no case be more than ten times the amount of the fees or commission. Except by special arrangement, samples, if drawn, will not be retained by the Company for more than three months.



One Broadway, Suite 600
Cambridge, Massachusetts 02142 USA
Www.SapphireAudio.com
Sapphire and the Sapphire logo are trademarks of Sapphire audio. MADE IN CHINA

## 6.0  DATA MEASUREMENT

| Model No | Data measurement |
|---|---|
| ST1 MKII | 1). AC Impedance curve found acceptable except defects shown in AQL..<br>2). Speaker polarity check found acceptable except defects shown in AQL..<br>3). Buzz & Rattle check found acceptable except defects shown in AQL..<br>4). 1 pc rubber foot for "left mark test" found acceptable.<br>5). 3 pcs samples for actual installation check found acceptable. |
| ST3 MKII | 1). AC Impedance curve found acceptable except defects shown in AQL..<br>2). Speaker polarity check found acceptable except defects shown in AQL..<br>3). Buzz & Rattle check found acceptable except defects shown in AQL..<br>4). 1 pc rubber foot for "left mark test" found acceptable.<br>5). 3 pcs samples for actual installation check found acceptable. |

## 7.0  PROBLEM REMARKS / INFORMATIVE REMARKS

| Model No | Problem remark / Informative remark |
|---|---|
| | 1 UPC label stuck on export carton.<br>2 Rating label stuck on rear cabinet.<br>3 Serial number label stuck on unit and export carton. |

This report is issued by the Company under its General Conditions for Inspection and Testing Services (copy available upon request). The issuance of this report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale Stipulations to the contrary are not binding on the Company. The Company's responsibility under this report is limited to proven negligence and will in no case be more than ten times the amount of the fees or commission. Except by special arrangement, samples, if drawn, will not be retained by the Company for more than three months

19-AUG-2005  14:41  FROM  SUNFIELD.COM.CN                TO  0088672240520                P.02/13



2/F Dastar Building, Zhongkang Road, Shangmeilin, Shenzhen ,China

Tel.: (86 755) 83114356
Fax: (86 755) 83114354/ 83103194

## Inspection Report

Report Ref. No.:  SZXWT00117795

| To | : | Sapphire Audio, LLC | Fax / E-mail : | | |
|---|---|---|---|---|---|
| Att | : | Tom Devesto | | | |
| Cc | : | Sunfield Shenzhen | Fax / E-mail : | | |
| Att | : | Peter Peng | | | |
| From | : | Hanson Cai | Fax / E-mail : | | Hanson_cai@sgs.com |
| SGS File No.: | | CN1US-075528 | Date:24/03/05 | SGS Registration No.: | CN1US-075528 |

Buyer :              Sapphire Audio
Agent :              N / A
Supplier :           Sunfield, TW
Manufacturer :       Sunfield speaker box (Shen Zhen) Co. Ltd.
Product description: Speakers

L/C Number :                              (x) Not Available
P.O. Number:                              (x) Not Available

Service performed  :  FRI             Inspection Date :   24-Mar-2005
Inspection Location :  Sha Jing, Shen Zhen

**REFERENCE SAMPLE PROVIDED :**      By Principal ( For data measurement only )

### 1.0  SUMMARY OF INSPECTION  RESULT :

| Model No | Quantity for inspection | AQL applied | Sample size | Overall result |
|---|---|---|---|---|
| SS | 200pcs | According to Client instruction are using ANSI/ASQC Z1.4-2003, Single sampling plans for normal Inspection ;<br><br>AQL = Level I letter code<br>Critical = Not allow<br>Major   = 0.65<br>Minor   = 1. 5 | 20/8(N/N) | Subject to Client's evaluation |
| SC MKII | 120pcs | | 20/8(N/N) | Subject to Client's evaluation |
| SBL | 200pcs | | 20/8(N/N) | Subject to Client's evaluation |
| ST3 MKII | 80pcs | | 20/8(N/N) | Subject to Client's evaluation |

Note : Inspection result are defined as "Conformed" Not conformed" "Not applicable" and "Subject to Client's
       evaluation"

**FOLLOW UP ACTIONS :** ( as applicable )
    Inspection certificate will be issued
    Supplier advised shipment scheduled for
    Manufacturer / supplier commented on inspection result as follow :
    Please instruct regarding issuance of inspection certificate.

Page 1  of  6
GN-D-OPS-

This report is issued by the Company under its General Conditions for Inspection and Testing Services (copy available upon request). The issuance of this report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations to the contrary are not binding on the Company. The Company's responsibility under this report is limited to proven negligence and will in no case be more than ten times the amount of the fee or commission. Except by special arrangement, samples, if drawn, will not be retained by the Company for more than three months.

# SGS

We sent you defective samples by _____ AWB. No.: ___ _____ on _____    Please advise your evaluation.

We recommend the following corrective action─────────────────────────────

Additional SGS service ──────────────────────results due by ──────────

### 2.0  SUMMARY OF INSPECTION CONTENTS

| Model No | Style / Material / Color | Workmanship / Visual / Function | Packing | Marking / label | Data measurement |
|---|---|---|---|---|---|
| SS | Conformed | Pass AQL | Conformed | Conformed | Actual Finding |
| SC MKII | Conformed | Pass AQL | Conformed | Conformed | Actual Finding |
| SBL | Conformed | Pass AQL | Conformed | Conformed | Actual Finding |
| ST3 MKII | Conformed | Pass AQL | Conformed | Conformed | Actual Finding |

### 3.0  WORKMANSHIP APPEARANCE / FUNCTION INSPECTION FINDINGS:
( As according to Client's instruction "Critical and Major defect" are not allow ! And "Minor defect" are just for repair and improvement mainly! )

| Model No | Defect description | Critical | Major | Minor |
|---|---|---|---|---|
| SS | No defect was found | 0 | 0 | 0 |
| SC MKII | No defect was found | 0 | 0 | 0 |
| SBL | No defect was found | 0 | 0 | 0 |
| ST3 MKII | No defect was found | 0 | 0 | 0 |

### 4.0  PACKING

| Model No | Export packing | Individual packing |
|---|---|---|
| SS | 2 ply corrugated carton and sealed by gummed tapes | Two unit protected with polybag and foam, then packed into carton together with accessories bag ( 1 pc copper foot, 6 pcs rubber foot). User's guide and Warranty card. |
| SC MKII | 2 ply corrugated carton and sealed by gummed tapes | Each speaker protected with polybag and foam, then packed into carton together with 1 accessories bag ( 6 pcs rubber foot). User's guide and Warranty card. |
| SBL | 2 ply corrugated carton and sealed by gummed tapes | Two speakers protected with polybag and foam, then packed into carton together with 1 accessories bag ( 8 pcs rubber foot), User's guide and Warranty card. |
| ST3 MKII | 2 ply corrugated carton and sealed by gummed tapes | Each unit was protected with poly bag and poly foam, then packed into carton together with accessories bag (3pcs copper foot, 3pcs rubber foot, 4pcs black screw, user's guide and warranty card.) |

This report is issued by the Company under its General Conditions for Inspection and Testing Services (copy available upon request). The attention of the report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations to the contrary are not binding on the Company. The Company's responsibility under this report is limited to proven negligence and will in no case be more than ten times the amount of the fees or commission. Except by special arrangement, samples, if drawn, will not be retained by the Company for more than three months.



## 5.0  MARKING / LABELING

| Model No | On Export carton |
|---|---|
| SS | **1). Shipping mark**<br><br>Sapphire™<br>**SS**<br>Two-way High Performance<br>Diffuse Surround Speakers<br><br>Quantity: Two<br><br>**2). Side mark**<br><br>**HANDLE WITH CARE**<br>Designed and Engineered by Cary Christie<br>And Tom DeVesto<br>Exclusive 1" Polycell Dome Sapphire Tweeter<br>5.25" Aluminum Cone Midrange/ Woofer<br><br>Quantity:<br>Two Speakers<br>Premium Black Ash Vinyl<br><br>Shipping:<br>Wt: 40.3 lb<br>Vol: 2.6 cu ft<br><br>**Sapphire™**<br>RED HOT Blue!<br>One Broadway, Suite 600<br>Cambridge, Massachusetts 02142 USA<br>Www.SapphireAudio.com<br>Sapphire and the Sapphire logo are trademarks of Sapphire audio.<br>MADE IN CHINA |
| SC MKII | **1). Shipping mark**<br><br>Sapphire™<br>**SC MKII**<br>High Performance<br>Two –way Center Channel<br><br>Quantity: One<br><br>**2). Side mark**<br><br>**HANDLE WITH CARE**<br>Designed and Engineered by Cary Christie<br>and Tom DeVesto<br>Exclusive 1 Sapphire " Polycell Dome Tweeters<br>2x5.25" Aluminum Cone Midrange/ Woofer<br>Magnetically Shielded<br>Bass reflex Design<br>Adjustable Center Foot<br>Grille included<br><br>Quantity: |

Page 3  of  6
LN-D-OPS-

This report is issued by the Company under its General Conditions for Inspection and Testing Services (copy available upon request). The issuance of this report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations to the contrary are not binding on the Company The Company's responsibility under this report is limited to proven negligence  and will in no case be more than ten times the amount of the fees or commissions. Except by special arrangement, samples, if drawn, will not be retained by the Company for more than three months

19-AUG-2005  14:42   FROM  SUNFIELD.COM.CN          TO  0089672240520          P.05/13

# SGS

| | | One Speaker |
| | | Premium Black Ash Vinyl |
| | | Shipping: |
| | | Wt: 24.6 lb |
| | | Vol: 2.1cu ft |
| | | **Sapphire™** |
| | | RED HOT Blue! |
| | | One Broadway, Suite 600 |
| | | Cambridge, Massachusetts 02142 USA |
| | | www.SapphireAudio.com |
| | | Sapphire and the Sapphire logo are trademarks of Sapphire audio. |
| | | MADE IN CHINA |
| **SBL** | | **1). Shipping mark** |
| | | **Sapphire™** |
| | | **SBL** |
| | | Two-way High Performance |
| | | Bookshelf Speakers |
| | | Quantity: Two |
| | | **2). Side mark** |
| | | **HANDLE WITH CARE** |
| | | Designed and Engineered by Cary Christie |
| | | And Tom DeVesto |
| | | Exclusive 1" Polycell Dome Sapphire Tweeter |
| | | Hand- Lacquered Front baffle |
| | | magnetically Shielded 6.5" aluminum |
| | | cone midrange/ woofer |
| | | Bass Reflex Design |
| | | Quantity: |
| | | Two Speakers |
| | | Premium Black Ash Vinyl |
| | | Shipping: |
| | | Wt: 34.3 lb |
| | | Vol: 3.1 cu ft |
| | | **Sapphire™** |
| | | RED HOT Blue! |
| | | One Broadway, Suite 600 |
| | | Cambridge, Massachusetts 02142 USA |
| | | Www.SapphireAudio.com |
| | | Sapphire and the Sapphire logo are trademarks of Sapphire audio. |
| | | MADE IN CHINA |
| **ST3 MKII** | | **1). Shipping mark** |
| | | **Sapphire™** |
| | | **ST3 MKII** |
| | | High performance three-way Tower Speaker |
| | | **2). Side mark** |
| | | **HANDLE WITH CARE** |

Page 1 of 6
GN-D-OPS-

This report is issued by the Company under its General Conditions for Inspection and Testing Services (copy available upon request). The issuance of this report does not exonerate buyer or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations to the contrary are not binding on the Company. The Company's responsibility under this report is limited to proven negligence and will in no case be more than ten times the amount of the fees or commission. Except by special arrangement, samples, if drawn, will not be retained by the Company for more than three months.



**SGS**

Designed and Engineered by Cary Christie
and Tom DeVesto
Exclusive 1" Sapphire Polycell Dome Tweeter
2x5.25" Aluminum Cone Midranges
2x8" side-firing woofer cone Woofers
Magnetically Shielded
Bi-Wirable
Bass Reflex Design
Black Glass Top
Grilles Included
MADE IN CHINA

Quanity:
One right Speaker
Premium Black Ash Vinyl

One left Speaker
Premium Black Ash Vinyl

Shipping:
Wt: 71.6 lb
Vol: 7.3 cu ft

**Sapphire™**
RED HOT Blue!
One Broadway, Suite 600
Cambridge, Massachusetts 02142 USA
www.SapphireAudio.com
Sapphire and the Sapphire logo are trademarks of Sapphire audio.

## 6.0  DATA MEASUREMENT

| Model No | Data measurement |
|---|---|
| SS | 1). AC impedance curve found acceptable except defects shown in AQL.<br>2). Speaker polarity check found acceptable except defects shown in AQL..<br>3). Buzz & Rattle check found acceptable except defects shown in AQL.<br>4). 3pcs samples for actual installation check found acceptable.<br>5). 1 pc rubber foot for "left mark test" found acceptable. |
| SC MKII | 1). AC impedance curve found acceptable except defects shown in AQL.<br>2). Speaker polarity check found acceptable except defects shown in AQL..<br>3). Buzz & Rattle check found acceptable except defects shown in AQL..<br>4). 1 pc rubber foot for "left mark test" found acceptable. |
| SBL | 1). AC Impedance curve found acceptable except defects shown in AQL.<br>2). Speaker polarity check found acceptable except defects shown in AQL..<br>3). Buzz & Rattle check found acceptable except defects shown in AQL..<br>4). 1 pc rubber foot for "left mark test" found acceptable. |
| ST3 MKII | 1). AC Impedance curve found acceptable except defects shown in AQL.<br>2). Speaker polarity check found acceptable except defects shown in AQL..<br>3). Buzz & Rattle check found acceptable except defects shown in AQL..<br>4). 3pcs samples for actual installation check found acceptable. |

## 7.0  PROBLEM REMARKS / INFORMATIVE REMARKS

This report is issued by the Company under its General Conditions for Inspection and Testing Services (copy available upon request). The issuance of this report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations to the contrary are not binding on the Company. The Company's responsibility under this report is limited to proven negligence and will in no case be more than ten times the amount of the fees or commission. Except by special arrangement, samples, if drawn, will not be retained by the Company for more than three months.



| Model No | Problem remark / Informative remark |
|----------|-------------------------------------|
|          | 1 UPC label stuck on export carton.<br>2 Rating label stuck on rear cabinet.<br>3 Serial number label stuck on unit and export carton. |

This report is issued by the Company under its General Conditions for Inspection and Testing Services (copy available upon request). The issuance of this report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations to the contrary are not binding on the Company. The Company's responsibility under this report is limited to proven negligence  and will in no case be more than ten times the amount of the fees or commission. Except by special arrangement, samples, if drawn, will not be retained by the Company for more than three months

19-AUG-2005  14:43   FROM SUNFIELD.COM.CN          TO  0088672240520          P.08/13



2/F Qastar Building, Zhongkang Road, Shangmeilin, Shenzhen ,China

Tele.: (86 755) 83114358
Fax: (86 755) 83114354/ 83103194

# Inspection Report

**Report Ref. No.:  SZXWT00117213**

| To      : | Sapphire Audio, LLC | Fax / E-mail : | | |
|---|---|---|---|---|
| Att     : | Tom Devesto | | | |
| Cc      : | Sunfield Shenzhen | Fax / E-mail : | | |
| Att     : | Peter Peng | | | |
| From   : | Hanson Cai | Fax / E-mail : | | Hanson_cai@sgs.com |
| SGS File No.: | CN1US-075023 | Date:17/03/05 | SGS Registration No.: | CN1US-075023 |

Buyer :            Sapphire Audio LLC
Agent :            N / A
Supplier :         Sunfield, TW
Manufacturer :     Sunfield, Shen Zhen
Product description:   Speakers

L/C Number :                        (x)  Not Available
P.O. Number:                        (x)  Not Available

Service performed  :   FRI            Inspection Date :     17-Mar-2005
Inspection Location :   Sha Jing, Shen Zhen

REFERENCE SAMPLE PROVIDED :        By Principal  ( For data measurement only )

## 1.0   SUMMARY OF INSPECTION RESULT :

| Model No | Quantity for inspection | AQL applied | Sample size | Overall result |
|---|---|---|---|---|
| SBS | 32pcs | According to Client Instruction are using ANSI/ASQC Z1.4-1993, Single sampling plans for normal inspection : | 32 | Not conformed |
| SC | 112pcs | | 32 | Subject to Client's evaluation |
| SB | 8pcs | | 20 | Subject to Client's evaluation |
| ST3 | 10pcs | AQL = Level I letter code Critical = Not allow Major  = 0.65 Minor  = 1.5 | 20 | Subject to Client's evaluation |

**Note** : Inspection result are defined as "Conformed" Not conformed" "Not applicable" and "Subject to Client's evaluation"

FOLLOW UP ACTIONS : ( as applicable )
  Inspection certificate will be issued
  Supplier advised shipment scheduled for _____
  Manufacturer / supplier commented on inspection result as follow : _____
  Please instruct regarding issuance of inspection certificate.

Page 1  of  6
CN-D-OPS-

This report is issued by the Company under its General Conditions for Inspection and Testing Services (copy available upon request). The issuance of this report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations to the contrary are not binding on the Company. The Company's responsibility under this report is limited to proven negligence and will in no case be more than ten times the amount of the fees or commission. Except by special arrangement, samples, if drawn, will not be retained by the Company for more than three months.

19-AUG-2005 14:44   FROM SUNFIELD.COM.CN        TO  0088672240520        P.09/13



# SGS

We sent you defective samples by _____ AWB. No.: _____ on _____  Please advise your evaluation.

We recommend the following corrective action_____

Additional SGS service _____results due by _____

## 2.0   SUMMARY OF INSPECTION CONTENTS

| Model No | Style / Material / Color | Workmanship / Visual / Function | Packing | Marking / label | Data measurement |
|---|---|---|---|---|---|
| SBS | Conformed | Failed AQL | Conformed | Conformed | Actual Finding |
| SC | Conformed | Pass AQL | Conformed | Conformed | Actual Finding |
| SB | Conformed | Pass AQL | Conformed | Conformed | Actual Finding |
| ST3 | Conformed | Pass AQL | Conformed | Conformed | Actual Finding |

## 3.0   WORKMANSHIP APPEARANCE / FUNCTION INSPECTION FINDINGS:
( As according to Client's instruction "Critical and Major defect" are not allow )
And "Minor defect" are just for repair and improvement mainly! )

| Model No | Defect description | Critical | Major | Minor |
|---|---|---|---|---|
| SBS | White mark on front cabinet | 0 | 0 | 1 |
|  | Dirty mark on top cabinet | 0 | 0 | 1 |
| SC | Glue mark on top cabinet | 0 | 0 | 1 |
| SB | Nil | 0 | 0 | 0 |
| ST3 | Dirty mark on front cabinet | 0 | 0 | 1 |

## 4.0   PACKING

| Model No | Export packing | Individual packing |
|---|---|---|
| SBS | 2 ply corrugated carton and sealed by gummed tapes | Two unit protected with polybag and foam, then packed into carton together with accessories bag ( 1 pc copper foot, 6 pcs rubber foot), User's guide and Warranty card. |
| SC | 2 ply corrugated carton and sealed by gummed tapes | Each speaker protected with polybag and foam, then packed into carton together with 1 accessories bag ( 8 pcs rubber foot, User's guide and Warranty card. |
| SB | 2 ply corrugated carton and sealed by gummed tapes | Two speakers protected with polybag and foam, then packed into carton together with 1 accessories bag ( 8 pcs rubber foot), User's guide and Warranty card. |
| ST3 | 2 ply corrugated carton and sealed by gummed tapes | Each unit was protected with poly bag and poly foam, then packed into carton together with accessories bag (3pcs copper foot, 3pcs rubber foot, 4pcs black screw, user's guide and warranty card.) |

Page 2  of 6
CN-D-DPS-

This report is issued by the Company under its General Conditions for Inspection and Testing Services (copy available upon request). The issuance of this report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations to the contrary are not binding on the Company. The Company's responsibility under this report is limited to proven negligence and will in no case be more than ten times the amount of the fees or commission. Except by special arrangement, samples, if drawn, will not be retained by the Company for more than three months.