# Exhibit B – Part 2

19-AUG-2005 14:45    FROM SUNFIELD.COM.CN          TO 0088672240520          P.10/13



## 5.0  MARKING / LABELING

| Model No | On Export carton |
|---|---|
| SBS | **1). Shipping mark**<br><br>Sapphire™<br>**SBS**<br>Two-way High Performance<br>Bookshelf Speakers<br><br>Quantity: Two<br><br>**2). Side mark**<br><br>**HANDLE WITH CARE**<br>Designed and Engineered by Cary Christie<br>And Tom DeVesto<br>Exclusive 1" Polycell Dome Sapphire Tweeter<br>Magnetically Shielded 5.25" coated paper<br>Cone midrange/woofer<br>Bass Reflex Design<br><br>*Quantity:*<br>Two Speakers<br>Preminum Black Ash Vinyl<br><br>*Shipping:*<br>Wt: 21.5 lb<br>Vol: 1.8 cu ft<br><br>**Sapphire™**<br>RED HOT Blue!<br>One Broadway, Suite 600<br>Cambridge, Massachusetts 02142 USA<br>Www.SapphireAudio.com<br>Sapphire and the Sapphire logo are trademarks of Sapphire audio.<br>MADE IN CHINA |
| SS | **1). Shipping mark**<br><br>Sapphire™<br>**SC**<br>High Performance<br>Two –way Center Channel<br><br>Quantity: One<br><br>**2). Side mark**<br><br>**HANDLE WITH CARE**<br>Designed and Engineered by Cary Christie<br>and Tom DeVesto<br>Exclusive 1Sapphire " Polycell Dome Tweeters<br>2x5.25" Aluminum Cone Midrange/ Woofer<br>Magnetically Shielded<br>Bass reflex Design<br>Adjustable Center Foot<br>Grille included |

Page 5  of  6
CN-DF-OPS-

This report is issued by the Company under its General Conditions for Inspection and Testing Services (copy available upon request). The issuance of this report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations to the contrary are not binding on the Company. The Company's responsibility under this report is limited to proven negligence and will in no case be more than ten times the amount of the fees or commission. Except by special arrangement, samples, if drawn, will not be retained by the Company for more than three months



| | | |
|---|---|---|
| | Quantity:<br>Two Speakers<br>Premium Black Ash Vinyl<br>Shipping:<br>Wt: 24.6 lb<br>Vol: 2.1cu ft<br><br>**Sapphire™**<br>RED HOT Blue!<br>One Broadway, Suite 600<br>Cambridge, Massachusetts 02142 USA<br>www.SapphireAudio.com<br>Sapphire and the Sapphire logo are trademarks of Sapphire audio<br>MADE IN CHINA | |
| **SB** | 1). Shipping mark<br><br><div align="center">Sapphire™<br>**SB**<br>Two-way High Performance<br>Bookshelf Speakers<br><br>Quantity: Two</div><br>2). Side mark<br><br>**HANDLE WITH CARE**<br>Designed and Engineered by Cary Christie<br>And Tom DeVesto<br>Exclusive 1" Polycell Dome Sapphire Tweeter<br>5.25" Aluminum Cone Midrange / Woofer<br>magnetically Shielded<br>Bass Reflex Design<br><br>Quantity:<br>Two Speakers<br>Premium Black Ash Vinyl<br><br>Shipping:<br>Wt: 31.8 lb<br>Vol: 2.6 cu ft<br><br>**Sapphire™**<br>RED HOT Blue!<br>One Broadway, Suite 600<br>Cambridge, Massachusetts 02142 USA<br>Www.SapphireAudio.com<br>Sapphire and the Sapphire logo are trademarks of Sapphire audio.<br>MADE IN CHINA | |
| **ST3** | 1). Shipping mark<br><br><div align="center">Sapphire™<br>**ST1 MKIII**<br>High performance three-way Tower Speaker</div><br>2). Side mark | |

Page 4  of  6
CN-D-DPS-

This report is issued by the Company under its General Conditions for Inspection and Testing Services (copy available upon request). The issuance of this report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations to the contrary are not binding on the Company. This Company's responsibility under this report is limited to proven negligence and will in no case be more than ten times the amount of the fees or commission. Except by special arrangement, samples, if drawn, will not be retained by the Company for more than three months



**HANDLE WITH CARE**
Designed and Engineered by Cary Christie
and Tom DeVesto
Exclusive 1" Sapphire Polycell Dome Tweeter
2x5.25" Aluminum Cone Midranges
2x8" side-firing woofer cone Woofers
Magnetically Shielded
Bi-Wirable
*Bass Reflex Design*
Black Glass Top
Grilles Included
MADE IN CHINA

Quantity:
One right Speaker
Premium Black Ash Vinyl

One left Speaker
Premium Black Ash Vinyl

Shipping:
Wt: 71.6 lb
Vol: 7.3 cu ft

**Sapphire ™**
RED HOT Blue!
One Broadway, Suite 600
Cambridge, Massachusetts 02142 USA
www.SapphireAudio.com
Sapphire and the Sapphire logo are trademarks of Sapphire audio.



## 6.0  DATA MEASUREMENT

| Model No | Data measurement |
|---|---|
| SBS | 1). AC Impedance curve found acceptable except defects shown in AQL.<br>2). Speaker polarity check found acceptable except defects shown in AQL..<br>3). Buzz & Rattle check found acceptable except defects shown in AQL.<br>4). 3pcs samples for actual installation check found acceptable.<br>5). 1 pc rubber foot for "left mark test" found acceptable. |
| SC | 1). AC Impedance curve found acceptable except defects shown in AQL.<br>2). Speaker polarity check found acceptable except defects shown in AQL..<br>3). Buzz & Rattle check found acceptable except defects shown in AQL.<br>4). 1 pc rubber foot for "left mark test" found acceptable. |
| SB | 1). AC Impedance curve found acceptable except defects shown in AQL.<br>2). Speaker polarity check found acceptable except defects shown in AQL..<br>3). Buzz & Rattle check found acceptable except defects shown in AQL..<br>4). 1 pc rubber foot for "left mark test" found acceptable. |
| ST3 | 1). AC Impedance curve found acceptable except defects shown in AQL.<br>2). Speaker polarity check found acceptable except defects shown in AQL..<br>3). Buzz & Rattle check found acceptable except defects shown in AQL.<br>4). 3pcs samples for actual installation check found acceptable. |

## 7.0  PROBLEM REMARKS / INFORMATIVE REMARKS

Page 5  of  5
CN-D-OPS-

This report is issued by the Company under its General Conditions for Inspection and Testing Services (copy available upon request). The issuance of this report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations to the contrary are not binding on the Company. The Company's responsibility under this report is limited to proven negligence and will in no case be more than ten times the amount of the fees or commission. Except by special arrangement, samples, if drawn, will not be retained by the Company for more than three months

19-AUG-2005  14:46   FROM  SUNFIELD.COM.CN          TO  0088672240520          P.13/13



| Model No | Problem remark / Informative remark |
|---|---|
|  | 1 UPC label stuck on export carton.<br>2 Rating label stuck on rear cabinet.<br>3 Serial number label stuck on unit and export carton. |

This report is issued by the Company under its General Conditions for Inspection and Testing Services (copy available upon request). The issuance of this report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations to the contrary are not binding on the Company. The Company's responsibility under this report is limited to proven negligence  and will in no case be more than ten times the amount of the fees or commission. Except by special arrangement, samples, if drawn, will not be retained by the Company for more than three months.

TOTAL P.13

# SGS

Black Glass Top
Grilles Included

Quantity:
One right Speaker
Preminum Black Ash Vinyl

One left Speaker
Preminum Black Ash Vinyl

Shipping:
Wt: 82.7 lb
Vol: 5.1 cu ft

**Sapphire™**
RED HOT Blue!
One Broadway, Suite 600
Cambridge, Massachusetts 02142 USA
www.SapphireAudio.com
Sapphire and the Sapphire logo are trademarks of Sapphire audio
MADE IN CHINA

3) Label:
3.1 UPC label stuck on export carton: 831623011117
3.2 Rating label stuck on rear cabinet.
3.3 Serial number label stuck on unit and export carton.

## 6.0   DATA MEASUREMENT

| Model No | Data measurement |
|---|---|
| ST1-L/R  MKII | 1). AC Impedance curve found acceptable except defects shown in AQL.<br>2). Speaker polarity check found acceptable except defects shown in AQL.<br>3). Buzz & Rattle check found acceptable except defects shown in AQL.<br>4). 3pcs samples for actual installation check found acceptable.<br>5). 1 pc rubber foot for "left mark test" found acceptable. |

## 7.0   PROBLEM REMARKS / INFORMATIVE REMARKS

| Model No | Problem remark / Informative remark |
|---|---|
| ST1-L/R MKII | NIL |

This Company under its General Conditions issues this report for Inspection and Testing Services (copy available upon request). The issuance of this report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations to the contrary are not binding on the Company. The Company's responsibility under this report is limited to proven negligence and will in no case be more than ten times the amount of the fees or commission. Except by special arrangement, samples, if drawn, will not be retained by the Company for more than three months.

Quantity:
One right/left Speaker
Premium Black Ash Vinyl

One left Speaker
Premium Black Ash Vinyl

Shipping:
Wt: 76.8 lb
Vol: 7.1 cu ft

Sapphire™

Page 3 of 4
CN-D-OPS-

This report is issued by the Company under its General Conditions for Inspection and Testing Services (copy available upon request). The issuance of this report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations to the contrary are not binding on the Company. The Company's responsibility under this report is limited to proven negligence and will in no case be more than ten times the amount of the fees or commission. Except by special arrangement, samples, if drawn, will not be retained by the Company for more than three months.

| Model No | On Export carton |
|----------|------------------|
| ST₂ MKII | 1). Shipping mark |

$ST_2$ MKII

Sapphire™
ST₂ MKII
High Performance Three-way Tower Speaker

2). Side mark

**HANDLE WITH CARE**
Designed and Engineered by Cary Christie
And Tom DeVesto
Exclusive 1 Sapphire Polcell Dome Tweeter
2×5.5" Alumimum Cone Midrange
10" Side-firing Woofer
Magnetically Shielded
Bi-Wirable
Bass Reflex Design
Black Glass Top
Grilles Included

Quantity:
One Right Speaker
 Premium Black Ash Vinyl
One left Speaker
 Premium Black Ash Vinyl

Page 2 of 3

This report is issued by the Company under its General Conditions for Inspection and Testing Services (copy available upon request). The issuance of this report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations to the contrary are not binding on the Company. The Company's responsibility under this report is limited to proven negligence and will in no case be more than ten times the amount of the fees or commission.

TOTAL P.01



| | |
|---|---|
| | **HANDLE WITH CARE**<br>Designed and Engineered by Cary Christie<br>And Tom DeVesto<br>Exclusive 1" Polycell Dome Sapphire Tweeter<br>Magnetically Shielded 5.25" coated paper<br>Cone midrange/woofer<br>Bass Reflex Design<br><br>Quantity:<br>Two Speakers<br>Premium Black Ash Vinyl<br><br>Shipping:<br>Wt: 21.5 lb<br>Vol: 1.8 cu ft<br><br>**Sapphire™**<br>*RED HOT Blue!*<br>One Broadway, Suite 600<br>Cambridge, Massachusetts 02142 USA<br>Www.SapphireAudio.com<br>Sapphire and the Sapphire logo are trademarks of Sapphire audio<br>MADE IN CHINA |
| **ST3-L/R<br>MKII** | **1). Shipping mark**<br><br>**Sapphire™**<br>**ST3 MKII**<br>High performance three-way Tower Speaker<br><br><br>**2). Side mark**<br><br>**HANDLE WITH CARE**<br>Designed and Engineered by Cary Christie<br>And Tom DeVesto<br>Exclusive 1" Sapphire Polycell Dome Tweeter<br>2×5.25" Aluminum Cone Midranges<br>2×8" side-firing woofer<br>Magnetically Shielded<br>Bi-Wirable<br>Bass Reflex Design<br>Black Glass Top<br>Grilles Included<br><br>Quantity:<br>One right/left Speaker<br>Premium Black Ash Vinyl<br><br>One left Speaker<br>Premium Black Ash Vinyl<br><br>Shipping:<br>Wt: 76.6 lb<br>Vol: 7.1 cu ft<br><br>**Sapphire™** |

This report is issued by the Company under its General Conditions for Inspection and Testing Services (copy available upon request). The issuance of this report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations to the contrary are not binding on the Company. The Company's responsibility under this report is limited to proven negligence and will in no case be ... Except by special arrangement, samples, if drawn, will not be retained by the Company for

19-AUG-2005  14:33    FROM SUNFIELD.COM.CN          TO  0088672240520        P.19/23



Castor Building, Zhonghang Road, Shangmeilin, Shenzhen ,China

e: (86 755) 8311 1356
Fax: (86 755) 8311 1354, 83102194

# Inspection Report

**Report Ref. No.:  SZXWT00116655**

| | | | | |
|---|---|---|---|---|
| | Sapphire | Fax / E-mail : | tivolicon@aol.com | |
| | Tom Devosto | | | |
| | Sunfield Shenzhen | Fax / E-mail : | | |
| | Peter Peng | | | |
| From : | Hanson Cai | Fax / E-mail : | Hanson_cai@sgs.com | |
| SGS File No. | CN1US-074540 | Date:11/ Mar/2005 | SGS Registration No.: | CN1US-074540 |

Buyer            Sapphire
Agent            N / A
Supplier         Sunfield, TW
Manufacturer     Sunfield, Shen Zhen
Product description   Speaker box

I. C Number             (x) Not Available
P.O. Number             (x) Not Available

Service performed       FRI                Inspection Date :       11-Mar- 2005
Inspection Location     Sha Jing, Shen Zhen

REFERENCE SAMPLE PROVIDED :          By Principal ( For data measurement only )

## SUMMARY OF INSPECTION RESULT :

| Model No. | Quantity for Inspection | AQL applied | Sample size | Overall result |
|---|---|---|---|---|
| SGS | 278pcs | According to Client Instruction are using ANSI/ASQC Z1.4-1993, Single sampling plans for normal inspection . | 13 | Subject to Client's evaluation |
| SGS | N/A | | 0 | Subject to Client's evaluation |
| SGS | 1012pcs | AQL = Level I letter code Critical = Not allow Major  = 0.65 Minor  = 1.5 | 32 | Subject to Client's evaluation |

Note: Inspection result are defined as "Conformed" "Not conformed" "Not applicable" and "Subject to Client's evaluation"

FOLLOW UP ACTIONS  ( as applicable )
    Inspection certificate will be issued
    Supplier advised shipment scheduled for _____
    Manufacturer / supplier commented on inspection result as follow :_____
    Please instruct regarding issuance of inspection certificate.

Page 1  of  6
CN-D-OPS-

This report is issued by the Company under its General Conditions for Inspection and Testing Services (copy available upon request). The attention of this is drawn to the limitation of liability, indemnification and jurisdiction issues from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations as the the party and that facility or of the Company. The Company's responsibility under this report is limited to proven negligence  and will in no case be more than ten time the amount of the fee for services in connection. Except by special arrangement, samples, if drawn, will not be retained by the Company for more than three months.

# SGS

We sent your defective samples by _____ AWB. No _____ on ___  Please advise your evaluation.

We recommend the following corrective action _____

Additional SGS service _____ results due by _____

## 2.0  SUMMARY OF INSPECTION CONTENTS

| Model No | Style / Material / Color | Workmanship / Visual / Function | Packing | Marking / label | Data measurement |
|---|---|---|---|---|---|
| SBS | Conformed | Pass AQL | Conformed | Conformed | Actual Finding |
| SC | | | | | |
| SC | Conformed | Pass AQL | Conformed | Conformed | Actual Finding |

## 3.0  WORKMANSHIP APPEARANCE / FUNCTION INSPECTION FINDINGS:
( As request ing to Client's instruction "Critical and Major defect" are not allow t
And "Minor defect" are just for repair and improvement mainly ! )

| Model No | Defect description | Critical | Major | Minor |
|---|---|---|---|---|
| SBS | No defect. | 0 | 0 | 0 |
| SC | | 0 | 0 | 1 |
| SBS | Dirty stain on right side of cabinet. (4212) | 0 | 0 | 1 |

## 4.0  PACKING

| Model No | Export packing | Individual packing |
|---|---|---|
| SBS | 2 ply corrugated carton and sealed by gummed tapes | Each unit protected with polybag and foam, then packed into carton together with accessories bag ( 1 pc copper foot, 6 pcs rubber foot), User's guide and Warranty card. |
| SC | | |
| SB | 2 ply corrugated carton and sealed by gummed tapes | Two speakers protected with polybag and foam, then packed into carton together with 1 accessories bag ( 8 pcs rubber foot), User's guide and Warranty card. |

## 5.0  MARKING / LABELING

| Model No | On Export carton |
|---|---|
| SBS | a. Shipping mark |

Sapphire (R)
## SBS
Two-way High Performance
Bookshelf Speakers

Quantity Two

Page 3 of 4
CN-D-OPS-

The ___ & all services by the Company under its General Conditions for Inspection and Testing Services (copy available upon request). The issuance of this ___ does not ___ the company from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations to the ___ are not binding upon the Company. The Company's responsibility under this report is limited to proven negligence and will in no case be more than ten ___ amount of the ___ commission. Except by special arrangement, samples if drawn, will not be retained by the Company for more than three months.



2) Side mark

**HANDLE WITH CARE**
Designed and Engineered by Cary Christie
And Tom DeVesto
Exclusive 1" Polycell Dome Sapphire Tweeter
Magnetically Shielded 5.25" coated paper
Cone midrange/woofer
Bass Reflex Design

Quantity:
  Two Speakers
  Premium Black Ash Vinyl

Shipping
  Wt: 21.5 lb
  Vol: 1.8 cu ft

**Sapphire**™
  RED HOT Blue!
  One Broadway, Suite 600
  Cambridge, Massachusetts 02142 USA
    www.sapphireaudio.com
  Sapphire and the Sapphire logo are trademarks of Sapphire audio.
  MADE IN CHINA

---

SB | 1) Shipping mark

Sapphire™
**SB**
Two-way High Performance
Bookshelf Speakers

Quantity  Two

2) Side mark

**HANDLE WITH CARE**
Designed and Engineered by Cary Christie
And Tom DeVesto
Exclusive 1" Polycell Dome Sapphire Tweeter
5.25" Aluminum Cone Midrange / Woofer
magnetically Shielded
Bass Reflex Design

Quantity:
  Two Speakers
  Premium Black Ash Vinyl

Shipping:
  Wt: 21.8 lb
  Vol: 2.6 cu ft

**Sapphire**™
  RED HOT Blue!
  One Broadway, Suite 600
  Cambridge, Massachusetts 02142 USA

Page 2 of 4
CN-D-OPS-

This report is issued by the Company under its General Conditions for Inspection and Testing Services (copy available upon request) The issuance of this report does not exonerate parties from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations to the contrary and not binding on the Company. The Company's responsibility under this report is limited to proven negligence and will in no case be more than ten times the fee paid or the fee for the contract work. Except by special arrangement, samples, if drawn, will not be retained by the Company for more than three months.

19-AUG-2005  14:34    FROM  SUNFIELD.COM.CN                    TO  008B672240520          P.22/23



Sapphire and the Sapphire logo are trademarks of Sapphire audio.
MADE IN CHINA

## 6.0  DATA MEASUREMENT

| Model No. | Data measurement |
|---|---|
| SGS | 1) AC Impedance curve found acceptable except defects shown in AQL.<br>2) Speaker polarity check found acceptable except defects shown in AQL..<br>3) Buzz & Rattle check found acceptable except defects shown in AQL.<br>4) 3pcs samples for actual installation check found acceptable.<br>5) 1 pc rubber foot for "left mark test" found acceptable. |
| SB | 1) AC Impedance curve found acceptable except defects shown in AQL..<br>2) Speaker polarity check found acceptable except defects shown in AQL.<br>3) Buzz & Rattle check found acceptable except defects shown in AQL..<br>4) 1 pc rubber foot for "left mark test" found acceptable. |

## 7.0  PROBLEM REMARKS / INFORMATIVE REMARKS

| Model No. | Problem remark / Informative remark |
|---|---|
| SG | No products were provided for our inspection. Which did not conform to inspection booking stated as 500pcs. |
| SGS | Actual quantity of product is 278pcs, which did not conform to inspection booking stated as 200pcs. |
| SB | Actual quantity of product is 1012pcs, which did not conform to inspection booking stated as 1100pcs. |

This report is issued by the Company under its General Conditions for Inspection and Testing Services (copy available upon request). The issuance of this report does not relieve the parties to orders from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations to the contrary are not binding on the Company. This Company's responsibility under this report is limited to proven negligence and will in no case be more than ten times the amount of the fee or commission. Except by special arrangement, samples, if drawn, will not be retained by this Company for more than three months.

SGS

2/F Dastar Building, Zhongkang Road, Shangmeilin, Shenzhen ,China

Tele (86 755) 83114358
Fax (86 755) 83114364/ 83103194

# Inspection Report

Report Ref. No.: SZXWT00102884

| | | | |
|---|---|---|---|
| To : | Tivoli Audio, LLC | Fax / E-mail : | tivolicon@aol.com |
| Att : | Tom Devesto | | |
| Cc : | Sunfield Shenzhen | Fax / E-mail : | |
| Att : | Peter Peng | | |
| From : | Hanson Cai | Fax / E-mail : | Hanson_cai@sgs.com |
| SGS File No.: | CN1US-064759 Date: 20/10/2004 | SGS Registration No.: | CN1US-064759 |

Buyer : Tivoli Audio, LLC
Agent : N / A
Supplier : Sunfield, TW
Manufacturer : Sunfield, Shenzhen
Product description: Speakers and Grill kits

L/C Number : (x) Not Available
P.O. Number: (x) Not Available

Service performed : FRI Inspection Date : 20-Oct - 2004
Inspection Location : Sha Jing, Shen Zhen

**REFERENCE SAMPLE PROVIDED :** **By Principal** ( For data measurement only )

**1.0 SUMMARY OF INSPECTION RESULT :**

| Model No | Quantity for inspection | AQL applied | Sample size | Overall result |
|---|---|---|---|---|
| SS | 172 | According to Client instruction are using ANSI/ASQC Z1.4-1993, Single sampling plans for normal inspection ; AQL = Level I letter code Critical = Not allow Major = 0.65 Minor = 1.5 | 20 | Conformed |
| STI MKII | 352 | | 32 | Conformed |

Note : Inspection result are defined as "Conformed" Not conformed" "Not applicable" and "Subject to Client's evaluation"

**FOLLOW UP ACTIONS** : ( as applicable )

Inspection certificate will be issued
Supplier advised shipment scheduled for ______
Manufacturer / supplier commented on inspection result as follow : ______
Please instruct regarding issuance of inspection certificate.

This report is issued by the Company under its General Conditions for Inspection and Testing Services (copy available upon request). The issuance of this report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations to the contrary are not binding on the Company. The Company's responsibility under this report is limited to proven negligence and will in no case be more than ten times the amount of the fees or commission. Except by special arrangement samples, if drawn, will not be retained by the Company for more than three months

19-AUG-2005  14:20  FROM SUNFIELD.COM.CN      TO  0088672240520       P.16/17

# SGS

We sent you defective samples by ___ __ AWB. No.: _____ __ on __ __    Please advise your evaluation.

We recommend the following corrective action _____

Additional SGS service _____ results due  by _____

### 2.0  SUMMARY OF INSPECTION CONTENTS

| Model No | Style / Material / Color | Workmanship / Visual / Function | Packing | Marking / label | Data measurement |
|---|---|---|---|---|---|
| SS | Conformed | Pass AQL | Conformed | Conformed | Actual Finding |
| ST1 MKII | Conformed | Pass AQl | Conformed | Conformed | Actual Finding |

### 3.0  WORKMANSHIP APPEARANCE / FUNCTION INSPECTION FINDINGS:

( As according to Client's instruction "Critical and Major defect" are not allow !
And "Minor defect" are just for repair and improvement mainly ! )

| Model No | Defect description | Critical | Major | Minor |
|---|---|---|---|---|
| SS | No defect was found | | | |
| ST1 MKII | White mark on rear cabinet (11866) | 0 | 0 | 1 |

### 4.0  PACKING

| Model No | Export packing | Individual packing |
|---|---|---|
| SS | 2 ply corrugated carton and sealed by gummed tapes | Two speakers protected with polybag and foam, then packed into carton together with 1 accessories bag  ( 8 pcs rubber foot), User's guide and Warranty card. |
| ST1 MKII | 2 ply corrugated carton and sealed by gummed tapes | Each speaker protected with polybag and foam, then packed into carton together with 1 accessories bag, User's guide and Warranty card. |

### 5.0  MARKING / LABELING

| Model No | On Export carton |
|---|---|
| SS | 1). Shipping mark |

Sapphire™
## SS
Two-way High Performance
Diffuse Surround Speakers

Quantity: Two

2). Side mark

### HANDLE WITH CARE
Designed and Engineered by Cary Christie
and Tom DeVesto
Exclusive 1" Polycell Dome Sapphire Tweeters

Page 2  of  4
CN-D-5PS

This report is issued by the Company under its General Conditions for Inspection and Testing Services (copy available upon request). The issuance of this report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations to the contrary are not binding on the Company. The Company's responsibility under this report is limited to proven negligence and will in no case go more than ten times the amount of the fees or commission (except by special arrangement), samples, if drawn, will not be retained by the Company for more than three months.

19-AUG-2005  14:20   FROM  SUNFIELD.COM.CN          TO  0088672240520          P.17/17

# SGS

|  | 5.25" Aluminum Cone Midrange/ Woofer |
|---|---|
|  | Quantity:<br>Two Speakers<br>Premium Black Ash Vinyl<br>Shipping.<br>Wt: 40.3 lb<br>Vol: 2.6cu ft<br><br>**Sapphire**™<br>RED HOT Blue!<br>One Broadway, Suite 600<br>Cambridge, Massachusetts 02142 USA<br>www.SapphireAudio.com<br>Sapphire and the Sapphire logo are trademarks of Sapphire audio.<br>MADE IN CHINA |
| ST1 MKII | 1). Shipping mark |
|  | Sapphire™<br>**ST1 MKII**<br>High Performance Three-way Tower Speaker<br><br><br>2). Side mark<br><br>**HANDLE WITH CARE**<br>Designed and Engineered by Cary Christie<br>And Tom DeVesto<br>Exclusive 1Sapphire Polcell Dome Teeter<br>5.25" Alumimum Cone Midrange<br>8" Side-firing Woofer<br>Magnetically Shielded<br>Bi-Wirable<br>Bass Reflex Design<br>Black Glass Top<br><br>Quantity:<br>One Right Speaker<br>Premium Black Ash Vinyl<br>One left Speaker<br>Premium Black Ash Vinyl<br><br>Shipping:<br>Wt: 52.7 lb<br>Vol: 5.1 cu ft<br><br>**Sapphire**™<br>RED HOT Blue!<br>One Broadway, Suite 600<br>Cambridge, Massachusetts 02142 USA<br>Www.SapphireAudio.com<br>Sapphire and the Sapphire logo are trademarks of Sapphire audio<br>MADE IN CHINA |

Page 1 of 4
LN-D-OPS

This report is issued by the Company under its General Conditions for Inspection and Testing Services (copy available upon request). The attention of this report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations to the contrary are not binding on the Company. The Company's responsibility under this report is limited to proven negligence  and will in no case be more than ten times the amount of the fees or commission. Except by special arrangement, samples, if drawn  will not be retained by the Company for more than three months.

# SGS

Please instruct regarding issuance of inspection certificate.

We sent you defective samples by ___ ___ AWB. No.: ___ ___ on ___ Please advise your evaluation.

We recommend the following corrective action _____

Additional SGS service _____ results due by _____

## 2.0 SUMMARY OF INSPECTION CONTENTS

| Model No | Style / Material / Color | Workmanship / Visual / Function | Packing | Marking / label | Data measurement |
|----------|---------|---------|---------|---------|---------|
| ST1 MKII | Confirmed | Confirmed | Confirmed | Confirmed | Actual Finding |

## 3.0 WORKMANSHIP APPEARANCE / FUNCTION INSPECTION FINDINGS:

(As according to Client's instruction "Critical and Major defect" are not allowed! And "Minor defects" are just for repair and improvement mainly! )

| Model No | Defect description | Critical | Major | Minor |
|----------|---------|---------|---------|---------|
| ST1 MKII | Glue marks stain on front panel. (11597) | 0 | 0 | 1 |

## 4.0  PACKING

| Model No | Export packing | Individual packing |
|----------|---------|---------|
| ST1 MKII | 2 ply corrugated carton and sealed by gummed tapes | Each unit was protected with poly bag and poly foam, then packed into carton together with accessories bag (3pcs copper foot, 3pcs rubber foot, 4pcs black screw, user's guide and warranty card.) |

## 5.0  MARKING / LABELING

| Model No | On Export carton |
|----------|---------|
| ST1 MKII | 1). Shipping mark<br><br>**Sapphire™**<br>**ST1 MKII**<br>High performance three-way Tower Speaker<br><br>2). Side mark<br><br>**HANDLE WITH CARE**<br>Designed and Engineered by Cary Christie<br>And Tom DeVesto<br>Exclusive 1" Sapphire Polycell Dome Tweeter<br>5.25" Aluminum Cone Midranges<br>8" side-firing woofer<br>Magnetically Shielded<br>Bi-Wirable<br>Bass Reflex Design<br>Black Glass Top<br>Grilles Included<br>MADE IN CHINA |

Page 2 of 3
CN-D-OPR-

This Company under its General Conditions issues this report for Inspection and Testing Services (copy available upon request). The issuance of this report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations to the contrary are not binding on the Company. The Company's responsibility under this report is limited to proven negligence and will in no case be more than ten times the amount of this fees or commission. Except by special arrangement, samples, if drawn, will not be retained by the Company for more than three months.

19-AUG-2005 14:26 FROM SUNFIELD.COM.CN        TO 0088672240520        P.02/23

# SGS

Quantity:
One right Speaker
Premium Black Ash Vinyl

One left Speaker
Premium Black Ash Vinyl

Shipping:
Wt: 52.7 lb
Vol: 5.1 cu ft

**Sapphire™**
RED HOT Blue!
One Broadway, Suite 600
Cambridge, Massachusetts 02142 USA
www.SapphireAudio.com
Sapphire and the Sapphire logo are trademarks of Sapphire audio.

3) Label:
3.1 UPC label stuck on export carton: 831623011117
3.2 Rating label stuck on rear cabinet.
3.3 Serial number label stuck on unit and export carton.

## 6.0    DATA MEASUREMENT

| Model No | Data measurement |
|----------|------------------|
| ST1 MKII | 1). AC Impedance curve found acceptable except defects shown in AQL.<br>2). Speaker polarity check found acceptable except defects shown in AQL.<br>3). Buzz & Rattle check found acceptable except defects shown in AQL.<br>4). 3pcs samples for actual installation check found acceptable. |

## 7.0    PROBLEM REMARKS / INFORMATIVE REMARKS

| Model No | Problem remark / Informative remark |
|----------|-------------------------------------|
| ST1 MKII | NIL |


 
The Company under its General Conditions issue this report for Inspection and Testing Services (copy available upon request). The issuance of this report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations to the contrary are not binding on the Company. The Company's responsibility under this report is limited to proven negligence and will in no case be more than ten times the amount of fees or commission. Except by special arrangement, samples, if drawn, will not be retained by the Company for more than three months

19-AUG-2005  14:24  FROM  SUNFIELD.COM.CN          TO  0068672240520          P.08/08



2/F Oastar Building, Zhongkang Road, Shangmeilin, Shenzhen, China

Tele: (86 755) 83114358
Fax: (86 755) 83114354/ 83103194

# Inspection Report

Report Ref. No. : SZXWT00101815

| To | : | Tivoli Audio, LLC | Fax / E-mail: | | tivoliconn@aol.com | |
|---|---|---|---|---|---|---|
| Att | : | Tom Devesto | | | | |
| Cc | : | Sunfield Shenzhen | Fax / E-mail : | | | |
| Att | : | Peter Peng | | | | |
| From | : | Hanson Cai | | Fax / E-mail: | | Hanson. cai@sgs.com |
| SGS File No.: | CN1US-063995 | Date: 09/10/2004 | SGS Registration No.: | | CN1US-063995 | |

Buyer: Tivoli Audio, LLC
Agent: N / A
Supplier: Sunfield, TW
Manufacturer: Sunfield, Shen Zhen
Product description: Speakers and Grill kits

L/C Number: _____ (x) Not Available
P.O. Number: _____ (x) Not Available

Service performed: FRI          Inspection Date: 08 - Oct, - 2004
Inspection Location: Sha Jing, Shen Zhen

REFERENCE SAMPLE PROVIDED:          By Principal (For data measurement only)

## 1.0  SUMMARY OF INSPECTION RESULT :

| Model No | Quantity for inspection | AQL applied | Sample size | Overall result |
|---|---|---|---|---|
| ST1 MKII | 400 | According to Client instruction are using ANSI/ASQC Z1.4-1993, Single sampling plans for normal inspection AQL = Level I – according to letter code sample size only. Critical = Not allow Major = 0.65 Minor = 1.5 | 32 | Confirmed |
| ST2 | N/A | | N/A | N/A |
| ST3 | N/A | | N/A | N/A |
| SC MKII | N/A | | N/A | N/A |
| SS | N/A | | N/A | N/A |
| SB | N/A | | N/A | N/A |

Note: Inspection results are defined as "Conformed" "Not conformed" "Not applicable" and "Subject to Client's Evaluation"

FOLLOW UP ACTIONS: (as applicable)
Inspection certificate will be issued
Supplier advised shipment scheduled for _____
Manufacturer / supplier commented on inspection result as follow: _____          Page 1 of 3
                                                                                                    CN-D OPS-

The Company under its General Conditions issues this report for Inspection and Testing Services (copy available upon request). The issuance of this report does not exonerate buyers or sellers from exercising all their rights, and discharging all their liabilities under the Contract of Sale. Stipulations to the contrary are not binding on the Company. The Company's responsibility under this report is limited to proven negligence and will in no case be more than ten times the amount of the fees or commission. Except by special arrangement, samples, if drawn, will not be retained by the Company for more than three months

TOTAL P.08

# SGS

Three-way High Performance Tower Speaker

Quantity:
One Right Speaker
Premium Black Ash Vinyl

**(L/R** label)

One Left Speaker
Premium Black Ash Vinyl

2). Side mark

## HANDLE WITH CARE
Designed and Engineered by Cary Christie
and Tom DeVesto
Exclusive 1" Polycell Dome Sapphire Tweeter
5.25" Aluminum Cone Midrange
8" Side-firing Woofer
Magnetically Shielded
Bi-Wireable
Bass Reflex Design
Black Glass Top

Quantity:
One Right Speaker
Premium Black Ash Vinyl

One Left Speaker
Premium Black Ash Vinyl

Shipping:
Wt: 62.7 lb
Vol: 5.1cu ft

Sapphire™
RED HOT Blue!
One Broadway, Suite 600
Cambridge, Massachusetts 02142 USA
www.SapphireAudio.com
Sapphire and the Sapphire logo are trademarks of Sapphire audio.   MADE IN CHINA

| ST2 | N/A |
|---|---|
| ST3 | 1). Shipping mark |

Sapphire™
## ST3
Three-way High Performance Tower Speaker

Quantity:
One Right Speaker
Premium Black Ash Vinyl

**(L/R** label)

One Left Speaker
Premium Black Ash Vinyl

2). Side mark

## HANDLE WITH CARE
Designed and Engineered by Cary Christie
and Tom DeVesto
Exclusive 1" Polycell Dome Sapphire Tweeter
2X5.25" Aluminum Cone Midrange
2X8" Side-firing Woofers
Magnetically Shielded
Bi-Wireable
Bass Reflex Design

# SGS

Black Glass Top

Quantity:
One Right Speaker
Premium Black Ash Vinyl

One Left Speaker
Premium Black Ash Vinyl

Shipping:
Wt: 71.5 lb
Vol: 7.3 cu ft

**Sapphire™**
RED HOT Blue!
One Broadway, Suite 600
Cambridge, Massachusetts 02142 USA
www.SapphireAudio.com
Sapphire and the Sapphire logo are trademarks of Sapphire audio.   MADE IN CHINA

| SC | 1). Shipping mark |
| --- | --- |

Sapphire™
**SC**
Two-way High Performance Center Channel

Quantity. One

2). Side mark

Quantity:
One Speaker
Premium Black Ash Vinyl
Shipping:
Wt: 24.5 lb
Vol: 2.1cu ft

## HANDLE WITH CARE
Designed and Engineered by Cary Christie and Tom DeVesto
Exclusive 1" Polycell Dome Sapphire Tweeter
2X5.25" Aluminum Cone Midrange/ Woofer
Magnetically Shielded
Bass Reflex Design
Adjustable Center Fool
Acoustically matched for use with Sapphire ST1, ST2, ST3 or SB models

**Sapphire™**
RED HOT Blue!
One Broadway, Suite 600
Cambridge, Massachusetts 02142 USA
www.SapphireAudio.com
Sapphire and the Sapphire logo are trademarks
of Sapphire audio.

MADE IN CHINA

| SS | 1). Shipping mark |
| --- | --- |

Sapphire™
**SS**
Two-way High Performance
Diffuse Surround Speakers

19-AUG-2005  14:36  FROM SUNFIELD.COM.CN          TO  0088672240520          P.03/05



Quantity: Two

**2). Side mark**

## HANDLE WITH CARE
Designed and Engineered by Cary Christie
and Tom DeVesto
Exclusive 1" Polycell Dome Sapphire Tweeters
5.25" Aluminum Cone Midrange/ Woofer

Quantity:
Two Speakers
Premium Black Ash Vinyl
Shipping:
Wt: 40.3 lb
Vol: 2.6 cu ft

**Sapphire™**
RED HOT Blue!
One Broadway, Suite 600
Cambridge, Massachusetts 02142 USA
www.SapphireAudio.com
Sapphire and the Sapphire logo are trademarks of Sapphire audio.          MADE IN CHINA

---

**SB**

**1). Shipping mark**

Sapphire™
### SB
Two-way High Performance
Bookshelf Speakers

Quantity: Two

**2). Side mark**

## HANDLE WITH CARE
Designed and Engineered by Cary Christie
and Tom DeVesto
Exclusive 1" Polycell Dome Sapphire Tweeter
5.25" Aluminum Cone Midrange/ Woofer
Magnetically Shielded
Bass Reflex Design

Quantity:
Two Speakers
Premium Black Ash Vinyl
Shipping:
Wt: 31.8 lb
Vol: 2.6 cu ft

**Sapphire™**
RED HOT Blue!
One Broadway, Suite 600
Cambridge, Massachusetts 02142 USA
www.SapphireAudio.com
Sapphire and the Sapphire logo are trademarks of Sapphire audio.          MADE IN CHINA



## 6.0  DATA MEASUREMENT

| Model No | Data measurement |
|---|---|
| ST1 | 1). AC Impedance curve found acceptable except defects shown in AQL.<br>2). Speaker polarity check found acceptable except defects shown in AQL..<br>3). Buzz & Rattle check found acceptable except defects shown in AQL.<br>4). 3pcs samples for actual installation check found acceptable. |
| ST2 | N/A |
| ST3 | 1). AC Impedance curve found acceptable except defects shown in AQL..<br>2). Speaker polarity check found acceptable except defects shown in AQL..<br>3). Buzz & Rattle check found acceptable except defects shown in AQL.<br>4). 3pcs samples for actual installation check found acceptable. |
| SC | 1). AC Impedance curve found acceptable except defects shown in AQL.<br>2). Speaker polarity check found acceptable except defects shown in AQL..<br>3). Buzz & Rattle check found acceptable except defects shown in AQL.<br>4). 3pcs samples for actual installation check found acceptable.<br>5). 1 pc rubber foot for "left mark test" found acceptable. |
| SS | 1). Speaker polarity check found acceptable except defects shown in AQL..<br>2). Buzz & Rattle check found acceptable except defects shown in AQL..<br>3). 1 pc rubber foot for "left mark test" found acceptable. |
| SB | 1). AC Impedance curve found acceptable except defects shown in AQL.<br>2). Speaker polarity check found acceptable except defects shown in AQL..<br>3). Buzz & Rattle check found acceptable except defects shown in AQL..<br>4). 1 pc rubber foot for "left mark test" found acceptable. |

## 7.0  PROBLEM REMARKS / INFORMATIVE REMARKS

| Model No | Problem remark / informative remark |
|---|---|
| ST1 | Nil |
| ST2 | N/A |
| ST3 | Nil |
| SC | Nil |
| SS | Nil |
| SB | Nil |

# SGS

Black Glass Top
Grilles Included

Quantity:
One right Speaker
Premium Black Ash Vinyl

One left Speaker
Premium Black Ash Vinyl

Shipping:
Wt: 62.7 lb
Vol: 5.1 cu ft

**Sapphire™**
RED HOT Blue!
One Broadway, Suite 600
Cambridge, Massachusetts 02142 USA
www.SapphireAudio.com
Sapphire and the Sapphire logo are trademarks of Sapphire audio.
MADE IN CHINA

3) Label:
3.1 UPC label stuck on export carton: 831623011117
3.2 Rating label stuck on rear cabinet.
3.3 Serial number label stuck on unit and export carton.

## 6.0  DATA MEASUREMENT

| Model No | Data measurement |
|---|---|
| ST1-L/R MKII | 1). AC impedance curve found acceptable except defects shown in AQL.<br>2). Speaker polarity check found acceptable except defects shown in AQL.<br>3). Buzz & Rattle check found acceptable except defects shown in AQL.<br>4). 3pcs samples for actual installation check found acceptable.<br>5). 1 pc rubber foot for "left mark test" found acceptable. |

## 7.0  PROBLEM REMARKS / INFORMATIVE REMARKS

| Model No | Problem remark / Informative remark |
|---|---|
| ST1-L/R MKII | NIL |

The Company under its General Conditions issues this report for Inspection and Testing Services (copy available upon request). The issuance of this report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations to the contrary are not binding on the Company. The Company's responsibility under this report is limited to proven negligence and will in no case be more than ten times the amount of the fees or commission. Except by special arrangement, samples, if drawn, will not be retained by the Company for more

19-AUG-2005  14:21   FROM  SUNFIELD.COM.CN                TO  0088672240520        P.01/08



6.0   DATA MEASUREMENT

| Model No | Data measurement |
|----------|------------------|
| SS | 1). AC impedance curve found acceptable except defects shown in AQL.<br>2). Speaker polarity check found acceptable except defects shown in AQL..<br>3). Buzz & Rattle check found acceptable except defects shown in AQL..<br>4). 1 pc rubber foot for "left mark test" found acceptable. |
| STI MKII | 1). AC impedance curve found acceptable except defects shown in AQL.<br>2). Speaker polarity check found acceptable except defects shown in AQL..<br>3). Buzz & Rattle check found acceptable except defects shown in AQL..<br>4). 1 pc rubber foot for "left mark test" found acceptable. |

7.0   PROBLEM REMARKS / INFORMATIVE REMARKS

| Model No | Problem remark / Informative remark |
|----------|-------------------------------------|
| SS | Nil. |
| STI MKII | Nil |

This report is issued by the Company under its General Conditions for Inspection and Testing Services (copy available upon request). The issuance of this report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations to the contrary are not binding on the Company. The Company's responsibility under this report is limited to proven negligence and will in no case be more than ten times the amount of the fees or commission. Except by special arrangement samples, if drawn, will not be retained by the Company for more than three months.

19-AUG-2005  14:22  FROM  SUNFIELD.COM.CN         TO  0088672240520        P.02/08



2/F Castal Building, Zhongkang Road, Shangmeilin, Shenzhen ,China

Tele : (86 755) 83114358
Fax : (86 755) 83114354/ 83103194

# Inspection Report

Report Ref. No.:   SZXWT00101519

| To : | Tivoli Audio, LLC | Fax / E-mail : | tivolicon@aol.com |
| Att : | Tom Devesto | | |
| Cc : | Sunfield Shenzhen | Fax / E-mail : | |
| Alt : | Peter Peng | | |
| From : | Hanson Cai | Fax / E-mail : | Hanson_cai@sgs.com |
| SGS File No.: | CN1US-063798 | Date: 08/10/2004 | SGS Registration No.: | CN1US-063798 |

Buyer :             Tivoli Audio, LLC
Agent :             N / A
Supplier :          Sunfield, TW
Manufacturer :      Sunfield, Shen Zhen
Product description:  Speakers and Grill kits

L/C Number :        _____     (x) Not Available
P O. Number:        _____     (x) Not Available

Service performed :  FRI_____     Inspection Date :     05,07 - Oct – 2004
Inspection Location :  She Jing, Shen Zhen

**REFERENCE SAMPLE PROVIDED :**       By Principal ( For data measurement only )

## 1.0  SUMMARY OF INSPECTION  RESULT :

| Model No | Quantity for inspection | AQL applied | Sample size | Overall result |
|---|---|---|---|---|
| ST1 | N/A | According to Client instruction are using ANSI/ASQC Z1.4-1993, Single sampling plans for normal Inspection ;<br><br>AQL = Level I letter code<br>Critical = Not allow<br>Major  = 0.65<br>Minor  = 1.5 | | |
| ST2 | 125X2 pcs (1pc/ ctn) | | 20 pcs | Subject to Client's evaluation |
| ST3 | 250X2 pcs (1pc/ ctn) | | 20 pcs | Subject to Client's evaluation |
| SC | 600 pcs (1pc/ ctn) | | 32 pcs | Subject to Client's evaluation |
| SS | N/A | | | |
| SB | N/A | | | |
| SBS | N/A | | | |
| SBL | 300X2 pcs (2pcs/ctn) | | 32 pcs | Subject to Client's evaluation |

Note : Inspection result are defined as "Conformed" Not conformed" "Not applicable" and "Subject to Client's evaluation"

**FOLLOW UP ACTIONS :** ( as applicable )

Inspection certificate will be issued
Supplier advised shipment scheduled for _____

Page 1  of  8
CN-D-OPS-

This report is issued by the Company under its General Conditions for Inspection and Testing Services (copy available upon request) The attention of this report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations to the contrary are not binding on the Company The Company's responsibility under this report is limited to proven negligence and will in no case be more than ten times the amount of the fees or commission. Except by special arrangement, samples if drawn, will not be retained by the Company for more than three months

19-AUG-2005  14:22   FROM  SUNFIELD.COM.CN          TO  0098672240520          P.03/08

# SGS

Manufacturer / supplier commented on inspection result as follow :_____
Please instruct regarding issuance of inspection certificate.
We sent you defective samples by  _____ .. AWB. No.: ____ ___ .. on ____  _   Please advise your
evaluation.
We recommend the following corrective action _____
Additional SGS service _____results due  by _____

## 2.0   SUMMARY OF INSPECTION CONTENTS

| Model No | Style / Material / Color | Workmanship / Visual / Function | Packing | Marking / label | Data measurement |
|---|---|---|---|---|---|
| ST1 | N/A | | | | |
| ST2 | Conformed | Conformed | Conformed | Conformed | Actual Finding |
| ST3 | Conformed | Conformed | Conformed | Conformed | Actual Finding |
| SC | Conformed | Conformed | Conformed | Conformed | Actual Finding |
| SS | N/A | | | | |
| SB | N/A | | | | |
| SBS | N/A | | | | |
| SBL | Conformed | Conformed | Conformed | Conformed | Actual Finding |

## 3.0   WORKMANSHIP APPEARANCE / FUNCTION INSPECTION FINDINGS:
( As according to Client's instruction "Critical and Major defect" are not allow !
And "Minor defect" are just for repair and improvement mainly ! )

| Model No | Defect description | Critical | Major | Minor |
|---|---|---|---|---|
| ST1 | N/A | | | |
| ST2 | No defect was found | 0 | 0 | 0 |
| ST3 | No defect was found | 0 | 0 | 0 |
| SC | No defect was found | 0 | 0 | 0 |
| SS | N/A | | | |
| SB | N/A | | | |
| SBS | N/A | | | |
| SBL | Dirty stain on rear cabinet could be removable (11241) | 0 | 0 | 1 |

## 4.0   PACKING

| Model No | Export packing | Individual packing |
|---|---|---|
| ST1 | N/A | |
| ST2 | 2 ply corrugated carton and sealed by gummed tapes | Each unit protected with polybag and foam, then packed into carton together with 2 pcs plastic foot, accessories bag ( 2+1 pc copper foot, 4 pcs black screw), User's guide and Warranty card. |
| ST3 | 2 ply corrugated carton and sealed by gummed tapes | Each unit protected with polybag and foam, then packed into carton together with 2 pcs plastic foot, accessories bag ( 2+1 pc copper foot, 4 pcs black screw), User's guide and Warranty card. |
| SC | 2 ply corrugated carton and sealed by gummed | Each unit protected with polybag and foam, then packed into carton together with accessories bag ( 1 pc copper foot, 6 pcs rubber foot), |

This report is issued by the Company under its General Conditions for Inspection and Testing Services (copy available upon request). The issuance of this report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations to the contrary are not binding on the Company. This Company's responsibility under this report is limited to proven negligence and will in no case be more than ten times the amount of this fees or commission. Except by special arrangement, samples, if drawn, will not be retained by the Company for more than three months.



# SGS

| | Tapes | User's guide and Warranty card. |
|---|---|---|
| SS | N/A | |
| SB | N/A | |
| SBS | N/A | |
| SBL | 2 ply corrugated carton and sealed by gummed tapes | Two speakers protected with polybag and foam, then packed into carton together with 1 accessories bag ( 8 pcs rubber foot). User's guide and Warranty card. |

## 5.0  MARKING / LABELING

| Model No | On Export carton |
|---|---|
| ST1 | N/A |
| ST2 | 1). Shipping mark |

<div align="center">

Sapphire™

**ST2MKII**

High Performance
Three-way Tower Speaker

(L/R label)

</div>

2). Side mark

## HANDLE WITH CARE
Designed and Engineered by Cary Christie
and Tom DeVesto
Exclusive 1" Sapphire Polycell Dome Tweeter
2x5.25" Aluminum Cone Midranges
10" Side-firing Aluminum Cone Woofer
Magnetically Shielded
Bi-Wirable
Bass Reflex Design
Black Glass Top
Grilles included

Quantity:
One Right Speaker
Premium Black Ash Vinyl

One Left Speaker
Premium Black Ash Vinyl

Shipping:
Wt: 60.5 lb
Vol: 6.1 cu ft

**Sapphire™**
RED HOT Blue!
One Broadway, Suite 600
Cambridge, Massachusetts 02142 USA
www.SapphireAudio.com
Sapphire and the Sapphire logo are trademarks of Sapphire audio.    MADE IN CHINA

| ST3 | 1). Shipping mark |

<div align="center">

Sapphire™
**ST3MKII**

</div>

This report is issued by the Company under its General Conditions for Inspection and Trading Services (copy available upon request). The issuance of this report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations to the contrary are not binding on the Company. The Company's responsibility under this report is limited to proven negligence and will in no case be more than ten times the amount of the fees or commission. Except by special arrangement, samples, if drawn, will not be retained by the Company for more than three months.



High Performance
Three-way Tower Speaker

(L/R label)

2). Side mark

## HANDLE WITH CARE
Designed and Engineered by Cary Christie
and Tom DeVesto
Exclusive 1" Sapphire Polycell Dome Tweeter
2x5.25" Aluminum Cone Midranges
2x8" Side-firing Aluminum Cone Woofers
Magnetically Shielded
Bi-Wirable
Bass Reflex Design
Black Glass Top
Grilles Included

Quantity:
One Right Speaker
Premium Black Ash Vinyl

One Left Speaker
Premium Black Ash Vinyl

Shipping:
Wt: 71.6 lb
Vol: 7.3 cu ft

**Sapphire™**
RED HOT Blue!
One Broadway, Suite 600
Cambridge, Massachusetts 02142 USA
www.SapphireAudio.com
Sapphire and the Sapphire logo are trademarks of Sapphire audio          MADE IN CHINA

| SC | 1). Shipping mark |

Sapphire™
## SC MKII
High Performance
Two-way Center Channel

Quantity: One

2). Side mark

Quantity:
One Speaker
Premium Black Ash Vinyl
Shipping:
Wt: 24.6 lb
Vol: 2.1 cu ft

## HANDLE WITH CARE
Designed and Engineered by Cary Christie and Tom DeVesto
Exclusive 1" Sapphire Polycell Dome Tweeter
2X5.25" Aluminum Cone Midrange/ Woofers
Magnetically Shielded
Bass Reflex Design
Adjustable Center Foot





Page 4 of 6
CN D card

This report is issued by the Company under its General Conditions for Inspection and Testing Services (copy available upon request). The issuance of this report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations to the contrary are not binding on the Company. The Company's responsibility under this report is limited to proven negligence and will in no case be more than ten times the amount of the fees or commission. Except by special arrangement, samples, if drawn, will not be retained by the Company for more than three months.

19-AUG-2005  14:24   FROM  SUNFIELD.COM.CN          TO   0088672240520          P.06/08

# SGS



| | Grille included |
|---|---|

**Sapphire™**
RED HOT Blue!
One Broadway, Suite 600
Cambridge, Massachusetts 02142 USA
www.SapphireAudio.com
Sapphire and the Sapphire logo are trademarks of Sapphire audio.

MADE IN CHINA

| SS | N/A |
|---|---|
| SB | N/A |
| SBS | N/A |
| SBL | 1). Shipping mark |

Sapphire™
**SBL**
Two-way High Performance
Bookshelf Speakers

Quantity: Two

2). Side mark

## HANDLE WITH CARE
Designed and Engineered by Cary Christie
and Tom DeVesto
Exclusive 1" Polycell Dome Sapphire Tweeter
Hand-Lacquered Front Baffle
Magnetically Shielded 6.5" aluminum cone midrange/woofer
Bass Reflex Design

Quantity:
Two Speakers
Premium Black Ash Vinyl
Shipping:
Wt: 34.3 lb
Vol: 3.1cu ft

**Sapphire™**
RED HOT Blue!
One Broadway, Suite 600
Cambridge, Massachusetts 02142 USA
www.SapphireAudio.com
Sapphire and the Sapphire logo are trademarks of Sapphire audio.
MADE IN CHINA

## 6.0  DATA MEASUREMENT

| Model No | Data measurement |
|---|---|
| ST1 | N/A |
| ST2 | 1). AC impedance curve found acceptable except defects shown in AQL. |
| | 2). Speaker polarity check found acceptable except defects shown in AQL.. |
| | 3). Buzz & Rattle check found acceptable except defects shown in AQL. |
| | 4). 3pcs samples for actual installation check found acceptable. |
| ST3 | 1). AC impedance curve found acceptable except defects shown in AQL. |

Page 5  of  6
CN-D-OP'8

This report is issued by the Company under its General Conditions for Inspection and Testing Services (copy available upon request). The issuance of this report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations to the contrary are not binding on the Company. The Company's responsibility under this report is limited to proven negligence and will in no case be more than ten times the amount of the item or consideration. Except by special arrangement, samples, if drawn, will not be retained by the Company for more than three months.



| | |
|---|---|
| | 2). Speaker polarity check found acceptable except defects shown in AQL.. |
| | 3). Buzz & Rattle check found acceptable except defects shown in AQL. |
| | 4). 3pcs samples for actual installation check found acceptable. |
| SC | 1). AC Impedance curve found acceptable except defects shown in AQL.. |
| | 2). Speaker polarity check found acceptable except defects shown in AQL.. |
| | 3). Buzz & Rattle check found acceptable except defects shown in AQL. |
| | 4). 3pcs samples for actual installation check found acceptable. |
| | 5). 1 pc rubber foot for "left mark test" found acceptable. |
| SS | N/A |
| SB | N/A |
| SBS | N/A |
| SBL | 1). AC Impedance curve found acceptable except defects shown in AQL.. |
| | 2). Speaker polarity check found acceptable except defects shown in AQL. |
| | 3). Buzz & Rattle check found acceptable except defects shown in AQL.. |
| | 4). 1 pc rubber foot for "left mark test" found acceptable. |

## 7.0   PROBLEM REMARKS / INFORMATIVE REMARKS

| Model No | Problem remark / Informative remark |
|---|---|
| ST1 | N/A |
| ST2 | Only 150 pcs ( 50% of all products) were finished and packed for inspection. |
| ST3 | Nil. |
| SC | Only 450 pcs ( 75% of all products) were finished and packed for inspection. |
| SS | N/A |
| SB | N/A |
| SBS | N/A |
| SBL | Nil. |

This report is issued by the Company under its General Conditions for Inspection and Testing Services (copy available upon request). The issuance of this report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations to the contrary are not binding on the Company. The Company's responsibility under this report is limited to proven negligence and will in no case be more than ten times the amount of the fees or commission. Except by special arrangement, samples, if drawn, will not be retained by the Company for more than three months.

19-AUG-2005  14:26    FROM  SUNFIELD.COM.CN                 TO  0088672240520              P.03/23



2/F Oscar Building, Zhongkang Road, Shangmeilin, Shenzhen ,China

Tele . (86 755) 83114359
Fax:  (86 755) 83114354/ 83103194

## Inspection Report

**Report Ref. No.:  SZXWT00102045**

| To   | : | Tivoli Audio, LLC | Fax / E-mail : | tivolicon@aol.com | |
|---|---|---|---|---|---|
| Att  | : | Tom Devesto | | | |
| Cc   | : | Sunfield Shenzhen | Fax / E-mail : | | |
| Att  | : | Peter Peng | | | |
| From | : | Hanson Cai | Fax / E-mail : | | Hanson_cai@sgs.com |
| SGS File No.: | CN1US-064117 | Date:12/ 10/2004 | SGS Registration No.: | CN1US-064117 | |

Buyer :              Tivoli Audio, LLC
Agent :              N / A
Supplier :           Sunfield, TW
Manufacturer :       Sunfield, Shen Zhen
Product description: Speakers and Grill kits

I /C Number :        _____    (x)  Not Available
P O. Number:         _____    (x)  Not Available

Service performed  :   FRI _____        Inspection Date :      12-Oct - 2004
Inspection Location :   Sha Jing, Shen Zhen

**REFERENCE SAMPLE PROVIDED :**        **By Principal ( For data measurement only )**

### 1.0  SUMMARY OF INSPECTION RESULT :

| Model No | Quantity for inspection | AQL applied | Sample size | Overall result |
|---|---|---|---|---|
| SBS | 626pcs | According to Client instruction are using ANSI/ASQC Z1.4-1993, Single sampling plans for normal inspection ;

AQL = Level I letter code
Critical = Not allow
Major  = 0.65
Minor   = 1. 5 | 32 | Subject to Client's evaluation |
| SS | 218pcs | | 32 | Subject to Client's evaluation |
| SB | 262pcs | | 32 | Subject to Client's evaluation |

Note : Inspection result are defined as "Conformed" "Not conformed" "Not applicable" and "Subject to Client's evaluation"

**FOLLOW UP ACTIONS : ( as applicable )**
   Inspection certificate will be issued
   Supplier advised shipment scheduled for _____
   Manufacturer / supplier commented on inspection result as follow :_____
   Please instruct regarding issuance of inspection certificate.

Page 1  of  5
CN-D-03P3-

This report is issued by the Company under its General Conditions for Inspection and Testing Services. (copy available upon request)  The issuance of this report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations to the contrary are not binding on the Company. The Company's responsibility under this report is limited to proven negligence and will in no case be more than ten times the amount of this fees or commission.  Except by special arrangement, samples, if drawn, will not be retained by the Company for more than three months.

# SGS

We sent you defective samples by _ ____ AWB. No.: _ _____ _ on _____ Please advise your evaluation.

We recommend the following corrective action_____

Additional SGS service _____results due  by _____

## 2.0  SUMMARY OF INSPECTION CONTENTS

| Model No | Style / Material / Color | Workmanship / Visual / Function | Packing | Marking / label | Data measurement |
|---|---|---|---|---|---|
| SBS | Conformed | Pass AQL | Conformed | Conformed | Actual Finding |
| SS | Conformed | Pass AQL | Conformed | Conformed | Actual Finding |
| SB | Conformed | Pass AQL | Conformed | Conformed | Actual Finding |

## 3.0  WORKMANSHIP APPEARANCE / FUNCTION INSPECTION FINDINGS:

( As according to Client's instruction "Critical and Major defect" are not allow !
And "Minor defect" are just for repair and improvement mainly ! )

| Model No | Defect description | Critical | Major | Minor |
|---|---|---|---|---|
| SBS | Oil mark on side cabinet (13120) | 0 | 0 | 1 |
| SS | Poor painting on front cabinet (11558) | 0 | 0 | 1 |
| SB | Glue mark on side cabinet (13154) | 0 | 0 | 1 |

## 4.0  PACKING

| Model No | Export packing | Individual packing |
|---|---|---|
| SBS | 2 ply corrugated carton and sealed by gummed tapes | Each unit protected with polybag and foam, then packed into carton together with accessories bag ( 1 pc copper foot, 6 pcs rubber foot) User's guide and Warranty card. |
| SS | 2 ply corrugated carton and sealed by gummed tapes | Two speakers protected with polybag and foam, then packed into carton together with 1 accessories bag ( 8 pcs rubber foot), User's guide and Warranty card. |
| SB | 2 ply corrugated carton and sealed by gummed tapes | Two speakers protected with polybag and foam, then packed into carton together with 1 accessories bag ( 8 pcs rubber foot), User's guide and Warranty card. |

## 5.0  MARKING / LABELING

| Model No | On Export carton |
|---|---|
| SBS | 1) Shipping mark<br><br>Sapphire™<br>**SBS**<br>Two-way High Performance Bookshelf Speakers<br><br>Quantity Two |

This report is issued by the Company under its General Conditions for Inspection and Testing Services (copy available upon request). The issuance of this report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations to the contrary are not binding on the Company. The Company's responsibility under this report is limited to proven negligence and will in no case be more than ten times the amount of the fees or commission. Except by special arrangement, samples, if drawn, will not be retained by the Company for more than three months

Page 2 of 6
CN-D-OP4

19-AUG-2005  14:27  FROM  SUNFIELD.COM.CN          TO  0088672240520          P.05/23



**2). Side mark**

# HANDLE WITH CARE
Designed and Engineered by Cary Christie
And Tom DeVesto
Exclusive 1" Polycell Dome Sapphire Tweeter
Magnetically Shielded 5.25" coated paper
Cone midrange/woofer
Bass Reflex Design

Quantity:
 Two Speakers
 Premium Black Ash Vinyl

Shipping:
Wt: 21.5 lb
Vol: 1.8 cu ft

**Sapphire™**
RED HOT Blue!
One Broadway, Suite 600
Cambridge, Massachusetts 02142 USA
Www.SapphireAudio.com
Sapphire and the Sapphire logo are trademarks of Sapphire audio.
MADE IN CHINA

---

**SS**  |  **1). Shipping mark**

Sapphire™
## SS
Two-way High Performance
Diffuse Surround Speakers

Quantity: Two

**2). Side mark**

# HANDLE WITH CARE
Designed and Engineered by Cary Christie
and Tom DeVesto
Exclusive 1" Polycell Dome Sapphire Tweeters
5.25" Aluminum Cone Midrange/ Woofer

Quantity:
Two Speakers
Premium Black Ash Vinyl
Shipping:
Wt: 40.3 lb
Vol: 2.6cu ft

**Sapphire™**
RED HOT Blue!
One Broadway, Suite 600
Cambridge, Massachusetts 02142 USA
www.SapphireAudio.com
Sapphire and the Sapphire logo are trademarks of Sapphire audio.
MADE IN CHINA

---

**SB**  |  **1). Shipping mark**

This report is issued by the Company under its General Conditions for Inspection and Testing Services (copy available upon request) The issuance of this report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations to the contrary are not binding on the Company. The Company's responsibility under this report is limited to proven negligence and will in no case be more than ten times the amount of the fees or commission. Except by special arrangement samples, if drawn, will not be returned by the Company for more than three months.



Sapphire™
## SB
Two-way High Performance
Bookshelf Speakers

Quantity: Two

### 2). Side mark

## HANDLE WITH CARE

Designed and Engineered by Cary Christie
And Tom DeVesto
Exclusive 1" Polycell Dome Sapphire Tweeter
5.25" Aluminum Cone Midrange / Woofer
magnetically Shielded
Bass Reflex Design

Quantity:
Two Speakers
Premium Black Ash Vinyl

Shipping:
Wt: 31.8 lb
Vol: 2.6 cu ft

## Sapphire™
RED HOT Blue!
One Broadway, Suite 600
Cambridge, Massachusetts 02142 USA
www.SapphireAudio.com
Sapphire and the Sapphire logo are trademarks of Sapphire audio.
MADE IN CHINA

### 6.0   DATA MEASUREMENT

| Model No | Data measurement |
|----------|------------------|
| SBS | 1). AC Impedance curve found acceptable except defects shown in AQL. |
|  | 2). Speaker polarity check found acceptable except defects shown in AQL.. |
|  | 3). Buzz & Rattle check found acceptable except defects shown in AQL. |
|  | 4). 3pcs samples for actual installation check found acceptable. |
|  | 5). 1 pc rubber foot for "left mark test" found acceptable. |
| SS | 1). AC Impedance curve found acceptable except defects shown in AQL. |
|  | 2). Speaker polarity check found acceptable except defects shown in AQL.. |
|  | 3). Buzz & Rattle check found acceptable except defects shown in AQL. |
|  | 4). 1 pc rubber foot for "left mark test" found acceptable. |
| SB | 1). AC Impedance curve found acceptable except defects shown in AQL. |
|  | 2). Speaker polarity check found acceptable except defects shown in AQL.. |
|  | 3). Buzz & Rattle check found acceptable except defects shown in AQL.. |
|  | 4). 1 pc rubber foot for "left mark test" found acceptable. |

This report is issued by the Company under its General Conditions for Inspection and Testing Services (copy available upon request). The attention of this report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations to the contrary are not binding on the Company. The Company's responsibility under this report is limited to proven negligence and will in no case be more than ten times the amount of the fees or commission. Except by special arrangement, samples, if drawn, will not be retained by the Company for more than three months.

# SGS

## 7.0  PROBLEM REMARKS / INFORMATIVE REMARKS

| Model No | Problem remark / informative remark |
|----------|--------------------------------------|
| SC | Nil. |
| SS | Nil. |
| SB | Nil |

This report is issued by the Company under its General Conditions for Inspection and Testing Services (copy available upon request). The issuance of this report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations to the contrary and not binding on the Company. The Company's responsibility under this report is limited to proven negligence and will in no case be more than ten times the amount of the fees or commission. Except by special arrangement, samples, if drawn, will not be retained by the Company for more than three months

19-AUG-2005  14:28  FROM  SUNFIELD.COM.CN          TO  0088672240520          P.08/23



2/F Oasis Building, Zhongkang Road, Shangmeilin, Shenzhen, China

Tele: (86 755) 83114358
Fax: (86 755) 83114354/ 83103194

## Inspection Report

Report Ref. No.: SZXWT00098710

| To | : | Tivoli Audio, LLC | Fax / E-mail : | | tivolicon@aol.com | |
|---|---|---|---|---|---|---|
| Att | : | Tom Devesto | | | | |
| Cc | : | Sunfield Shenzhen | Fax / E-mail : | | | |
| Att | : | Peter Peng | | | | |
| From | : | Hanson Cai | Fax / E-mail : | | Hanson_cai@sgs.com | |
| SGS File No.: | | CN1US-061960 | Date: 10-Sep.-04 | SGS Registration No.: | CN1US-061960 | |

Buyer : Tivoli Audio, LLC
Agent : N / A
Supplier : Sunfield, TW
Manufacturer : Sunfield, Shen Zhen
Product description: Speakers and Grill kits

L/C Number : . . . .          (x) Not Available
P.O. Number:                 (x) Not Available

Service performed  :  FRI          Inspection Date :          10 - Sep. - 2004
Inspection Location :  Sha Jing, Shen Zhen

**REFERENCE SAMPLE PROVIDED :**          By Principal ( For data measurement only )

### 1.0  SUMMARY OF INSPECTION  RESULT :

| Model No | Quantity for inspection | AQL applied | Sample size | Overall result |
|---|---|---|---|---|
| ST1 | N/A | According to Client instruction are using ANSI/ASQC Z1.4- 1993, Single sampling plans for normal inspection AQL = Level I – according to letter code sample size only. Critical = Not allow Major = 0.65 Minor = 1.5 | N/A | N/A |
| ST2 | N/A | | N/A | N/A |
| ST3 | N/A | | N/A | N/A |
| SC MKII | 765 pcs (1 pc per carton) | | 32 | Subject to Client's evaluation |
| SS | 456 pcs (2pcs per carton) | | 32 | Subject to Client's evaluation |
| SB | N/A | | N/A | N/A |

Note: Inspection results are defined as "Conformed" Not conformed" "Not applicable" and "Subject to Client's Evaluation"

**FOLLOW UP ACTIONS: (as applicable)**

Inspection certificate will be issued

Supplier advised shipment scheduled for ___ _____

Manufacturer / supplier commented on inspection result as follow: _____

Please instruct regarding issuance of inspection certificate.

We sent you defective samples by ___ AWB. No.: _____ on _____ Please advise your
evaluation.

Page 1  of 7
CN D CPS

This report is issued by the Company under its General Conditions for Inspection and Testing Services (copy available upon request). The issuance of this report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations to the contrary are not binding on the Company. The Company's responsibility under this report is limited to proven negligence  and will in no case be more than ten times the amount of the fees or commission. Except by special arrangement, samples, if drawn, will not be retained by the Company for more than three months.

# SGS

We recommend the following corrective action _____
Additional SGS service _____ results due by __ _____

## 2.0 SUMMARY OF INSPECTION CONTENTS

| Model No | Style / Material / Color | Workmanship / Visual / Function | Packing | Marking / label | Data measurement |
|----------|-----------|-----------|-----------|-----------|-----------|
| SS | Confirmed | Confirmed | Confirmed | Confirmed | Actual Finding |
| SC MKII | Confirmed | Confirmed | Confirmed | Veservation | Actual Finding |

## 3.0 WORKMANSHIP APPEARANCE / FUNCTION INSPECTION FINDINGS:
(As according to Client's instruction "Critical and Major defect" are not allow ! And "Minor defects" are just for repair and improvement mainly! )

| Model No | Defect description | Critical | Major | Minor |
|----------|-----------|-----------|-----------|-----------|
| SS | Glue marks stain on front panel. (11822) | 0 | 0 | 1 |
| SC MKII | Dirty marks stain on front panel (12954) | 0 | 0 | 1 |

## 4.0  PACKING

| Model No | Export packing | Individual packing |
|----------|-----------|-----------|
| SS | 2 ply corrugated carton and sealed by gummed tapes | Two speaker boxies protected with polybag and polyfoam, then packed into carton together with 1 accessories bag (8 pcs rubber foot), User's guide and Warranty card. |
| SC MKII | 2 ply corrugated carton and sealed by gummed tapes | Each unit protected with polybag and foam, then packed into carton together with 1 accessories bag (1 pc copper foot, 8 pcs rubber foot), User's guide and Warranty card. |

## 5.0  MARKING / LABELING

| Model No | On Export carton |
|----------|-----------|
| SS | 1). Shipping mark<br><br>**Sapphire™**<br>**SS**<br>Two-way High performance<br>Diffuse Surround Speaker<br><br>Quantity: Two<br><br>2). Side mark<br><br>**HANDLE WITH CARE**<br>Designed and Engineered by Cary Christie and Tom DeVesto<br>Exclusive 1" Polycell Dome Sapphire Tweeter<br>5.25" Aluminum Cone Midrange/Woofer<br>Quantity:<br>Two SpeakersPremiun black Ash Vinyl<br>(barcode: Sapphire SS  8 31623 01611 2) |

Page 1 of 4
UN D OPS

This report is issued by the Company under its General Conditions for Inspection and Testing Services (copy available upon request). The issuance of this report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations to the contrary are not binding on the Company. The Company's responsibility under this report is limited to proven negligence and will in no case be more than ten times the amount of its fees or commission. Except by special arrangement, samples if drawn, will not be retained by the Company for more than three months.

# SGS

| | |
|---|---|
| | Shipping:<br>WI: 40.3 lb<br>Vol: 2.6 cu ft<br>**Sapphire™**<br>RED HOT Blue!<br>One Broadway, Suite 600<br>Cambridge, Massachusetts 02142 USA<br>www. SapphireAudio.com<br>Sapphire and the Sapphire logo are trademarks of Sapphire Audio.    MADE IN CHINA |
| **SC MKII**<br>(new<br>version) | 1). Shipping mark<br><br>Sapphire™<br>## SC MKII<br>High Performance<br>Two-way Center Channel<br><br>Quantity: One<br><br>2). Side mark<br><br>**HANDLE WITH CARE**<br>Designed and Engineered by Cary Christie and Tom DeVesto<br>Exclusive 1" Sapphire Polycell Dome Tweeter<br>2X5.25" Aluminum Cone Midrange/Woofers<br>Magnetically Shidided<br>Bass Reflex Design<br>Adjustable Center Foot<br>Grille Included<br>MADE IN CHINA<br><br>Quantity:<br>Two Speakers<br>Premium Black Ash Vinyl<br>(barcode: Sapphire SC   6 31623 01511 5)<br><br>Shipping:<br>Wt: 24.6 lb<br>Vol: 2.1 cu ft<br><br>**Sapphire**™<br>RED HOT Blue!<br>One Broadway, Suite 600<br>Cambridge, Massachusetts 02142 USA<br>www.SapphireAudio.com<br>Sapphire and the Sapphire logo are trademarks of Sapphire audio |
| **SC MKII**<br>(stuck label<br>version) | 1). Shipping mark<br><br>Sapphire™<br>## SC<br>Two-way High Performance Center Channel<br>## MKII<br>Quantity: One<br><br>2). Side mark<br><br>**HANDLE WITH CARE**<br>Designed and Engineered by Cary Christie and Tom DeVesto<br>Exclusive 1" Sapphire Polycell Dome Tweeter<br>2X5.25" Aluminum Cone Midrange/Woofers<br>Magnetically Shidided |

Page 3 of 4
CN-D-CP4

This report is issued by the Company under its General Conditions for Inspection and Testing Services (copy available upon request). The issuance of this report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations to the contrary are not binding on the Company. The Company's responsibility under this report is limited to proven negligence and will in no case be more than ten times the amount of the fees or commission. Except by special arrangement, samples, if drawn, will not be retained by the Company for more than three months.

# SGS

---

Bass Reflex Design
Adjustable Center Foot
Acoustically matched for use with Sapphire ST1, ST2, ST3, or SB models

MADE IN CHINA

**MKII**
**Quantity:**
Premium Black Ash Vinyl
(barcode  Sapphire SC  8 31820 01517 5)

**Shipping:**
Wt: 24.6 lb
Vol: 2.1 cu ft

**Sapphire™**
RED HOT Blue!
One Broadway, Suite 600
Cambridge, Massachusetts 02142 USA
www.SapphireAudio.com
Sapphire and the Sapphire logo are trademarks
of Sapphire audio

---

## 6.0  DATA MEASUREMENT

| Model No | Data measurement |
|---|---|
| SS | 1). AC impedance curve found acceptable except defects shown in AQL.<br>2). Speaker polarity check found acceptable except defects shown in AQL.<br>3). Buzz & Rattle check found acceptable except defects shown in AQL.<br>4). 3pcs samples for actual installation check found acceptable.<br>5). 1 pc rubber foot for "left mark test" found acceptable. |
| SC MKII | 1). AC impedance curve found acceptable except defects shown in AQL.<br>2). Speaker polarity check found acceptable except defects shown in AQL.<br>3). Buzz & Rattle check found acceptable except defects shown in AQL.<br>4). 3pcs samples for actual installation check found acceptable.<br>5). 1 pc rubber foot for "left mark test" found acceptable. |

## 7.0  PROBLEM REMARKS / INFORMATIVE REMARKS

| Model No | Problem remark / Informative remark |
|---|---|
| SS | Manfactory only provided 456 pcs of goods for inspection during intervention. Which did not conform to the P/O Qty: 500 pcs. |
| SC MKII | SC model for inspection reference only.<br>Manfactory only provided 765 pcs of goods for inspecition during intervention. Which did not conform to the P/O Qty: 900 pcs.<br>Some cartons were found "MKII" labels stuck on carton. That is SC model revised version. (detail refer to digital photo) |

This report is issued by the Company under its General Conditions for Inspection and Testing Services (copy available upon request). The issuance of the report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations to the contrary are not binding on the Company. The Company's responsibility under this report is limited to proven negligence and will in no case be more than ten times the amount of the fees or commission. Except by special arrangement, samples, if drawn, will not be retained by the Company for more than three months.

19-AUG-2005  14:34  FROM  SUNFIELD.COM.CN          TO  0088672240520          P.23/23

# SGS

2/F Dastar Building, Zhongkang Road, Shangmeilin, Shenzhen, China

Tel.: (86 755) 83114358
Fax: (86 755) 83114354/ 83103194

## Inspection Report

**Report Ref. No.:  SZXWT00075692**

| To | : | Tivoli Audio, LLC | Fax / E-mail : | tivolicon@aol.com | |
|---|---|---|---|---|---|
| Att | : | Tom Devesto | | | |
| Cc | : | Sunfield Shenzhen | Fax / E-mail : | | |
| Att | : | Peter Peng | | | |
| From | : | Hanson Cai | Fax / E-mail : | | Hanson_cai@sgs.com |
| SGS File No.: | CN1US-047843 | Date: 03-Mar-04 | SGS Registration No.: | | |

Buyer :
Agent :                 N / A
Supplier :              Sunfield, TW
Manufacturer :          Sunfield, Shen Zhen
Product description:    Speakers and Grill kits

L/C Number :                            (x) Not Available
P.O. Number:                            (x) Not Available

Service performed  :   FRI          Inspection Date :        03 - Mar. - 2004
Inspection Location :  Sha Jing, Shen Zhen

**REFERENCE SAMPLE PROVIDED :**          **By Principal  ( For data measurement only )**

## 1.0   SUMMARY OF INSPECTION  RESULT :

| Model No | Quantity for inspection | AQL applied | Sample size | Overall result |
|---|---|---|---|---|
| ST1 | 175X2 pcs (1pc/carton) | According to Client instruction are using ANSI/ASQC Z1.4-1993, Single sampling plans for normal inspection | 20 pcs | Pass AQL |
| ST2 | N/A | | N/A | N/A |
| ST3 | 70X2 pcs (1pc/carton) | | 8 pcs | Pass AQL |
| SC | 250 pcs (1pc/carton) | AQL = Level I -- according to letter code sample size only. | 13 pcs | Pass AQL |
| SB | 35X2 pcs (2pcs/carton) | Critical = Not allow Major  = 0.65 | 5 pcs | Pass AQL |
| SS | 95X2 pcs (2pcs/carton) | Minor  = 1.5 | 13 pcs | Pass AQL |

**Note:** Inspection results are defined as "Conformed" Not conformed" "Not applicable" and "Subject to Client's Evaluation"

**FOLLOW UP ACTIONS:** ( as applicable )

☐ Inspection certificate will be issued
☐ Supplier advised shipment scheduled for _____
☐ Manufacturer / supplier commented on inspection result as follow: _____
☐ Please instruct regarding issuance of inspection certificate.
☐ We sent you defective samples by _____ AWB. No.: _____ on _____ Please advise your evaluation.