AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. __−05−685−__

# ACKNOWLEDGMENT OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ___1___ COPIES OF AO FORM 85.

____9/20/05____  
(Date forms issued)

____Melissa Harrison____  
(Signature of Party or their Representative)

____MElissa Harrison____  
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action