# SGS

We sent you defective samples by _____ AWB. No.: ___ ___ on ___ __   Please advise your evaluation.

We recommend the following corrective action _____

Additional SGS service _____results due by _____

## 2.0   SUMMARY OF INSPECTION CONTENTS

| Model No | Style / Material / Color | Workmanship / Visual / Function | Packing | Marking / label | Data measurement |
|---|---|---|---|---|---|
| SBS | Conformed | Failed AQL | Conformed | Conformed | Actual Finding |
| SC | Conformed | Pass AQL | Conformed | Conformed | Actual Finding |
| SB | Conformed | Pass AQL | Conformed | Conformed | Actual Finding |
| ST3 | Conformed | Pass AQL | Conformed | Conformed | Actual Finding |

## 3.0   WORKMANSHIP APPEARANCE / FUNCTION INSPECTION FINDINGS:
( As according to Client's instruction "Critical and Major defect" are not allow )
And "Minor defect" are just for repair and improvement mainly )

| Model No | Defect description | Critical | Major | Minor |
|---|---|---|---|---|
| SBS | White mark on front cabinet | 0 | 0 | 1 |
|  | Dirty mark on top cabinet | 0 | 0 | 1 |
| SC | Glue mark on top cabinet | 0 | 0 | 1 |
| SB | Nil | 0 | 0 | 0 |
| ST3 | Dirty mark on front cabinet | 0 | 0 | 1 |

## 4.0   PACKING

| Model No | Export packing | Individual packing |
|---|---|---|
| SBS | 2 ply corrugated carton and sealed by gummed tapes | Two unit protected with polybag and foam, then packed into carton together with accessories bag ( 1 pc copper foot, 6 pcs rubber foot), User's guide and Warranty card. |
| SC | 2 ply corrugated carton and sealed by gummed tapes | Each speaker protected with polybag and foam, then packed into carton together with 1 accessories bag ( 8 pcs rubber foot), User's guide and Warranty card. |
| SB | 2 ply corrugated carton and sealed by gummed tapes | Two speakers protected with polybag and foam, then packed into carton together with 1 accessories bag ( 8 pcs rubber foot), User's guide and Warranty card. |
| ST3 | 2 ply corrugated carton and sealed by gummed tapes | Each unit was protected with poly bag and poly foam, then packed into carton together with accessories bag (3pcs copper foot, 3pcs rubber foot, 4pcs black screw, user's guide and warranty card.) |



Page 2  of  6
CN-D-OPS-

This report is issued by the Company under its General Conditions for Inspection and Testing Services (copy available upon request). The issuance of this report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale Stipulations to the contrary are not binding on the Company. The Company's responsibility under this report is limited to proven negligence and will in no case be more than ten times the amount of the fees or commission. Except by special arrangement, samples, if drawn, will not be retained by the Company for more than three months



## 5.0  MARKING / LABELING

| Model No | On Export carton |
|---|---|
| SBS | **1). Shipping mark**<br><br>Sapphire™<br>**SBS**<br>Two-way High Performance<br>Bookshelf Speakers<br><br>Quantity: Two<br><br>**2). Side mark**<br><br>**HANDLE WITH CARE**<br>Designed and Engineered by Cary Christie<br>And Tom DeVesto<br>Exclusive 1" Polycell Dome Sapphire Tweeter<br>Magnetically Shielded 5.25" coated paper<br>Cone midrange/woofer<br>Bass Reflex Design<br><br>Quantity:<br>Two Speakers<br>Premium Black Ash Vinyl<br><br>Shipping:<br>Wt: 21.5 lb<br>Vol: 1.8 cu ft<br><br>**Sapphire™**<br>RED HOT Blue!<br>One Broadway, Suite 600<br>Cambridge, Massachusetts 02142 USA<br>Www.SapphireAudio.com<br>Sapphire and the Sapphire logo are trademarks of Sapphire audio.<br>MADE IN CHINA |
| SS | **1). Shipping mark**<br><br>Sapphire™<br>**SC**<br>High Performance<br>Two-way Center Channel<br><br>Quantity: One<br><br>**2). Side mark**<br><br>**HANDLE WITH CARE**<br>Designed and Engineered by Cary Christie<br>and Tom DeVesto<br>Exclusive 1Sapphire " Polycell Dome Tweeters<br>2x5.25" Aluminum Cone Midrange/ Woofer<br>Magnetically Shielded<br>Bass reflex Design<br>Adjustable Center Foot<br>Grille included |



Page 3  of  6
CN-DOPS-

This report is issued by the Company under its General Conditions for Inspection and Testing Services (copy available upon request). The issuance of this report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations to the contrary are not binding on the Company. The Company's responsibility under this report is limited to proven negligence and will in no case be more than ten times the amount of the fees or commission. Except by special arrangement, samples, if drawn, will not be retained by the Company for more than three months.

19-AUG-2005  14:46   FROM  SUNFIELD.COM.CN          TO  0098672240520        P.11/13



| | | |
|---|---|---|
| | | Quantity:<br>Two Speakers<br>Premium Black Ash Vinyl<br>Shipping:<br>Wt: 24.6 lb<br>Vol: 2.1cu ft<br><br>**Sapphire™**<br>RED HOT Blue!<br>One Broadway, Suite 600<br>Cambridge, Massachusetts 02142 USA<br>www.SapphireAudio.com<br>Sapphire and the Sapphire logo are trademarks of Sapphire audio.<br>MADE IN CHINA |
| SB | 1). Shipping mark | Sapphire™<br>**SB**<br>Two-way High Performance<br>Bookshelf Speakers<br><br>Quantity: Two<br><br>2). Side mark<br><br>**HANDLE WITH CARE**<br>Designed and Engineered by Cary Christie<br>And Tom DeVesto<br>Exclusive 1" Polycell Dome Sapphire Tweeter<br>5.25" Aluminum Cone Midrange / Woofer<br>magnetically Shielded<br>Bass Reflex Design<br><br>Quantity:<br>Two Speakers<br>Premium Black Ash Vinyl<br><br>Shipping:<br>Wt: 31.8 lb<br>Vol: 2.6 cu ft<br><br>**Sapphire™**<br>RED HOT Blue!<br>One Broadway, Suite 600<br>Cambridge, Massachusetts 02142 USA<br>Www.SapphireAudio.com<br>Sapphire and the Sapphire logo are trademarks of Sapphire audio.<br>MADE IN CHINA |
| ST3 | 1). Shipping mark | Sapphire™<br>**ST1 MKIII**<br>High performance three-way Tower Speaker<br><br>2). Side mark |



Page 4  of  6
CN-D-OPS-

This report is issued by the Company under its General Conditions for Inspection and Testing Services (copy available upon request). The issuance of this report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations to the contrary are not binding on the Company. The Company's responsibility under this report is limited to proven negligence and will in no case be more than ten times the amount of the fees or commission. Except by special arrangement, samples, if drawn, will not be retained by the Company for more than three months.

# SGS

**HANDLE WITH CARE**
Designed and Engineered by Cary Christie
and Tom DeVesto
Exclusive 1" Sapphire Polycell Dome Tweeter
2x5.25" Aluminum Cone Midranges
2x8" side-firing woofer cone Woofers
Magnetically Shielded
Bi-Wirable
*Bass Reflex Design*
Black Glass Top
Grilles Included
MADE IN CHINA

Quantity:
One right Speaker
Premium Black Ash Vinyl

One left Speaker
Premium Black Ash Vinyl

Shipping:
Wt: 71.6 lb
Vol: 7.3 cu ft

**Sapphire** ™
RED HOT Blue!
One Broadway, Suite 600
Cambridge, Massachusetts 02142 USA
www.SapphireAudio.com
Sapphire and the Sapphire logo are trademarks of Sapphire audio.

## 6.0    DATA MEASUREMENT

| Model No | Data measurement |
|----------|------------------|
| SBS | 1). AC impedance curve found acceptable except defects shown in AQL.<br>2). Speaker polarity check found acceptable except defects shown in AQL..<br>3). Buzz & Rattle check found acceptable except defects shown in AQL.<br>4). 3pcs samples for actual installation check found acceptable.<br>5). 1 pc rubber foot for "left mark test" found acceptable. |
| SC | 1). AC impedance curve found acceptable except defects shown in AQL.<br>2). Speaker polarity check found acceptable except defects shown in AQL..<br>3). Buzz & Rattle check found acceptable except defects shown in AQL..<br>4). 1 pc rubber foot for "left mark test" found acceptable. |
| SB | 1). AC impedance curve found acceptable except defects shown in AQL.<br>2). Speaker polarity check found acceptable except defects shown in AQL..<br>3). Buzz & Rattle check found acceptable except defects shown in AQL..<br>4). 1 pc rubber foot for "left mark test" found acceptable. |
| ST3 | 1). AC impedance curve found acceptable except defects shown in AQL.<br>2). Speaker polarity check found acceptable except defects shown in AQL..<br>3). Buzz & Rattle check found acceptable except defects shown in AQL.<br>4). 3pcs samples for actual installation check found acceptable. |

## 7.0    PROBLEM REMARKS / INFORMATIVE REMARKS

This report is issued by the Company under its General Conditions for Inspection and Testing Services (copy available upon request). The issuance of this report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations to the contrary are not binding on the Company. The Company's responsibility under this report is limited to proven negligence and will in no case be more than ten times the amount of the fees or commission. Except by special arrangement, samples, if drawn, will not be retained by the Company for more than three months

19-AUG-2005  14:46    FROM  SUNFIELD.COM.CN      TO  0088672240520          P.13/13



| Model No | Problem remark / Informative remark |
|---|---|
|  | 1 UPC label stuck on export carton.<br>2 Rating label stuck on rear cabinet.<br>3 Serial number label stuck on unit and export carton. |

Page 6 of 6
CN-D-OPS-

This report is issued by the Company under its General Conditions for Inspection and Testing Services (copy available upon request). The issuance of this report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations to the contrary are not binding on the Company. The Company's responsibility under this report is limited to proven negligence and will in no case be more than ten times the amount of the fees or commission. Except by special arrangement, samples, if drawn, will not be retained by the Company for more than three months

TOTAL P.13

# SGS

Black Glass Top
Grilles Included

Quantity:
One right Speaker
Preminum Black Ash Vinyl

One left Speaker
Preminum Black Ash Vinyl

Shipping:
Wt: 82.7 lb
Vol: 5.1 cu ft

**Sapphire™**
RED HOT Blue!
One Broadway, Suite 600
Cambridge, Massachusetts 02142 USA
www.SapphireAudio.com
Sapphire and the Sapphire logo are trademarks of Sapphire audio
MADE IN CHINA

3) Label:
3.1 UPC label stuck on export carton: 831623011117
3.2 Rating label stuck on rear cabinet.
3.3 Serial number label stuck on unit and export carton.

## 6.0   DATA MEASUREMENT

| Model No | Data measurement |
|---|---|
| ST1-L/R MKII | 1). AC impedance curve found acceptable except defects shown in AQL. |
| | 2). Speaker polarity check found acceptable except defects shown in AQL. |
| | 3). Buzz & Rattle check found acceptable except defects shown in AQL. |
| | 4). 3pcs samples for actual installation check found acceptable. |
| | 5). 1 pc rubber foot for "left mark test" found acceptable. |

## 7.0   PROBLEM REMARKS / INFORMATIVE REMARKS

| Model No | Problem remark / Informative remark |
|---|---|
| ST1-L/R MKII | NIL |

The Company under its General Conditions issues this report for Inspection and Testing Services (copy available upon request). The balance of this report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations to the contrary are not binding on the Company. The Company's responsibility under this report is limited to proven negligence and will in no case be more than ten times the amount of the fees or commission. Except by special arrangement, samples, if drawn, will not be retained by the Company for more than three months.



Quantity:
One right/left Speaker
Premium Black Ash Vinyl

One left Speaker
Premium Black Ash Vinyl

Shipping:
Wt: 76.5 lb
Vol: 7.1 cu ft

Sapphire™

Page 3 of 3
CN-D-OPS-

This report is issued by the Company under its General Conditions for Inspection and Testing Services (copy available upon request). The issuance of this report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations to the contrary are not binding on the Company. The Company's responsibility under this report is limited to proven negligence and will in no case be more than ten times the amount of the fees or commission. Except by special arrangement, samples, if drawn, will not be retained by the Company for more than three months.

| Model No. | On Export carton |
|---|---|
| ST2 MKII | 1). Shipping mark |

Sapphire™
**ST2 MKII**
High Performance Three-way Tower Speaker

2). Side mark

## HANDLE WITH CARE

Designed and Engineered by Cary Christie
And Tom DeVesto
Exclusive 1Sapphire Polcell Dome Tweeter
2x5.5"Alumimum Cone Midrange
10"Side-firing Woofer
Magnetically Shielded
Bi-Wirable
Bass Reflex Design
Black Glass Top
Grilles Included

Quantity:
One Right Speaker
Premium Black Ash Vinyl
One left Speaker
Premium Black Ash Vinyl

Page 2 of 3

This report is issued by the Company under its General Conditions for Inspection and Testing Services (copy available upon request). The issuance of this report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations to the contrary are not binding on the Company. The Company's responsibility under this report is limited to proven negligence and will in no case be more than ten

TOTAL P.01



**SGS**

---

**HANDLE WITH CARE**
Designed and Engineered by Cary Christie
And Tom DeVesto
Exclusive 1" Polycell Dome Sapphire Tweeter
Magnetically Shielded 5.25" coated paper
Cone midrange/woofer
Bass Reflex Design

Quantity:
 Two Speakers
 Premium Black Ash Vinyl

Shipping:
Wt: 21.5 lb
Vol: 1.8 cu ft

**Sapphire™**
 RED HOT Blue!
One Broadway, Suite 600
Cambridge, Massachusetts 02142 USA
Www.SapphireAudio.com
Sapphire and the Sapphire logo are trademarks of Sapphire audio
MADE IN CHINA

---

**ST3-L/R MKII**

**1). Shipping mark**

**Sapphire™**
**ST3 MKII**
High performance three-way Tower Speaker

**2). Side mark**

**HANDLE WITH CARE**
Designed and Engineered by Cary Christie
And Tom DeVesto
Exclusive 1" Sapphire Polycell Dome Tweeter
2×5.25" Aluminum Cone Midranges
2×8" side-firing woofer
Magnetically Shielded
Bi-Wirable
Bass Reflex Design
Black Glass Top
Grilles Included

Quantity:
One right/left Speaker
Premium Black Ash Vinyl

One left Speaker
Premium Black Ash Vinyl

Shipping:
Wt: 76.6 lb
Vol: 7.1 cu ft

**Sapphire™**

Page 3   of   4
CN-D-OPS-

This report is issued by the Company under its General Conditions for Inspection and Testing Services (copy available upon request). The issuance of this report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations to the contrary are not binding on the Company. The Company's responsibility under this report is limited to proven negligence and will in no case be ... the ... amount of the fees or commission. Except by special arrangement, samples, if drawn, will not be retained by the Company for

19-AUG-2005  14:33   FROM  SUNFIELD.COM.CN          TO  0088672240520          P.19/23



J.F.Casros Building, Zhongkang Road, Shangmeilin, Shenzhen ,China
Tel: (86 755) 8311036P
Fax: (86 755) 83110354/ 83109194

## Inspection Report

Report Ref. No.:   SZXWT00116655

| | | | | |
|---|---|---|---|---|
| | Sapphire | Fax / E-mail : | tivolicon@aol.com | |
| | Tom Devosto | | | |
| | Sunfield Shenzhen | Fax / E-mail : | | |
| | Peter Peng | | | |
| From : | Hanson Cai | | Fax / E-mail : | Hanson_cai@sgs.com |
| SGS File No.: | CN1US-074540 | Date:11/ Mar/2005 | SGS Registration No.: | CN1US-074540 |

| | | |
|---|---|---|
| Buyer | Sapphire | |
| Agent | N / A | |
| Supplier | Sunfield, TW | |
| Manufacturer | Sunfield, Shen Zhen | |
| Product description | Speaker box | |
| P.O. Number | | (x) Not Available |
| P.O. Number | | (x) Not Available |
| Service preformed | FRI | Inspection Date :     11-Mar- 2005 |
| Inspection Location | Sha Jing, Shen Zhen | |

REFERENCE SAMPLE PROVIDED :          By Principal ( For data measurement only )

1.0   SUMMARY OF INSPECTION  RESULT :

| Model No. | Quantity for Inspection | AQL applied | Sample size | Overall result |
|---|---|---|---|---|
| SGS | 278pcs | According to Client Instruction are using ANSI/ASQC Z1.4-1993, Single sampling plans for normal inspection . | 13 | Subject to Client's evaluation |
| | N/A | | 0 | Subject to Client's evaluation |
| | 1012pcs | AQL = Level I letter code<br>Critical = Not allow<br>Major  = 0.65<br>Minor  = 1.5 | 32 | Subject to Client's evaluation |

Note : Inspection result are defined as "Conformed" "Not conformed" "Not applicable" and "Subject to Client's evaluation"

FOLLOW UP ACTIONS  ( as applicable )
 Inspection certificate will be issued
 Supplier advised shipment scheduled for _____
 Manufacturer / supplier commented on inspection result as follow :_____
 Please instruct regarding issuance of inspection certificate.

Page 1  of  6
CN-D-OPS-

This report is issued by the Company under its General Conditions for Inspection and Testing Services (copy available upon request). The issuance of this report does not exempt those shippers, buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations as the limit of the liability, indemnification of the Company. The Company's responsible under this report is limited to proven negligence  and will in no case be more than ten times the amount of the fees in connection Except by special arrangement, samples, if drawn, will not be retained by the Company for more than three months.

19-AUG-2005  14:33  FROM SUNFIELD.COM.CN          TO 0088672240520          P.20/23

# SGS

We sent you defective samples by _____ AWB. No _____ on ___ Please advise your evaluation.
We recommend the following corrective action _____ _____
Additional SGS service _____results due by _____

## 2.0   SUMMARY OF INSPECTION CONTENTS

| Model No | Style / Material / Color | Workmanship / Visual / Function | Packing | Marking / label | Data measurement |
|----------|--------------------------|--------------------------------|---------|-----------------|------------------|
| SBS | Conformed | Pass AQL | Conformed | Conformed | Actual Finding |
| SC | | | | | |
| SC | Conformed | Pass AQL | Conformed | Conformed | Actual Finding |

## 3.0   WORKMANSHIP APPEARANCE / FUNCTION INSPECTION FINDINGS:
( As according to Client's instruction "Critical and Major defect" are not allow t And "Minor defect" are just for repair and improvement mainly ! )

| Model No | Defect description | Critical | Major | Minor |
|----------|-------------------|----------|-------|-------|
| SBS | No defect. | 0 | 0 | 0 |
| SC | | 0 | 0 | 1 |
| US | Dirty stain on right side of cabinet. (4212) | 0 | 0 | 1 |

## 4.0   PACKING

| Model No | Export packing | Individual packing |
|----------|----------------|---------------------|
| SBS | 2 ply corrugated carton and sealed by gummed tapes | Each unit protected with polybag and foam, then packed into carton together with accessories bag ( 1 pc copper foot, 6 pcs rubber foot), User's guide and Warranty card. |
| SC | 2 ply corrugated carton and sealed by gummed tapes | Two speakers protected with polybag and foam, then packed into carton together with 1 accessories bag ( 8 pcs rubber foot), User's guide and Warranty card. |

## 5.0   MARKING / LABELING

| Model No | On Export carton |
|----------|------------------|
| SBS | 1. Shipping mark |
| | Sapphire ™ |
| | **SBS** |
| | Two-way High Performance Bookshelf Speakers |
| | Quantity Two |

Page 3 of 4
CN-D-OPS-

The attention of the Company and/or its General Conditions for Inspection and Testing Services (copy available upon request). The issuance of this does not exonerate parties to a transaction from exercising all their rights and discharging all their liabilities under the Contract of Sale Stipulations, to the any other parties not liable to the Company. The Company's responsibility under this report is limited to proven negligence and will in no case be more than ten to be an amount of the sum of transaction. Except by special arrangement, a sample if drawn, will not be retained by the Company for more than three months



**1) Side mark**

**HANDLE WITH CARE**
Designed and Engineered by Cary Christie
And Tom DeVesto
Exclusive 1" Polycell Dome Sapphire Tweeter
Magnetically Shielded 5.25" coated paper
Cone midrange/woofer
Bass Reflex Design

Quantity:
Two Speakers
Premium Black Ash Vinyl

Shipping
Wt: 21.5 lb
Vol 1.8 cu ft

**Sapphire™**
RED HOT Blue!
One Broadway, Suite 600
Cambridge, Massachusetts 02142 USA
... g. wRhAudio.com.
Sapphire and the Sapphire logo are trademarks of Sapphire audio.
MADE IN CHINA

SB

**1) Shipping mark**

Sapphire™
**SB**
Two-way High Performance
Bookshelf Speakers

Quantity  Two

**2) Side mark**

**HANDLE WITH CARE**
Designed and Engineered by Cary Christie
And Tom DeVesto
Exclusive 1" Polycell Dome Sapphire Tweeter
5.25" Aluminum Cone Midrange / Woofer
magnetically Shielded
Bass Reflex Design

Quantity:
Two Speakers
Premium Black Ash Vinyl

Shipping:
Wt: 31.8 lb
Vol 2.6 cu ft

**Sapphire™**
RED HOT Blue!
One Broadway, Suite 600
Cambridge, Massachusetts 02142 USA

Page 3. of 4
CN-D-OPS-

This quotation is made by the Company under its General Conditions for Inspection and Testing Services (copy available upon request). The issuance of this report does not exonerate any parties or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations to the contrary are not binding on the Company. The Company's responsibility under this report is limited to proven negligence  and will in no case be more than ten times the amount of the fees in consideration. Except by special arrangement, samples, if drawn, will not be retained by the Company for more than three months.

19-AUG-2005  14:34   FROM  SUNFIELD.COM.CN                TO  0088672240520            P.22/23



4. (SAPPHIRE.com)
Sapphire and the Sapphire logo are trademarks of Sapphire audio.
MADE IN CHINA

## 6.0   DATA MEASUREMENT

| Model No | Data measurement |
|---|---|
| SBS | 1) AC Impedance curve found acceptable except defects shown in AQL. <br> 2) Speaker polarity check found acceptable except defects shown in AQL. <br> 3) Buzz & Rattle check found acceptable except defects shown in AQL. <br> 4) 3pcs samples for actual installation check found acceptable. <br> 5) 1 pc rubber foot for "left mark test" found acceptable. |
| SB | 1) AC Impedance curve found acceptable except defects shown in AQL. <br> 2) Speaker polarity check found acceptable except defects shown in AQL.. <br> 3) Buzz & Rattle check found acceptable except defects shown in AQL., <br> 4) 1 pc rubber foot for "left mark test" found acceptable. |

## 7.0   PROBLEM REMARKS / INFORMATIVE REMARKS

| Model No. | Problem remark / Informative remark |
|---|---|
| SC | No products were provided for our inspection. Which did not conform to inspection booking stated as 500pcs. |
| SBS | Actual quantity of product is 278pcs, which did not conform to inspection booking stated as 200pcs. |
| SB | Actual quantity of product is 1012pcs, which did not conform to inspection booking stated as 1100pcs. |

This report is issued by the Company under its General Conditions for Inspection and Testing Services (copy available upon request). The issuance of this report does not exonerate sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations to the contrary are not binding on our Company. The Company's responsibility under this report is limited to proven negligence and will in no case be more than ten times the amount of its fees or commission. Except by special arrangement, samples, if drawn, will not be retained by this Company for more than three months.

19-AUG-2005  14:19  FROM  SUNFIELD.COM.CN          TO  0088672240520          P.15/17

# SGS

2/F Oaster Building, Zhongkang Road, Shangmeilin, Shenzhen ,China

Tele  (86 755) 83114358
Fax   (86 755) 83114354/83103194

## Inspection Report

Report Ref. No.:  SZXWT00102884

| To | Tivoli Audio, LLC | Fax / E-mail : | tivolicon@aol.com |
|---|---|---|---|
| All | Tom Davesto | | |
| Cc | Sunfield Shenzhen | Fax / E-mail : | |
| All | Peter Peng | | |
| From : | Hanson Cai | Fax / E-mail : | Hanson_cai@sgs.com |
| SGS File No.: | CN1US-064759 | Date: 20/10/2004 | SGS Registration No.: | CN1US-064759 |

Buyer :           Tivoli Audio, LLC
Agent : .          N / A
Supplier :         Sunfield, TW
Manufacturer :     Sunfield, Shenzhen
Product description:  Speakers and Grill kits

L/C Number :                      (x) Not Available
P.O. Number:                      (x) Not Available

Service performed  :   FRI               Inspection Date :     20-Oct - 2004
Inspection Location :  Sha Jing, Shen Zhen

REFERENCE SAMPLE PROVIDED :        By Principal  ( For data measurement only )

### 1.0  SUMMARY OF INSPECTION  RESULT :

| Model No | Quantity for inspection | AQL applied | Sample size | Overall result |
|---|---|---|---|---|
| SS | 172 | According to Client Instruction are using ANSI/ASQC Z1.4-1993, Single sampling plans for normal inspection ;<br><br>AQL = Level I letter code<br>Critical = Not allow<br>Major  = 0.65<br>Minor  = 1.5 | 20 | Conformed |
| STI MKII | 352 | | 32 | Conformed |

Note : Inspection result are defined as "Conformed" Not conformed" "Not applicable" and "Subject to Client's evaluation"

FOLLOW UP ACTIONS : ( as applicable )
  Inspection certificate will be issued
  Supplier advised shipment scheduled for _____
  Manufacturer / supplier commented on inspection result as follow :_____
  Please instruct regarding issuance of inspection certificate.

Page 1  of  3
CN-D-OPS-

This report is issued by the Company under its General Conditions for Inspection and Testing Services (copy available upon request) The issuance of this report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale Stipulations to the contrary are not binding on the Company  The Company's responsibility under this report is limited to proven negligence and will in no case be more than ten times the amount of the fees of commission. Except by special arrangement samples, if drawn, will not be retained by the Company for more than three months



# SGS

We sent you defective samples by ___ ___ AWB. No.: ___ ___ ___ on __ ___    Please advise your evaluation.

We recommend the following corrective action _____

Additional SGS service _____ results due by _____

## 2.0  SUMMARY OF INSPECTION CONTENTS

| Model No | Style / Material / Color | Workmanship / Visual / Function | Packing | Marking / label | Data measurement |
|---|---|---|---|---|---|
| SS | Conformed | Pass AQL | Conformed | Conformed | Actual Finding |
| STI MKII | Conformed | Pass AQL | Conformed | Conformed | Actual Finding |

## 3.0  WORKMANSHIP APPEARANCE / FUNCTION INSPECTION FINDINGS:
( As according to Client's instruction "Critical and Major defect" are not allow !
And "Minor defect" are just for repair and improvement mainly ! )

| Model No | Defect description | Critical | Major | Minor |
|---|---|---|---|---|
| SS | No defect was found | | | |
| STI MKII | White mark on rear cabinet (11866) | 0 | 0 | 1 |

## 4.0  PACKING

| Model No | Export packing | Individual packing |
|---|---|---|
| SS | 2 ply corrugated carton and sealed by gummed tapes | Two speakers protected with polybag and foam, then packed into carton together with 1 accessories bag ( 8 pcs rubber foot), User's guide and Warranty card. |
| STI MKII | 2 ply corrugated carton and sealed by gummed tapes | Each speaker protected with polybag and foam, then packed into carton together with 1 accessories bag, User's guide and Warranty card. |

## 5.0  MARKING / LABELING

| Model No | On Export carton |
|---|---|
| SS | 1). Shipping mark |

Sapphire™

**SS**

Two-way High Performance
Diffuse Surround Speakers

Quantity: Two

2). Side mark

**HANDLE WITH CARE**
Designed and Engineered by Cary Christie
and Tom DeVesto
Exclusive 1" Polycell Dome Sapphire Tweeters

Page 3 of 4
CND-SPS-

This report is issued by the Company under its General Conditions for Inspection and Testing Services (copy available upon request). The issuance of this report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations to the contrary are not binding on the Company. The Company's responsibility under this report is limited to proven negligence and will in no case be more than ten times the amount of the fees or commission, except by special arrangement, samples, if drawn, will not be retained by the Company for more than three months.

# SGS

| | 5.25" Aluminum Cone Midrange/ Woofer |
|---|---|
| | Quantity:<br>Two Speakers<br>Premium Black Ash Vinyl<br>Shipping.<br>Wt: 40.3 lb<br>Vol: 2.6cu ft<br><br>**Sapphire™**<br>RED HOT Blue!<br>One Broadway, Suite 600<br>Cambridge, Massachusetts 02142 USA<br>www.SapphireAudio.com<br>Sapphire and the Sapphire logo are trademarks of Sapphire audio.<br>MADE IN CHINA |
| ST1 MKII | **1). Shipping mark**<br><br>Sapphire™<br>ST1 MKII<br>High Performance Three-way Tower Speaker<br><br><br>**2). Side mark**<br><br>**HANDLE WITH CARE**<br>Designed and Engineered by Cary Christie<br>And Tom DeVesto<br>Exclusive 1Sapphire Polcell Dome Teeter<br>5.25" Aluminum Cone Midrange<br>8" Side-firing Woofer<br>Magnetically Shielded<br>Bi-Wirable<br>Bass Reflex Design<br>Black Glass Top<br><br><br>Quantity:<br>One Right Speaker<br>Premium Black Ash Vinyl<br>One left Speaker<br>Premium Black Ash Vinyl<br><br>Shipping:<br>Wt: 52.7 lb<br>Vol: 5.1 cu ft<br><br>**Sapphire™**<br>RED HOT Blue!<br>One Broadway, Suite 600<br>Cambridge, Massachusetts 02142 USA<br>www.SapphireAudio.com<br>Sapphire and the Sapphire logo are trademarks of Sapphire audio<br>MADE IN CHINA |

Page 1 of 4
CN-D-OPS

This report is issued by the Company under its General Conditions for Inspection and Testing Services (copy available upon request). The attention of this report done, not mechanize buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations to the contrary are not binding on the Company. The Company's responsibility under this report is limited to proven negligence and will in no case be more than ten times the amount of the fees or commission. Except by special arrangement, samples, if drawn will not be retained by the Company for more than three months.

TOTAL P.17

19-AUG-2005  14:26   FROM  SUNFIELD.COM.CN      TO  0088672240520        P.01/23

# SGS

Please instruct regarding issuance of inspection certificate.
We sent you defective samples by .. ____ AWB. No.: _____ on _____ Please advise your evaluation.
We recommend the following corrective action _____
Additional SGS service _____ results due by _____

## 2.0  SUMMARY OF INSPECTION CONTENTS

| Model No | Style / Material / Color | Workmanship / Visual / Function | Packing | Marking / label | Data measurement |
|----------|--------------------------|----------------------------------|---------|------------------|-------------------|
| ST1 MKII | Confirmed | Confirmed | Confirmed | Confirmed | Actual Finding |

## 3.0  WORKMANSHIP APPEARANCE / FUNCTION INSPECTION FINDINGS:
(As according to Client's instruction "Critical and Major defect" are not allowed! And "Minor defects" are just for repair and improvement mainly! )

| Model No | Defect description | Critical | Major | Minor |
|----------|-------------------|----------|-------|-------|
| ST1 MKII | Glue marks stain on front panel. (11597) | 0 | 0 | 1 |

## 4.0  PACKING

| Model No | Export packing | Individual packing |
|----------|----------------|--------------------|
| ST1 MKII | 2 ply corrugated carton and sealed by gummed tape | Each unit was protected with poly bag and poly foam, then packed into carton together with accessories bag (3pcs copper foot, 3pcs rubber foot, 4pcs black screw, user's guide and warranty card.) |

## 5.0  MARKING / LABELING

| Model No | On Export carton |
|----------|------------------|
| ST1 MKII | 1). Shipping mark

Sapphire™
**ST1 MKII**
High performance three-way Tower Speaker


2). Side mark

**HANDLE WITH CARE**
Designed and Engineered by Cary Christie
And Tom DeVesto
Exclusive 1" Sapphire Polycell Dome Tweeter
5.25" Aluminum Cone Midranges
8" side-firing woofer
Magnetically Shielded
Bi-Wirable
Bass Reflex Design
Black Glass Top
Grilles Included
MADE IN CHINA |

Page 2  of  3
CN-D-DPR-

This Company under its General Conditions issues this report for inspection and Testing Services (copy available upon request)  The issuance of this report does not exonerate buyers or sellers from exercising all their rights und discharging all their liabilities under the Contract of Sale. Stipulations to the contrary are not binding on the Company. The Company's responsibility under this report is limited to proven negligence and will in no case be more than ten times the amount of the fees of commission  Except by special arrangement, samples, if drawn, will not be retained by the Company for more than three months

# SGS

Quantity:
One right Speaker
Premium Black Ash Vinyl

One left Speaker
Premmum Black Ash Vinyl

Shipping:
Wt: 52.7 lb
Vol: 5.1 cu ft

**Sapphire™**
RED HOT Blue!
One Broadway, Suite 600
Cambridge, Massachusetts 02142 USA
www.SapphireAudio.com
Sapphire and the Sapphire logo are trademarks of Sapphire audio.

3) Label:
3.1 UPC label stuck on export carton: 831623011117
3.2 Rating label stuck on rear cabinet.
3.3 Serial number label stuck on unit and export carton.

## 6.0   DATA MEASUREMENT

| Model No | Data measurement |
|----------|------------------|
| ST1 MKII | 1). AC Impedance curve found acceptable except defects shown in AQL. |
|          | 2). Speaker polarity check found acceptable except defects shown in AQL. |
|          | 3). Buzz & Rattle check found acceptable except defects shown in AQL. |
|          | 4). 3pcs samples for actual installation check found acceptable. |

## 7.0   PROBLEM REMARKS / INFORMATIVE REMARKS

| Model No | Problem remark / Informative remark |
|----------|-------------------------------------|
| ST1 MKII | NIL |



Page 3 of 3
CN-D-OPS-


The Company under its General Conditions issues this report for Inspection and Testing Services (copy available upon request). The issuance of this report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations to the contrary are not binding on the Company. The Company's responsibility under this report is limited to proven negligence and will in no case be more than ten times the amount of fees fees or commission. Except by special arrangement, samples, if drawn, will not be retained by the Company for more than three months.

19-AUG-2005  14:24  FROM  SUNFIELD.COM.CN          TO  0088672240520          P.08/08



2/F Oastar Building, Zhongkang Road, Shangmeilin, Shenzhen, China

Tele.: (86 755) 83114358
Fax: (86 755) 83114354/ 83103194

# Inspection Report

Report Ref. No.:   SZXWT00101816

| To | : | Tivoli Audio, LLC | Fax / E-mail: | tivolicon@aol.com |
| Att | : | Tom Devesto | | |
| Cc | : | Sunfield Shenzhen | Fax / E-mail : | |
| Att | : | Peter Feng | | |
| From | : | Hanson Cai | Fax / E-mail: | Hanson_cai@sgs.com |
| SGS File No.: | | CN1US-063995 | Date: 09/10/2004 | SGS Registration No.: | CN1US-063995 |

Buyer:                  Tivoli Audio, LLC
Agent:                  N / A
Supplier:               Sunfield, TW
Manufacturer:           Sunfield, Shen Zhen
Product description:    Speakers and Grill kits

L/C Number:                         (x) Not Available
P.O. Number:                        (x) Not Available

Service performed:      FRI                  Inspection Date:      08 - Oct. - 2004
Inspection Location:    Sha Jing, Shen Zhen

REFERENCE SAMPLE PROVIDED:          By Principal  (For data measurement only)

## 1.0   SUMMARY OF INSPECTION  RESULT :

| Model No | Quantity for Inspection | AQL applied | Sample size | Overall result |
|---|---|---|---|---|
| ST1 MKII | 400 | According to Client instruction are using ANSI/ASQC Z1.4-1993, Single sampling plans for normal inspection AQL = Level I – according to letter code sample size only. Critical = Not allow Major  = 0.65 Minor  = 1.5 | 32 | Confirmed |
| ST2 | N/A | | N/A | N/A |
| ST3 | N/A | | N/A | N/A |
| SC MKII | N/A | | N/A | N/A |
| SS | N/A | | N/A | N/A |
| SB | N/A | | N/A | N/A |

Note: Inspection results are defined as "Conformed" "Not conformed" "Not applicable" and "Subject to Client's Evaluation"

FOLLOW UP ACTIONS: (as applicable)
    Inspection certificate will be issued
    Supplier advised shipment scheduled for _____
    Manufacturer / supplier commented on inspection result as follow: _____
                                                                        Page 1 of 3
                                                                        CN-13 OPS-

The Company under its General Conditions issues this report for Inspection and Testing Services (copy available upon request). The issuance of this report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations to the contrary are not binding on the Company. The Company's responsibility under this report is limited to proven negligence and will in no case be more than ten times the amount of the fees or commission. Except by special arrangement, samples, if drawn, will not be retained by the Company for more than three months.



**SGS**

Three-way High Performance Tower Speaker

Quantity:
One Right Speaker
Premium Black Ash Vinyl

**(L/R** label)

One Left Speaker
Premium Black Ash Vinyl

2). Side mark

## HANDLE WITH CARE
Designed and Engineered by Cary Christie
and Tom DeVesto
Exclusive 1" Polycell Dome Sapphire Tweeter
5.25" Aluminum Cone Midrange
8" Side-firing Woofer
Magnetically Shielded
Bi-Wireable
Bass Reflex Design
Black Glass Top

Quantity:
One Right Speaker
Premium Black Ash Vinyl

One Left Speaker
Premium Black Ash Vinyl

Shipping:
Wt: 62.7 lb
Vol: 6.1cu ft

**Sapphire™**
RED HOT Blue!
One Broadway, Suite 600
Cambridge, Massachusetts 02142 USA
www.SapphireAudio.com
Sapphire and the Sapphire logo are trademarks of Sapphire audio.    MADE IN CHINA

| ST2 | N/A |
| ST3 | 1). Shipping mark |

Sapphire™
**ST3**
Three-way High Performance Tower Speaker

Quantity:
One Right Speaker
Premium Black Ash Vinyl

**(L/R** label)

One Left Speaker
Premium Black Ash Vinyl

2). Side mark

## HANDLE WITH CARE
Designed and Engineered by Cary Christie
and Tom DeVesto
Exclusive 1" Polycell Dome Sapphire Tweeter
2X5.25" Aluminum Cone Midrange
2X8" Side-firing Woofers
Magnetically Shielded
Bi-Wireable
Bass Reflex Design

# SGS

Black Glass Top

**Quantity:**
One Right Speaker
Premium Black Ash Vinyl

One Left Speaker
Premium Black Ash Vinyl

**Shipping:**
Wt: 71.6 lb
Vol: 7.3 cu ft

**Sapphire™**
RED HOT Blue!
One Broadway, Suite 600
Cambridge, Massachusetts 02142 USA
www.SapphireAudio.com
Sapphire and the Sapphire logo are trademarks of Sapphire audio.     MADE IN CHINA

---

**SC**

1). Shipping mark

Sapphire™
**SC**
Two-way High Performance Center Channel

Quantity. One

2). Side mark

**Quantity:**
One Speaker
Premium Black Ash Vinyl
**Shipping:**
Wt: 24.6 lb
Vol: 2.1cu ft

## HANDLE WITH CARE
Designed and Engineered by Cary Christie and Tom DeVesto
Exclusive 1" Polycell Dome Sapphire Tweeter
2X5.25" Aluminum Cone Midrange/ Woofer
Magnetically Shielded
Bass Reflex Design
Adjustable Center Foot
Acoustically matched for use with Sapphire ST1, ST2, ST3 or SB models

**Sapphire™**
RED HOT Blue!
One Broadway, Suite 600
Cambridge, Massachusetts 02142 USA
www.SapphireAudio.com
Sapphire and the Sapphire logo are trademarks
of Sapphire audio.

MADE IN CHINA

---

**SS**

1). Shipping mark

Sapphire™
**SS**
Two-way High Performance
Diffuse Surround Speakers

**SGS**

---

Quantity: Two

2). Side mark

## HANDLE WITH CARE
Designed and Engineered by Cary Christie
and Tom DeVesto
Exclusive 1" Polycell Dome Sapphire Tweeters
5.25" Aluminum Cone Midrange/ Woofer

Quantity:
Two Speakers
Premium Black Ash Vinyl
Shipping:
Wt: 40.3 lb
Vol: 2.6 cu ft

**Sapphire™**
RED HOT Blue!
One Broadway, Suite 600
Cambridge, Massachusetts 02142 USA
www.SapphireAudio.com
Sapphire and the Sapphire logo are trademarks of Sapphire audio.    MADE IN CHINA

---

SB | 1). Shipping mark

Sapphire™
**SB**
Two-way High Performance
Bookshelf Speakers

Quantity: Two

2). Side mark

## HANDLE WITH CARE
Designed and Engineered by Cary Christie
and Tom DeVesto
Exclusive 1" Polycell Dome Sapphire Tweeter
5.25" Aluminum Cone Midrange/ Woofer
Magnetically Shielded
Bass Reflex Design

Quantity:
Two Speakers
Premium Black Ash Vinyl
Shipping:
Wt: 31.8 lb
Vol: 2.6 cu ft

**Sapphire™**
RED HOT Blue!
One Broadway, Suite 600
Cambridge, Massachusetts 02142 USA
www.SapphireAudio.com
Sapphire and the Sapphire logo are trademarks of Sapphire audio.    MADE IN CHINA

19-AUG-2005  14:36  FROM SUNFIELD.COM.CN          TO  0088672240520        P.04/05

**SGS**

## 6.0  DATA MEASUREMENT

| Model No | Data measurement |
|---|---|
| ST1 | 1). AC Impedance curve found acceptable except defects shown in AQL.<br>2). Speaker polarity check found acceptable except defects shown in AQL..<br>3). Buzz & Rattle check found acceptable except defects shown in AQL.<br>4). 3pcs samples for actual installation check found acceptable. |
| ST2 | N/A |
| ST3 | 1). AC Impedance curve found acceptable except defects shown in AQL.<br>2). Speaker polarity check found acceptable except defects shown in AQL..<br>3). Buzz & Rattle check found acceptable except defects shown in AQL.<br>4). 3pcs samples for actual installation check found acceptable. |
| SC | 1). AC Impedance curve found acceptable except defects shown in AQL.<br>2). Speaker polarity check found acceptable except defects shown in AQL.<br>3). Buzz & Rattle check found acceptable except defects shown in AQL.<br>4). 3pcs samples for actual installation check found acceptable.<br>5). 1 pc rubber foot for "left mark test" found acceptable. |
| SS | 1). Speaker polarity check found acceptable except defects shown in AQL..<br>2). Buzz & Rattle check found acceptable except defects shown in AQL..<br>3). 1 pc rubber foot for "left mark test" found acceptable. |
| SB | 1). AC Impedance curve found acceptable except defects shown in AQL.<br>2). Speaker polarity check found acceptable except defects shown in AQL.<br>3). Buzz & Rattle check found acceptable except defects shown in AQL..<br>4). 1 pc rubber foot for "left mark test" found acceptable. |

## 7.0  PROBLEM REMARKS / INFORMATIVE REMARKS

| Model No | Problem remark / informative remark |
|---|---|
| ST1 | Nil |
| ST2 | N/A |
| ST3 | Nil |
| SC | Nil |
| SS | Nil |
| SB | Nil |

# SGS

Black Glass Top
Grilles Included

Quantity:
One right Speaker
Preminum Black Ash Vinyl

One left Speaker
Preminum Black Ash Vinyl

Shipping:
Wt: 62.7 lb
Vol: 5.1 cu ft

**Sapphire™**
RED HOT Blue!
One Broadway, Suite 600
Cambridge, Massachusetts 02142 USA
www.SapphireAudio.com
Sapphire and the Sapphire logo are trademarks of Sapphire audio.
MADE IN CHINA

3) Label:
3.1 UPC label stuck on export carton: 831623011117
3.2 Rating label stuck on rear cabinet.
3.3 Serial number label stuck on unit and export carton.

## 6.0   DATA MEASUREMENT

| Model No | Data measurement |
|---|---|
| ST1-L/R MKII | 1). AC Impedance curve found acceptable except defects shown in AQL.<br>2). Speaker polarity check found acceptable except defects shown in AQL.<br>3). Buzz & Rattle check found acceptable except defects shown in AQL.<br>4). 3pcs samples for actual installation check found acceptable.<br>5). 1 pc rubber foot for "left mark test" found acceptable. |

## 7.0   PROBLEM REMARKS / INFORMATIVE REMARKS

| Model No | Problem remark / Informative remark |
|---|---|
| ST1-L/R MKII | NIL |

The Company under its General Conditions issues this report for Inspection and Testing Services (copy available upon request). The issuance of this report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale Stipulations to the contrary are not binding on the Company. The Company's responsibility under this report is limited to proven negligence and will in no case be more than ten times the amount of the fees or commission. Except by special arrangement, samples if drawn, will not be retained by the Company for more



6.0  DATA MEASUREMENT

| Model No | Data measurement |
|---|---|
| SS | 1). AC impedance curve found acceptable except defects shown in AQL.<br>2). Speaker polarity check found acceptable except defects shown in AQL..<br>3). Buzz & Rattle check found acceptable except defects shown in AQL..<br>4). 1 pc rubber foot for "left mark test" found acceptable. |
| STI MKII | 1). AC impedance curve found acceptable except defects shown in AQL.<br>2). Speaker polarity check found acceptable except defects shown in AQL..<br>3). Buzz & Rattle check found acceptable except defects shown in AQL..<br>4). 1 pc rubber foot for "left mark test" found acceptable. |

7.0  PROBLEM REMARKS / INFORMATIVE REMARKS

| Model No | Problem remark / Informative remark |
|---|---|
| SS | Nil. |
| STI MKII | Nil. |

This report is issued by the Company under its General Conditions for Inspection and Testing Services (copy available upon request). The issuance of this report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations to the contrary are not binding on the Company. The Company's responsibility under this report is limited to proven negligence and will in no case be more than ten times the amount of the fees or commission. Except by special arrangement, samples, if drawn, will not be returned by the Company for more than three months.

19-AUG-2005  14:22   FROM SUNFIELD.COM.CN           TO   0088672240520        P.02/08



21F Castal Building, Zhongkang Road, Shangmeilin, Shenzhen ,China

Tele : (86 755) 83114358
Fax:  (86 755) 83114354/ 83103194

## Inspection Report

Report Ref. No.:   SZXWT00101519

| To      | : | Tivoli Audio, LLC | Fax / E-mail : | tivolicon@aol.com |
|---------|---|-------------------|----------------|-------------------|
| Att     | : | Tom Devesto       |                |                   |
| Cc      | : | Sunfield Shenzhen | Fax / E-mail : |                   |
| Att     | : | Peter Peng        |                |                   |
| From    | : | Hanson Cai        | Fax / E-mail : | Hanson_cai@sgs.com |
| SGS File No.: | CN1US-063798 | Date: 08/10/2004 | SGS Registration No.: | CN1US-063798 |

Buyer           :  Tivoli Audio, LLC
Agent           :  N / A
Supplier        :  Sunfield, TW
Manufacturer    :  Sunfield, Shen Zhen
Product description:  Speakers and Grill kits

L/C Number :                          (x)  Not Available
P.O. Number:                          (x)  Not Available

Service performed  :   FRI            Inspection Date :      05,07 - Oct – 2004
Inspection Location :   Sha Jing, Shen Zhen

**REFERENCE SAMPLE PROVIDED :**        **By Principal  ( For data measurement only )**

### 1.0   SUMMARY OF INSPECTION  RESULT :

| Model No | Quantity for inspection | AQL applied | Sample size | Overall result |
|----------|------------------------|-------------|-------------|----------------|
| ST1 | N/A | According to Client instruction are using ANSI/ASQC Z1.4-1993, Single sampling plans for normal Inspection ; | | |
| ST2 | 125X2 pcs (1pc/ ctn) | | 20 pcs | Subject to Client's evaluation |
| ST3 | 250X2 pcs (1pc/ ctn) | | 20 pcs | Subject to Client's evaluation |
| SC | 600 pcs (1pc/ ctn) | AQL = Level I letter code Critical = Not allow Major  = 0.65 Minor  = 1. 5 | 32 pcs | Subject to Client's evaluation |
| SS | N/A | | | |
| SB | N/A | | | |
| SBS | N/A | | | |
| SBL | 300X2 pcs (2pcs/ctn) | | 32 pcs | Subject to Client's evaluation |

**Note :** Inspection result are defined as "Conformed" Not conformed" "Not applicable" and "Subject to Client's evaluation"

**FOLLOW UP ACTIONS : ( as applicable )**

   Inspection certificate will be issued
   Supplier advised shipment scheduled for _____

Page 1  of  8
CN-D-OPS-

This report is issued by the Company under its General Conditions for Inspection and Testing Services (copy available upon request). The attention of the report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations to the contrary are not binding on the Company. The Company's responsibility under this report is limited to proven negligence and will in no case be more than ten times the amount of the fees or commission. Except by special arrangement, samples if drawn, will not be retained by the Company for more than three months.

# SGS

Manufacturer / supplier commented on inspection result as follow : _____
Please instruct regarding issuance of inspection certificate.
We sent you defective samples by _____ AWB. No.: ___ __ on ____    Please advise your
evaluation.
We recommend the following corrective action _____
Additional SGS service _____results due  by _____

## 2.0   SUMMARY OF INSPECTION CONTENTS

| Model No | Style / Material / Color | Workmanship / Visual / Function | Packing | Marking / label | Data measurement |
|---|---|---|---|---|---|
| ST1 | N/A | | | | |
| ST2 | Conformed | Conformed | Conformed | Conformed | Actual Finding |
| ST3 | Conformed | Conformed | Conformed | Conformed | Actual Finding |
| SC | Conformed | Conformed | Conformed | Conformed | Actual Finding |
| SS | N/A | | | | |
| SB | N/A | | | | |
| SBS | N/A | | | | |
| SBL | Conformed | Conformed | Conformed | Conformed | Actual Finding |

## 3.0   WORKMANSHIP APPEARANCE / FUNCTION INSPECTION FINDINGS:
( As according to Client's instruction "Critical and Major defect" are not allow I
And "Minor defect" are just for repair and improvement mainly ! )

| Model No | Defect description | Critical | Major | Minor |
|---|---|---|---|---|
| ST1 | N/A | | | |
| ST2 | No defect was found | 0 | 0 | 0 |
| ST3 | No defect was found | 0 | 0 | 0 |
| SC | No defect was found | 0 | 0 | 0 |
| SS | N/A | | | |
| SB | N/A | | | |
| SBS | N/A | | | |
| SBL | Dirty stain on rear cabinet could be removable (11241) | 0 | 0 | 1 |

## 4.0   PACKING

| Model No | Export packing | Individual packing |
|---|---|---|
| ST1 | N/A | |
| ST2 | 2 ply corrugated carton and sealed by gummed tapes | Each unit protected with polybag and foam, then packed into carton together with 2 pcs plastic foot, accessories bag ( 2+1 pc copper foot, 4 pcs black screw), User's guide and Warranty card. |
| ST3 | 2 ply corrugated carton and sealed by gummed tapes | Each unit protected with polybag and foam, then packed into carton together with 2 pcs plastic foot, accessories bag ( 2+1 pc copper foot, 4 pcs black screw), User's guide and Warranty card. |
| SC | 2 ply corrugated carton and sealed by gummed | Each unit protected with polybag and foam, then packed into carton together with accessories bag ( 1 pc copper foot, 8 pcs rubber foot), |

This report is issued by the Company under its General Conditions for Inspection and Testing Services (copy available upon request). The issuance of this report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations to the contrary are not binding on the Company. The Company's responsibility under this report is limited to proven negligence and will in no case be more than ten times the amount of this fees or commission. Except by special arrangement, samples, if drawn, will not be retained by the Company for more than three months.

# SGS

| | Tapes | User's guide and Warranty card. |
|---|---|---|
| SS | N/A | |
| SB | N/A | |
| SBS | N/A | |
| SBL | 2 ply corrugated carton and sealed by gummed tapes | Two speakers protected with polybag and foam, then packed into carton together with 1 accessories bag ( 8 pcs rubber foot). User's guide and Warranty card. |

## 5.0  MARKING / LABELING

| Model No | On Export carton |
|---|---|
| ST1 | N/A |
| ST2 | 1). Shipping mark |

Sapphire™

### ST2MKII
High Performance
Three-way Tower Speaker

(L/R label)

2). Side mark

**HANDLE WITH CARE**
Designed and Engineered by Cary Christie
and Tom DeVesto
Exclusive 1" Sapphire Polycell Dome Tweeter
2x5.25" Aluminum Cone Midranges
10" Side-firing Aluminum Cone Woofer
Magnetically Shielded
Bi-Wirable
Bass Reflex Design
Black Glass Top
Grilles Included

Quantity:
One Right Speaker
Premium Black Ash Vinyl

One Left Speaker
Premium Black Ash Vinyl

Shipping:
Wt: 60.5 lb
Vol: 6 1 cu ft

**Sapphire™**
RED HOT Blue!
One Broadway, Suite 600
Cambridge, Massachusetts 02142 USA
www.SapphireAudio.com
Sapphire and the Sapphire logo are trademarks of Sapphire audio.     MADE IN CHINA

| ST3 | 1). Shipping mark |

Sapphire™

### ST3MKII

This report is issued by the Company under its General Conditions for Inspection and Testing Services (copy available upon request). The Issuance of this report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations to the contrary are not binding on the Company. The Company's responsibility under this report is limited to proven negligence and will in no case be more than ten times the amount of the fees or commission. Except by special arrangement samples, if drawn, will not be retained by the Company for more than three months.



High Performance
Three-way Tower Speaker

(L/R label)

## HANDLE WITH CARE
Designed and Engineered by Cary Christie
and Tom DeVesto
Exclusive 1" Sapphire Polycell Dome Tweeter
2x5.25" Aluminum Cone Midranges
2x8" Side-firing Aluminum Cone Woofers
Magnetically Shielded
Bi-Wirable
Bass Reflex Design
Black Glass Top
Grilles Included

Quantity:
One Right Speaker
Premium Black Ash Vinyl

One Left Speaker
Premium Black Ash Vinyl

Shipping:
Wt: 71.6 lb
Vol: 7.3 cu ft

**Sapphire™**
RED HOT Blue!
One Broadway, Suite 600
Cambridge, Massachusetts 02142 USA
www.SapphireAudio.com
Sapphire and the Sapphire logo are trademarks of Sapphire audio     MADE IN CHINA



SC    1). Shipping mark

Sapphire™
## SC MKII
High Performance
Two-way  Center Channel

Quantity: One

2). Side mark

Quantity:
One Speaker
Premium Black Ash Vinyl
Shipping:
Wt: 24.6 lb
Vol: 2.1cu ft

## HANDLE WITH CARE
Designed and Engineered by Cary Christie and Tom DeVesto
Exclusive 1" Sapphire Polycell Dome Tweeter
2X5.25" Aluminum Cone Midrange/ Woofers
Magnetically Shielded
Bass Reflex Design
Adjustable Center Foot

Page 4  of  6
CN 0 cr'd-

This report is issued by the Company under its General Conditions for Inspection and Testing Services (copy available upon request). The issuance of this report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations to the contrary are not binding on the Company. The Company's responsibility under this report is limited to proven negligence and will in no case be more than ten times the amount of the fees or commission. Except by special arrangement, samples, if drawn, will not be retained by the Company for more than three months.



| | Grille Included |
|---|---|
| | **Sapphire™**<br>RED HOT Blue!<br>One Broadway, Suite 600<br>Cambridge, Massachusetts 02142 USA<br>www.SapphireAudio.com<br>Sapphire and the Sapphire logo are trademarks of Sapphire audio. |
| | MADE IN CHINA |
| SS | N/A |
| SB | N/A |
| SBS | N/A |
| SBL | 1). Shipping mark |

Sapphire™

**SBL**

Two-way High Performance
Bookshelf Speakers

Quantity: Two

2). Side mark

**HANDLE WITH CARE**
Designed and Engineered by Cary Christie
and Tom DeVesto
Exclusive 1" Polycell Dome Sapphire Tweeter
Hand-Lacquered Front Baffle
Magnetically Shielded 6.5" aluminum cone midrange/woofer
Bass Reflex Design

    Quantity:
    Two Speakers
    Premium Black Ash Vinyl
    Shipping:
    Wt: 34.3 lb
    Vol: 3.1cu ft

**Sapphire™**
RED HOT Blue!
One Broadway, Suite 600
Cambridge, Massachusetts 02142 USA
www.SapphireAudio.com
Sapphire and the Sapphire logo are trademarks of Sapphire audio.
MADE IN CHINA

**6.0  DATA MEASUREMENT**

| Model No | Data measurement |
|---|---|
| ST1 | N/A |
| ST2 | 1). AC impedance curve found acceptable except defects shown in AQL.<br>2). Speaker polarity check found acceptable except defects shown in AQL.<br>3). Buzz & Rattle check found acceptable except defects shown in AQL.<br>4). 3pcs samples for actual installation check found acceptable. |
| ST3 | 1). AC impedance curve found acceptable except defects shown in AQL. |

This report is issued by the Company under its General Conditions for Inspection and Testing Services (copy available upon request). The issuance of this report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations to the contrary are not binding on the Company. The Company's responsibility under this report is limited to proven negligence and will in no case be more than ten times the amount of the fees or consultant. Except by special arrangement, samples, if drawn, will not be retained by the Company for more than three months.





| | |
|---|---|
| | 2). Speaker polarity check found acceptable except defects shown in AQL.. |
| | 3). Buzz & Rattle check found acceptable except defects shown in AQL. |
| | 4). 3pcs samples for actual installation check found acceptable. |
| SC | 1). AC Impedance curve found acceptable except defects shown in AQL. |
| | 2). Speaker polarity check found acceptable except defects shown in AQL.. |
| | 3). Buzz & Rattle check found acceptable except defects shown in AQL.. |
| | 4). 3pcs samples for actual installation check found acceptable. |
| | 5). 1 pc rubber foot for "left mark test" found acceptable. |
| SS | N/A |
| SB | N/A |
| SBS | N/A |
| SBL | 1). AC Impedance curve found acceptable except defects shown in AQL. |
| | 2). Speaker polarity check found acceptable except defects shown in AQL... |
| | 3). Buzz & Rattle check found acceptable except defects shown in AQL... |
| | 4). 1 pc rubber foot for "left mark test" found acceptable. |

## 7.0  PROBLEM REMARKS / INFORMATIVE REMARKS

| Model No. | Problem remark / Informative remark |
|---|---|
| ST1 | N/A |
| ST2 | Only 150 pcs ( 60% of all products) were finished and packed for inspection. |
| ST3 | Nil. |
| SC | Only 450 pcs ( 75% of all products) were finished and packed for inspection. |
| SS | N/A |
| SB | N/A |
| SBS | N/A |
| SBL | Nil. |



This report is issued by the Company under its General Conditions for Inspection and Testing Services (copy available upon request). The issuance of this report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulation to the contrary are not binding on the Company. The Company's responsibility under this report is limited to proven negligence and will in no case be more than ten times the amount of the fees or commission. Except by special arrangement, samples, if drawn, will not be retained by the Company for more than three months.



2/F Oaster Building, Zhongkang Road, Shangmeilin, Shenzhen ,China

Tele :(86 755) 83114358
Fax: (86 755) 83114354/ 83103194

# Inspection Report

**Report Ref. No. :  SZXWT00102045**

| To : | Tivoli Audio, LLC | | Fax / E-mail : | tivolicon@aol.com | | |
|---|---|---|---|---|---|---|
| Att : | Tom Devesto | | | | | |
| Cc : | Sunfield Shenzhen | | Fax / E-mail : | | | |
| Att : | Peter Peng | | | | | |
| From : | Hanson Cai | | | Fax / E-mail : | | Hanson_cai@sgs.com |
| SGS File No.: | CN1US-064117 | Date:12/ 10/2004 | SGS Registration No.: | | | CN1US-064117 |

Buyer :             Tivoli Audio, LLC
Agent :             N / A
Supplier :          Sunfield, IW
Manufacturer :      Sunfield, Shen Zhen
Product description:   Speakers and Grill kits

I/C Number :                          (x) Not Available
P O. Number:                          (x) Not Available

Service performed :   FRI              Inspection Date :     12-Oct - 2004
Inspection Location :   Sha Jing, Shen Zhen

REFERENCE SAMPLE PROVIDED :       By Principal ( For data measurement only )


## 1.0  SUMMARY OF INSPECTION RESULT :

| Model No | Quantity for inspection | AQL applied | Sample size | Overall result |
|---|---|---|---|---|
| SBS | 626pcs | According to Client instruction are using ANSI/ASQC Z1.4-1993, Single sampling plans for normal inspection ;

AQL = Level I letter code
Critical = Not allow
Major = 0.65
Minor = 1. 5 | 32 | Subject to Client's evaluation |
| SS | 218pcs | | 32 | Subject to Client's evaluation |
| SB | 262pcs | | 32 | Subject to Client's evaluation |

Note : Inspection result are defined as "Conformed" "Not conformed" "Not applicable" and "Subject to Client's evaluation"

## FOLLOW UP ACTIONS : ( as applicable )

Inspection certificate will be issued
Supplier advised shipment scheduled for _____
Manufacturer / supplier commented on inspection result as follow :_____
Please instruct regarding issuance of inspection certificate.

Page 1 of 5
CN-D-DPS.

The report is issued by the Company under its General Conditions for Inspection and Testing Services. (copy available upon request) The issuance of this report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations to the contrary are not binding on the Company. The Company's responsibility under the report is limited to proven negligence and will in no case be more than ten times the amount of the fees or commission. Except by special arrangement, samples, if drawn, will not be retained by the Company for more than three months.

19-AUG-2005  14:27   FROM  SUNFIELD.COM.CN        TO  0088672240520        P.04/23

# SGS

We sent you defective samples by ___ ___ AWB. No.: _____ _ on _____ Please advise your evaluation.

We recommend the following corrective action_____

Additional SGS service _____results due  by _____

## 2.0   SUMMARY OF INSPECTION CONTENTS

| Model No | Style / Material / Color | Workmanship / Visual / Function | Packing | Marking / label | Data measurement |
|---|---|---|---|---|---|
| SBS | Conformed | Pass AQL | Conformed | Conformed | Actual Finding |
| SS | Conformed | Pass AQL | Conformed | Conformed | Actual Finding |
| SB | Conformed | Pass AQL | Conformed | Conformed | Actual Finding |

## 3.0   WORKMANSHIP APPEARANCE / FUNCTION INSPECTION FINDINGS:
( As according to Client's instruction "Critical and Major defect" are not allow !
And "Minor defect" are just for repair and improvement mainly ! )

| Model No | Defect description | Critical | Major | Minor |
|---|---|---|---|---|
| SBS | Oil mark on side cabinet (13120) | 0 | 0 | 1 |
| SS | Poor painting on front cabinet (11558) | 0 | 0 | 1 |
| SB | Glue mark on side cabinet (13154) | 0 | 0 | 1 |

## 4.0   PACKING

| Model No | Export packing | Individual packing |
|---|---|---|
| SBS | 2 ply corrugated carton and sealed by gummed tapes | Each unit protected with polybag and foam, then packed into carton together with accessories bag ( 1 pc copper foot, 6 pcs rubber foot) User's guide and Warranty card. |
| SS | 2 ply corrugated carton and sealed by gummed tapes | Two speakers protected with polybag and foam, then packed into carton together with 1 accessories bag ( 8 pcs rubber foot), User's guide and Warranty card. |
| SB | 2 ply corrugated carton and sealed by gummed tapes | Two speakers protected with polybag and foam, then packed into carton together with 1 accessories bag  ( 8 pcs rubber foot), User's guide and Warranty card. |

## 5.0   MARKING / LABELING

| Model No | On Export carton |
|---|---|
| SBS | 1). Shipping mark |

Sapphire™

**SBS**

Two-way High Performance
Bookshelf Speakers

Quantity: Two

Page 2  of  6
CN-ID-OPS

This report is issued by the Company under its General Conditions for Inspection and Testing Services (copy available upon request). The Company draws attention to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this report is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this report does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Stipulations to the contrary are not binding on the Company. The Company's responsibility under this report is limited to proven negligence and will in no case be more than ten times the amount of the fees or commission. Except by special arrangement, samples, if drawn, will not be retained by the Company for more than three months.



**2). Side mark**

### HANDLE WITH CARE
*Designed and Engineered by Cary Christie
And Tom DeVesto*
Exclusive 1" Polycell Dome Sapphire Tweeter
Magnetically Shielded 5.25" coated paper
Cone midrange/woofer
Bass Reflex Design

Quantity:
Two Speakers
Premium Black Ash Vinyl

Shipping:
Wt: 21.5 lb
Vol: 1.8 cu ft

**Sapphire™**
RED HOT Blue!
One Broadway, Suite 600
Cambridge, Massachusetts 02142 USA
Www.SapphireAudio.com
Sapphire and the Sapphire logo are trademarks of Sapphire audio.
MADE IN CHINA

---

**SS**

**1). Shipping mark**

Sapphire™
**SS**
Two-way High Performance
Diffuse Surround Speakers

Quantity: Two

**2). Side mark**

### HANDLE WITH CARE
*Designed and Engineered by Cary Christie
and Tom DeVesto*
Exclusive 1" Polycell Dome Sapphire Tweeters
5.25" Aluminum Cone Midrange/ Woofer

Quantity:
Two Speakers
Premium Black Ash Vinyl
Shipping:
Wt: 40.3 lb
Vol: 2.6cu ft

**Sapphire™**
RED HOT Blue!
One Broadway, Suite 600
Cambridge, Massachusetts 02142 USA
www.SapphireAudio.com
Sapphire and the Sapphire logo are trademarks of Sapphire audio.
MADE IN CHINA

---

**SB**    **1). Shipping mark**

Page 1 of 5
GN-D-OPS-

This report is issued by the Company under its General Conditions for Inspection and Testing Services (copy available upon request). The issuance of this report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations to the contrary are not binding on the Company. The Company's responsibility under this report is limited to proven negligence and will in no case be more than ten times the amount of the fees or commission. Except by special arrangement samples, if drawn, will not be retained by the Company for more than three months.

# SGS

|  |  |
|---|---|
| | Sapphire™ |
| | **SB** |
| | Two-way High Performance |
| | Bookshelf Speakers |
| | |
| | Quantity: Two |

2). Side mark

**HANDLE WITH CARE**
Designed and Engineered by Cary Christie
And Tom DeVesta
Exclusive 1" Polycell Dome Sapphire Tweeter
5.25" Aluminum Cone Midrange / Woofer
magnetically Shielded
Bass Reflex Design

Quantity:
Two Speakers
Premium Black Ash Vinyl

Shipping:
Wt: 31.8 lb
Vol: 2.6 cu ft

**Sapphire™**
RED HOT Blue!
One Broadway, Suite 600
Cambridge, Massachusetts 02142 USA
Www.SapphireAudio.com
Sapphire and the Sapphire logo are trademarks of Sapphire audio.
MADE IN CHINA

## 6.0  DATA MEASUREMENT

| Model No | Data measurement |
|---|---|
| SBS | 1). AC Impedance curve found acceptable except defects shown in AQL. <br> 2). Speaker polarity check found acceptable except defects shown in AQL.. <br> 3). Buzz & Rattle check found acceptable except defects shown in AQL. <br> 4). 3pcs samples for actual installation check found acceptable. <br> 5). 1 pc rubber foot for "left mark test" found acceptable. |
| SS | 1). AC Impedance curve found acceptable except defects shown in AQL. <br> 2). Speaker polarity check found acceptable except defects shown in AQL.. <br> 3). Buzz & Rattle check found acceptable except defects shown in AQL.. <br> 4). 1 pc rubber foot for "left mark test" found acceptable. |
| SB | 1). AC Impedance curve found acceptable except defects shown in AQL. <br> 2). Speaker polarity check found acceptable except defects shown in AQL.. <br> 3). Buzz & Rattle check found acceptable except defects shown in AQL.. <br> 4). 1 pc rubber foot for "left mark test" found acceptable. |

This report is issued by the Company under its General Conditions for Inspection and Testing Services (copy available upon request). The attention of the report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations to the contrary are not binding on the Company. The Company's responsibility under this report is limited to proven negligence and will in no case be more than ten times the amount of the fees or commission. Except by special arrangement, samples, if drawn, will not be retained by the Company for more than three months.

19-AUG-2005  14:28  FROM  SUNFIELD.COM.CN          TO  0088672240520          P.07/23

# SGS

## 7.0  PROBLEM REMARKS / INFORMATIVE REMARKS

| Model No | Problem remark / informative remark |
|---|---|
| SC | Nil. |
| SS | Nil. |
| SB | Nil |

This report is issued by the Company under its General Conditions for Inspection and Testing Services (copy available upon request). The Issuance of this report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations to the contrary are not binding on the Company. The Company's responsibility under this report is limited to proven negligence and will in no case be more than ten times the amount of the fees or commission. Except by special arrangement, samples, if drawn, will not be retained by the Company for more than three months

19-AUG-2005  14:28  FROM  SUNFIELD.COM.CN          TO  0088672240520          P.08/23



2/F Oastar Building, Zhongkang Road, Shangmeilin, Shenzhen, China

Tele : (86 755) 83114358
Fax: (86 755) 83114354/ 83103194

# Inspection Report

Report Ref. No.:  SZXWT00098710

| To | : | Tivoli Audio, LLC | Fax / E-mail : | tivolicon@aol.com |
| Att | : | Tom Devesto | | |
| Cc | : | Sunfield Shenzhen | Fax / E-mail : | |
| Att | : | Peter Peng | | |
| From | : | Hanson Cai | Fax / E-mail : | Hanson_cai@sgs.com |
| SGS File No.: | | CN1US-061960 | Date: 10-Sep.-04 | SGS Registration No.: | CN1US-061960 |

Buyer :        Tivoli Audio, LLC
Agent :        N / A
Supplier :     Sunfield, TW
Manufacturer : Sunfield, Shen Zhen
Product description  Speakers and Grill kits

L/C Number :              (x)  Not Available
P.O. Number:              (x)  Not Available

Service performed :   FRI                Inspection Date :    10 – Sep. – 2004
Inspection Location :  Sha Jing, Shen Zhen

REFERENCE SAMPLE PROVIDED :        By Principal  ( For data measurement only )

1.0   SUMMARY OF INSPECTION RESULT :

| Model No | Quantity for inspection | AQL applied | Sample size | Overall result |
|---|---|---|---|---|
| ST1 | N/A | According to Client instruction are using ANSI/ASQC Z1.4- 1993, Single sampling plans for normal inspection AQL = Level I – according to letter code sample size only. Critical = Not allow Major  = 0.65 Minor  = 1.5 | N/A | N/A |
| ST2 | N/A | | N/A | N/A |
| ST3 | N/A | | N/A | N/A |
| SC MKII | 765 pcs (1 pc per carton) | | 32 | Subject to Client's evaluation |
| SS | 456 pcs (2pcs per carton) | | 32 | Subject to Client's evaluation |
| SB | N/A | | N/A | N/A |

Note: Inspection results are defined as "Conformed" Not conformed" "Not applicable" and "Subject to Client's Evaluation"

FOLLOW UP ACTIONS: (as applicable)
  Inspection certificate will be issued
  Supplier advised shipment scheduled for ____
  Manufacturer / supplier commented on inspection result as follow:____
  Please instruct regarding issuance of inspection certificate.
  We sent you defective samples by ___    AWB. No.: _____ on _____ Please advise your evaluation.

Page 1  of 7
CN D CPS

This report is issued by the Company under its General Conditions for Inspection and Testing Services (copy available upon request). The issuance of this report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale Stipulations. In the contrary are not binding on the Company. The Company's responsibility under this report is limited to proven negligence and will in no case be more than ten times the amount of the fees or commission Except by special arrangement, samples, if drawn, will not be retained by the Company for more than three months.

# SGS

We recommend the following corrective action _____

Additional SGS service _____ results due by _____

## 2.0 SUMMARY OF INSPECTION CONTENTS

| Model No | Style / Material / Color | Workmanship / Visual / Function | Packing | Marking / label | Data measurement |
|---|---|---|---|---|---|
| SS | Confirmed | Confirmed | Confirmed | Confirmed | Actual Finding |
| SC MKII | Confirmed | Confirmed | Confirmed | Veservation | Actual Finding |

## 3.0 WORKMANSHIP APPEARANCE / FUNCTION INSPECTION FINDINGS:
(As according to Client's Instruction "Critical and Major defect" are not allow ! And "Minor defects" are just for repair and Improvement mainly! )

| Model No | Defect description | Critical | Major | Minor |
|---|---|---|---|---|
| SS | Glue marks stain on front panel. (11822) | 0 | 0 | 1 |
| SC MKII | Dirty marks stain on front panel (12954) | 0 | 0 | 1 |

## 4.0  PACKING

| Model No | Export packing | Individual packing |
|---|---|---|
| SS | 2 ply corrugated carton and sealed by gummed tapes | Two speaker boxes protected with polybag and polyfoam, then packed into carton together with 1 accessories bag (8 pcs rubber foot), User's guide and Warranty card. |
| SC MKII | 2 ply corrugated carton and sealed by gummed tapes | Each unit protected with polybag and foam, then packed into carton together with 1 accessories bag (1 pc copper foot, 8 pcs rubber foot), User's guide and Warranty card. |

## 5.0  MARKING / LABELING

| Model No | On Export carton |
|---|---|
| SS | 1). Shipping mark<br><br>Sapphire™<br>SS<br>Two-way High per formance<br>Diffuse Surround Speaker<br><br>Quantity: Two<br><br>2). Side mark<br><br>**HANDLE WITH CARE**<br>Designed and Engineered by Cary Christie and Tom DeVesto<br>Exclusive 1" Polycell Dome Sapphire Tweeter<br>5.25" Aluminum Cone Midrange/Woofer<br>Quantity:<br>Two SpeakersPremium black Ash Vinyl<br>(barcode:  Sapphire SS  8 31623 01611 2) |



Page 3 of 4
CN D OPS

This report is issued by the Company under its General Conditions for Inspection and Testing Services (copy available upon request). The issuance of this report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations to the contrary are not binding on the Company. The Company's responsibility under this report is limited to proven negligence and will in no case be more than ten times the amount of the fees of commission. Except by special arrangement, samples if drawn, will not be retained by the Company for more than three months.

# SGS

| | |
|---|---|
| | Shipping:<br>Wt: 40.3 lb<br>Vol: 2.6 cu ft<br>**Sapphire**™<br>RED HOT Blue!<br>One Broadway, Suite 600<br>Cambridge, Massachusetts 02142 USA<br>www.SapphireAudio.com<br>Sapphire and the Sapphire logo are trademarks of Sapphire Audio.    MADE IN CHINA |
| SC MKII<br>(new<br>version) | 1). Shipping mark<br><br>Sapphire™<br>**SC MKII**<br>High Performance<br>Two-way Center Channel<br><br>Quantity. One<br><br>2). Side mark<br><br>**HANDLE WITH CARE**<br>Designed and Engineered by Cary Christie and Tom DeVesto<br>Exclusive 1" Sapphire Polycell Dome Tweeter<br>2X5.25" Aluminum Cone Midrange/Woofers<br>Magnetically Shielded<br>Bass Reflex Design<br>Adjustable Center Foot<br>Grille Included<br>MADE IN CHINA<br><br>Quantity:<br>Two Speakers<br>Premium Black Ash Vinyl<br>(barcode: Sapphire SC  6 31623 01511 5)<br><br>Shipping:<br>Wt: 24.6 lb<br>Vol: 2.1 cu ft<br><br>**Sapphire**™<br>RED HOT Blue!<br>One Broadway, Suite 600<br>Cambridge, Massachusetts 02142 USA<br>www.SapphireAudio.com<br>Sapphire and the Sapphire logo are trademarks of Sapphire audio |
| SC MKII<br>(stuck label<br>version) | 1). Shipping mark<br><br>Sapphire™<br>**SC**<br>Two-way High Performance Center Channel<br>**MKII**<br>Quantity: One<br><br>2). Side mark<br><br>**HANDLE WITH CARE**<br>Designed and Engineered by Cary Christie and Tom DeVesto<br>Exclusive 1" Sapphire Polycell Dome Tweeter<br>2X5.25" Aluminum Cone Midrange/Woofers<br>Magnetically Shielded |

Page 3  37  7
CN-D-OP3.

This report is issued by the Company under its General Conditions for Inspection and Testing Services (copy available upon request). This report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations to the contrary are not binding on the Company. The Company's responsibility under this report is limited to proven negligence and will in no case be more than ten times the amount of the fees or commission. Except by special arrangement, samples, if drawn, will not be retained by the Company for more than three months

# SGS

Bass Reflex Design
Adjustable Center Foot
Acoustically matched for use with Sapphire ST1, ST2, ST3, or SB models

MADE IN CHINA

MKII:
Quantity:
Premium Black Ash Vinyl
(barcode  Sapphire SC  8 31623 01517 5)

Shipping:
Wt: 24.6  lb
Vol: 2.1 cu ft

**Sapphire™**
RED HOT Blue!
One Broadway, Suite 600
Cambridge, Massachusetts 02142 USA
www.SapphireAudio.com
Sapphire and the Sapphire logo are trademarks
of Sapphire Audio

## 6.0   DATA MEASUREMENT

| Model No | Data measurement |
|---|---|
| SS | 1). AC Impedance curve found acceptable except defects shown in AQL.<br>2). Speaker polarity check found acceptable except defects shown in AQL..<br>3). Buzz & Rattle check found acceptable except defects shown in AQL.<br>4). 3pcs samples for actual installation check found acceptable.<br>5). 1 pc rubber foot for "left mark test" found acceptable. |
| SC MKII | 1). AC Impedance curve found acceptable except defects shown in AQL.<br>2). Speaker polarity check found acceptable except defects shown in AQL..<br>3). Buzz & Rattle check found acceptable except defects shown in AQL.<br>4). 3pcs samples for actual installation check found acceptable.<br>5). 1 pc rubber foot for "left mark test" found acceptable. |

## 7.0   PROBLEM REMARKS / INFORMATIVE REMARKS

| Model No | Problem remark / Informative remark |
|---|---|
| SS | Manfactory only provided 456 pcs of goods for inspection during intervention. Which did not conform to the P/O Qty: 500 pcs. |
| SC MKII | SC model for inspection reference only.<br>Manfactory only provided 765 pcs of goods for inspection during intervention. Which did not conform to the P/O Qty: 900 pcs.<br>Some cartons were found "MKII" labels stuck on carton. That is SC model revised version. (detail refer to digital photo) |

Page 4  of  4
CN.O-OPS.

This report is issued by the Company under its General Conditions for Inspection and Testing Services (copy available upon request). The issuance of this report does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations to the contrary are not binding on the Company. The Company's responsibility under this report is limited to proven negligence and will in no case be more than ten times the amount of the fees or commission. Except by special arrangement, samples, if drawn, will not be retained by the Company for more than three months.

19-AUG-2005  14:34  FROM  SUNFIELD.COM.CN          TO  0088672240520          P.23/23


# SGS

2/F Oastar Building, Zhongkang Road, Shangmeilin, Shenzhen, China
Tel.: (86 755) 83114358
Fax: (86 755) 83114354/ 83103194

## Inspection Report

Report Ref. No.:   SZXWT00075692

| To | : | Tivoli Audio, LLC | Fax / E-mail : | tivolicon@aol.com |
|---|---|---|---|---|
| Att | : | Tom Devesto | | |
| Cc | : | Sunfield Shenzhen | Fax / E-mail : | |
| Att | : | Peter Peng | | |
| From | : | Hanson Cai | Fax / E-mail : | Hanson_cai@sgs.com |
| SGS File No.: | CN1US-047843 | Date: 03-Mar-04 | SGS Registration No.: | |

Buyer :
Agent :                    N / A
Supplier :                 Sunfield, TW
Manufacturer :             Sunfield, Shen Zhen
Product description:       Speakers and Grill kits

L/C Number :               _____   (x)  Not Available
P.O. Number:               _____   (x)  Not Available

Service performed  :   FRI                  Inspection Date :      03 - Mar. - 2004
Inspection Location :  Sha Jing, Shen Zhen

REFERENCE SAMPLE PROVIDED :          By Principal  ( For data measurement only )

## 1.0   SUMMARY OF INSPECTION RESULT :

| Model No | Quantity for inspection | AQL applied | Sample size | Overall result |
|---|---|---|---|---|
| ST1 | 175X2 pcs (1pc/carton) | According to Client instruction are using ANSI/ASQC Z1.4- 1993, Single sampling plans for normal inspection | 20 pcs | Pass AQL |
| ST2 | N/A | | N/A | N/A |
| ST3 | 70X2 pcs (1pc/carton) | | 8 pcs | Pass AQL |
| SC | 250 pcs (1pc/carton) | AQL = Level I – according to letter code sample size only. | 13 pcs | Pass AQL |
| SB | 35X2 pcs (2pcs/carton) | Critical = Not allow Major  = 0.65 | 5 pcs | Pass AQL |
| SS | 95X2 pcs (2pcs/carton) | Minor = 1.5 | 13 pcs | Pass AQL |

Note: Inspection results are defined as "Conformed" Not conformed" "Not applicable" and "Subject to Client's Evaluation"

FOLLOW UP ACTIONS: ( as applicable )
☐ Inspection certificate will be issued
☐ Supplier advised shipment scheduled for _____
☐ Manufacturer / supplier commented on inspection result as follow: _____
☐ Please instruct regarding issuance of inspection certificate.
☐ We sent you defective samples by _____ AWB. No.: _____ on _____ Please advise your evaluation.

Page 1  of 7
CN-D-OPS-