## CERTIFICATE OF SERVICE

I, William O. LaMotte, III, hereby certify that I have this 23rd day of November, 2005, caused the foregoing document to be served by electronic filing on counsel for the Plaintiffs:

>William R. Firth, III, Esquire
>Edwards & Angell, LLP
>919 North Market Street, Suite 1500
>Wilmington, DE 09801

_____
William O. LaMotte, III (#460)