# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUNFIELD ENTERPRISE CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> SAPPHIRE AUDIO, LLC, <br><br> Defendant. | Civ. No. 05-685-SLR |

## WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of William R. Firth, III of Edwards Angell Palmer & Dodge LLP (formerly Edwards & Angell LLP) on behalf of Plaintiff, Sunfield Enterprise Corporation.

Dated: December 7, 2005

EDWARDS ANGELL PALMER & DODGE LLP

   /s/  William R. Firth, III
William R. Firth, III (DE I.D. 4356)
919 North Market Street, Suite 1500
Wilmington, DE 19801
302.777.7770
302.777.7263 (fax)

*Attorney for Sunfield Enterprise Corporation*