## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the Withdrawal of Appearance of

William R. Firth, III was mailed today with postage prepaid to:

> William O. LaMotte, III
> Morris Nichols Arsht & Tunnell
> 1201 North Market Street
> P.O. Box 1347
> Wilmington, DE 19899-1347
>
> Thomas J. Sartory
> Patrick M. Curran, Jr.
> Goulston & Storrs, P.C.
> 400 Atlantic Avenue
> Boston, MA 02110-3333

>    /s/  Mark D. Olivere
> Mark D. Olivere (DE I.D. 4291)
>
> *Attorney for Sunfield Enterprise Corporation*

Dated:  December 7, 2005