IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUNFIELD ENTERPRISE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SAPPHIRE AUDIO, LLC,<br><br>Defendant. | Civ. No. 05-685-SLR |

**ENTRY OF APPEARANCE**

Please enter the appearance of Mark D. Olivere of Edwards Angell Palmer & Dodge LLP on behalf of Plaintiff, Sunfield Enterprise Corporation.

Dated: December 7, 2005

                                          EDWARDS ANGELL PALMER &
                                          DODGE LLP

                                          /s/ Mark D. Olivere
                                        Mark D. Olivere (DE I.D. 4291)
                                        919 North Market Street, Suite 1500
                                        Wilmington, DE 19801
                                        302.777.7770
                                        302.777.7263 (fax)
                                        molivere@eapdlaw.com

                                        *Attorney for Sunfield Enterprise Corporation*