## **CERTIFICATE OF SERVICE**

I declare under penalty of perjury that a copy of the Entry of Appearance of Mark D. Olivere was mailed today with postage prepaid to:

>William O. LaMotte, III
>Morris Nichols Arsht & Tunnell
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899-1347
>
>Thomas J. Sartory
>Patrick M. Curran, Jr.
>Goulston & Storrs, P.C.
>400 Atlantic Avenue
>Boston, MA 02110-3333

>/s/ Mark D. Olivere
>Mark D. Olivere (DE Bar No. 4291)
>
>*Attorney for Sunfield Enterprise Corporation*

Dated: December 7, 2005