IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUNFIELD ENTERPRISE CORPORATION,<br><br>          Plaintiff,<br><br>    v.<br><br>SAPPHIRE AUDIO LLC,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 05-CV-685<br>)<br>)<br>)<br>)<br>) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE
### (Steven M. Cowley and Jason L. Zanetti)

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Steven M. Cowley and Jason L. Zanetti of the law firm of Edwards Angell Palmer & Dodge LLP, 101 Federal Street, Boston, Massachusetts 02110 to represent Plaintiff SUNFIELD ENTERPRISE CORPORATION in this action.

Dated: December 12, 2005
Wilmington, Delaware

EDWARDS ANGELL PALMER & DODGE LLP

_/s/ Mark D. Olivere_
Mark D. Olivere (No. 4291)
919 N. Market Street, Suite 1500
Wilmington, DE 19801
(302) 777-7770
(302) 777-7263 Facsimile
molivere@eapdlaw.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice for Steven M. Cowley and Jason L. Zanetti is granted.

_____
J.

Dated:_____