IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUNFIELD ENTERPRISE CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>SAPPHIRE AUDIO LLC,<br><br>    Defendant. | )<br>)<br>)<br>)<br>) C.A. No. 05-CV-685<br>)<br>)<br>)<br>) |

### CERTIFICATE OF SERVICE

I, Mark D. Olivere, hereby certify that on this 12th day of December, 2005, I caused a true and correct copy of the **Motion and Order For Admission Pro Hac Vice (Steven M. Cowley and Jason L. Zanetti)** to be served on the following parties in the manner indicated:

**VIA HAND-DELIVERY**
William O. LaMotte, III
Morris Nichols Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

**VIA FIRST CLASS U.S. MAIL**
Thomas J. Sartory
Patrick M. Curran, Jr.
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333

_____
Mark D. Olivere (I.D. # 4291)

WLM_503480_1/MOLIVERE