IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SUNFIELD ENTERPRISE CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 05-CV-685 |
| v. | ) ) ) | |
| SAPPHIRE AUDIO LLC, | ) ) | |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

I, Mark D. Olivere, hereby certify that on this 13th day of December, 2005, I caused a true and correct copy of the Sunfield Enterprise Corporation's Answer And Affirmative Defenses To Sapphire Audio LLC's Counterclaim to be served on the following parties in the manner indicated:

**VIA HAND-DELIVERY**
William O. LaMotte, III
Morris Nichols Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

**VIA FIRST CLASS U.S. MAIL**
Thomas J. Sartory
Patrick M. Curran, Jr.
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333

_____
Mark D. Olivere (I.D. # 4291)