IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| SUNFIELD ENTERPRISE CORPORATION,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>SAPPHIRE AUDIO LLC<br><br>    Defendant/Counterclaim Plaintiff. | C.A. No. 05-CV-685 |

## DEFENDANT/COUNTERCLAIM PLAINTIFF SAPPHIRE AUDIO LLC'S MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Thomas J. Sartory and Patrick M. Curran, Jr. in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL

_____
William O. LaMotte III (#460)
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 North Market Street
18th Floor
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200

Attorneys for Defendant/Counterclaim Plaintiff Sapphire Audio LLC

Dated: January 6, 2006

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: January __, 2006         _____
                                United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUNFIELD ENTERPRISE CORPORATION,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>SAPPHIRE AUDIO LLC<br><br>    Defendant/Counterclaim Plaintiff. | C.A. No. 05-CV-685 |

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of Massachusetts, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Signed: *[signature]*
Thomas J. Sartory
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA 02110
(617) 482-1776

Dated: January 5, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| SUNFIELD ENTERPRISE CORPORATION, )<br>)<br>Plaintiff/Counterclaim Defendant, )<br>)<br>v. )<br>)<br>SAPPHIRE AUDIO LLC )<br>)<br>Defendant/Counterclaim Plaintiff. ) | C.A. No. 05-CV-685 |

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of Massachusetts and the Bar of the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Signed: /s/ Patrick M. Curran, Jr.
Patrick M. Curran, Jr.
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA 02110
(617) 482-1776

Dated: January 5, 2006

## CERTIFICATE OF SERVICE

I, William O. LaMotte III, hereby certify that I have this 6th day of January, 2006, caused the foregoing document to be served by electronic filing on counsel for the Plaintiff:

>William R. Firth, III
>Edwards & Angell, LLP
>919 North Market Street, Suite 1500
>Wilmington, DE 09801

William O. LaMotte III (#460)