# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

William O. LaMotte, III
302 575 7288
302 425 3019 Fax
wlamotte@mnat.com

January 6, 2006

**VIA HAND DELIVERY and ELECTRONIC FILING**

Honorable Sue L. Robinson
Chief Judge
U. S. District Court of Delaware
844 North King Street
Lock Box 31
Wilmington, DE  19801

      Re:   Sunfield Enterprise Corporation v. Sapphire Audio LLC, C. A. No. 05-CV-685

Dear Chief Judge Robinson:

Enclosed is a joint, proposed Scheduling Order submitted by the parties in connection with the telephonic scheduling conference fixed for Tuesday, January 10, 2006, at 8:30 a.m.

Respectfully,

William O. LaMotte, III (#460)

WOL/gjc
Enclosure

cc:   Clerk of the Court
      Thomas J. Sartory, Esq. (by e-mail, w/enc.)
      Patrick M. Curran, Jr., Esq. (by e-mail, w/enc.)
      Steven M. Cowley, Esq. (by e-mail, w/enc.)
      Mark D. Olivere, Esq. (by e-filing, w/enc.)