# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| SUNFIELD ENTERPRISE CORPORATION, ) ) ) ) Plaintiff/Counterclaim Defendant, ) ) v. ) ) SAPPHIRE AUDIO LLC ) ) Defendant/Counterclaim Plaintiff. ) ) | C.A. No. 05-CV-685 |

## NOTICE OF SERVICE

The undersigned counsel for Defendant / Counterclaim Plaintiff Sapphire Audio LLC hereby certify that copies of Defendant / Counterclaim Plaintiff Sapphire Audio LLC's **Initial Disclosures Pursuant To Fed. R. Civ. P.26(a)(1)** were served upon Plaintiff's counsel in the manner indicated below:

### BY HAND DELIVERY

Mark D. Olivere, Esq. (#4291)
EDWARDS, ANGELL, PALMER & DODGE LLP
919 North Market Street, Suite 1500
Wilmington, DE 19801

### BY FACSIMILE AND FIRST CLASS MAIL

Steven M. Cowley, Esq.
Jason L. Zanetti, Esq.
EDWARDS, ANGELL, PALMER & DODGE LLP
101 Federal Street
Boston, MA 02110
617.439.4170 (Fax – Cowley)
617.439.4170 (Fax – Zanetti)

**SAPPHIRE AUDIO LLC**

By its attorneys,


   */s/ William O. Lamotte III*
William O. LaMotte III (#460)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Chase Manhattan Centre, 18th Floor
1201 North Market Street
Wilmington, DE 19899
Tel. (302) 658-9200
Fax. (302) 658-3989

-and-

Thomas J. Sartory (admitted *pro hac vice*)
Patrick M. Curran, Jr. (admitted *pro hac vice*)
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA  02110-3333
Tel. (617) 482-1776
Fax. (617) 574-7538

Dated:  February 7, 2006