IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUNFIELD ENTERPRISE CORPORATION, </br></br> Plaintiff, </br></br> v. </br></br> SAPPHIRE AUDIO LLC, </br></br> Defendant. | ) </br> ) </br> ) </br> ) </br> ) </br> ) C.A. No. 05-CV-685 </br> ) </br> ) </br> ) </br> ) |

### NOTICE OF SERVICE

I, Mark D. Olivere, hereby certify that on this 7th day of February, 2006, I caused a true and correct copy of

**SUNFIELD CORPORATION'S
RULE 26(a) INITIAL DISCLOSURES**

to be served on the following counsel in the manner indicated:

**VIA HAND-DELIVERY**
William O. LaMotte, III
Morris Nichols Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

**VIA FIRST CLASS U.S. MAIL**
Thomas J. Sartory
Patrick M. Curran, Jr.
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333

_____
Mark D. Olivere (I.D. # 4291)