
goulston&storrs
counsellors at law

Thomas J. Sartory
(617) 574-6411 Tel
(617) 574-7632 Fax

February 6, 2006

BY FIRST CLASS MAIL

The Honorable Sue L. Robinson
Chief Judge
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

Re:   *Sunfield Enterprise Corp. v. Sapphire Audio LLC*, Case No. 05-CV-685 (D. Del.)

Dear Chief Judge Robinson:

As you may recall, the Court held a telephonic scheduling conference in this action on January 10, 2006. During the conference, I advised the Court that the defendant, Sapphire Audio LLC ("Sapphire"), contemplated filing a Motion to Transfer the action to the District of Massachusetts. Please be advised that, upon further reflection, Sapphire has determined not to file such a motion.

Thank you.

Respectfully,

Thomas J. Sartory

cc (by mail):   The Honorable Mary Pat Thynge, U.S. Magistrate Judge
Clerk of the Court
Mark D. Olivere, Esq.
Steven M. Cowley, Esq.
William O. LaMotte III, Esq.
Geoffrey A. Sawyer III, Esq.