## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 6, 2006, copies of the foregoing **Letter** informing the Court that a motion to transfer will not be filed was served upon counsel of record in the manner indicated below:

### BY FIRST CLASS MAIL

Mark D. Olivere, Esq. (#4291)
Edwards, Angell, Palmer & Dodge LLP
919 North Market Street, Suite 1500
Wilmington, DE 19801

Steven M. Cowley, Esq.
Jason L. Zanetti, Esq.
Edwards, Angell, Palmer & Dodge LLP
101 Federal Street
Boston, MA 02110

  /s/ Geoffrey A. Sawyer III (#4754)

Dated: February 10, 2006