IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUNFIELD ENTERPRISE CORPORATION,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>SAPPHIRE AUDIO LLC<br><br>    Defendant/Counterclaim Plaintiff. | C.A. No. 05-CV-685 |

## NOTICE OF SERVICE

The undersigned counsel for Defendant / Counterclaim Plaintiff Sapphire Audio LLC hereby certify that copies of Defendant / Counterclaim Plaintiff Sapphire Audio LLC's **Supplemental Disclosures Pursuant To Fed. R. Civ. P.26(a)(1)** were served upon Plaintiff's counsel in the manner indicated below:

### BY HAND DELIVERY

Mark D. Olivere, Esq. (#4291)
EDWARDS, ANGELL, PALMER & DODGE LLP
919 North Market Street, Suite 1500
Wilmington, DE 19801

### BY FIRST CLASS MAIL

Steven M. Cowley, Esq.
Jason L. Zanetti, Esq.
EDWARDS, ANGELL, PALMER & DODGE LLP
101 Federal Street
Boston, MA 02110

SAPPHIRE AUDIO LLC

By its attorneys,


  */s/ William O. LaMotte III*
William O. LaMotte III (#460)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Chase Manhattan Centre, 18th Floor
1201 North Market Street
Wilmington, DE 19899
Tel. (302) 658-9200
Fax. (302) 658-3989

-and-

Thomas J. Sartory (admitted *pro hac vice*)
Patrick M. Curran, Jr. (admitted *pro hac vice*)
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333
Tel. (617) 482-1776
Fax. (617) 574-7538

Dated: March 27, 2006