# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUNFIELD ENTERPRISE CORPORATION, ) ) ) Plaintiff/Counterclaim ) Defendant, ) v. ) ) SAPPHIRE AUDIO LLC, ) ) Defendant/Counterclaim ) Plaintiff. ) | C.A. No. 05-CV-685 |

## NOTICE OF SERVICE

I, Mark D. Olivere, hereby certify that on this 28th day of March, 2006, I caused a true and correct copy of

**FIRST REQUEST OF PLAINTIFF AND DEFENDANT-IN-COUNTERCLAIM SUNFIELD ENTERPRISE CORPORATION FOR THE PRODUCTION OF DOCUMENTS**

to be served on the following counsel in the manner indicated:

**VIA HAND-DELIVERY**
William O. LaMotte, III
Morris Nichols Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

**VIA FIRST CLASS U.S. MAIL**
Thomas J. Sartory
Patrick M. Curran, Jr.
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333

    /s/ Mark D. Olivere
    Mark D. Olivere (I.D. # 4291)