## CERTIFICATE OF SERVICE

I, Mark D. Olivere, hereby certify that on this 28th day of March, 2006, I caused a true and correct copy of the foregoing **NOTICE OF SERVICE** to be served on the following parties in the manner indicated:

| **VIA HAND-DELIVERY** | **VIA FIRST CLASS U.S. MAIL** |
|---|---|
| William O. LaMotte, III | Thomas J. Sartory |
| Morris Nichols Arsht & Tunnell | Patrick M. Curran, Jr. |
| 1201 North Market Street | Goulston & Storrs, P.C. |
| P.O. Box 1347 | 400 Atlantic Avenue |
| Wilmington, DE 19899-1347 | Boston, MA 02110-3333 |

　　　　　　　　　　　　　　　　　　　　 /s/ Mark D. Olivere
　　　　　　　　　　　　　　　　　　　Mark D. Olivere (I.D. # 4291)