## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 28, 2006, copies of the foregoing **Notice of Service** was served upon counsel of record in the manner indicated below:

### BY HAND DELIVERY

Mark D. Olivere, Esq. (#4291)
EDWARDS, ANGELL, PALMER & DODGE LLP
919 North Market Street, Suite 1500
Wilmington, DE 19801

### BY FIRST CLASS MAIL

Steven M. Cowley, Esq.
Jason L. Zanetti, Esq.
EDWARDS, ANGELL, PALMER & DODGE LLP
101 Federal Street
Boston, MA 02110

Geoffrey A. Sawyer III (#4754)

Dated: April 28, 2006