## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUNFIELD ENTERPRISE CORPORATION, : : : | |
| Plaintiff/Counterclaim Defendant, : : : | |
| v. : | Civil Action No. 05-685-SLR |
| SAPPHIRE AUDIO LLC : : : | |
| Defendant/Counterclaim Plaintiff. : | |

## ORDER

At Wilmington this **3rd** day of **October, 2006**,

IT IS ORDERED that the in-person mediation conference scheduled for Thursday, October 12, 2006 at 9:00 a.m. shall now be by **teleconference. Plaintiff's counsel shall organize the teleconference call.** Submissions of the parties are not required. However, the Court will need the pertinent documents upon which each party relies for the mediation. If either party should desire to submit a statement, the statement may be emailed to Judge Thynge in pdf format. All other provisions of the Court's March 8, 2006 Order shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE