IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUNFIELD ENTERPRISE CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>SAPPHIRE AUDIO LLC,<br><br>    Defendant | Civil Action No. 05-CV-685 |

## ORDER

AND NOW, this ____ day of _____, 2006, upon consideration of the joint request of Plaintiff, Sunfield Enterprise Corporation, and the Defendant, Sapphire Audio LLC, that the Court issue an Order Extending the Discovery Deadline from November 8, 2006, to February 1, 2007, it is hereby ORDERED that the Motion is GRANTED and the discovery deadline is extended to February 1, 2007.

BY THE COURT:

_____
Chief Judge Sue L. Robinson

_506747_1.DOC/