IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUNFIELD ENTERPRISE CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>SAPPHIRE AUDIO LLC,<br><br>    Defendant | Civil Action No. 05-CV-685 |

### CERTIFICATE OF SERVICE

I, Mark D. Olivere, hereby certify that on this 30th day of October, 2006, I caused a true and correct copy of the foregoing **JOINT MOTION TO EXTEND DISCOVERY DEADLINE** to be served on the following parties in the manner indicated:

**VIA HAND-DELIVERY**
William O. LaMotte, III
Morris Nichols Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

**VIA FIRST CLASS U.S. MAIL**
Thomas J. Sartory
Patrick M. Curran, Jr.
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333

/s/ Mark D. Olivere
Mark D. Olivere (I.D. # 4291)

_506748_1.DOC/