IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUNFIELD ENTERPRISE CORPORATION, <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> SAPPHIRE AUDIO, LLC, <br><br> Defendant/Counterclaim Plaintiff. | Civil Action No. 05-CV-685 |

## NOTICE OF RULE 30(B)(6) DEPOSITION

Please take notice that pursuant to Fed. R. Civ. P. 30(b)(6), Sunfield Enterprise Corporation ("Sunfield") will take the deposition upon oral examination of one or more persons designated by Sapphire Audio, LLC ("Sapphire") to testify as to matters known or reasonably available to Sapphire with respect to the subjects described in the attached Schedule A. The deposition will be taken before a notary public or other person authorized to administer oaths. The deposition will begin at 10 a.m. on January 31, 2007 at the offices of Edwards Angell Palmer & Dodge LLP, 111 Huntington Avenue, Boston, MA, 02199. The examination will continue from day to day until completed.

_507744_1.DOC/

- 2 -

January 23, 2007  EDWARDS ANGELL PALMER & DODGE LLP

_/s/ Mark D. Olivere_
Mark D. Olivere (Del. No. 4291)
919 North Market Street, Suite 1500
Wilmington, DE 19801
302.777.7770 (Phone)
302.777.7263 (Fax)
molivere@eapdlaw.com
-and-

Steven M. Cowley
Jason L. Zanetti
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199
(617) 239-0100

Counsel for Plaintiff and Defendant-in-Counterclaim Sunfield Enterprise Corporation