IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUNFIELD ENTERPRISE CORPORATION, )<br>)<br>)<br>Plaintiff/Counterclaim )<br>Defendant, )<br>)<br>v. )<br>)<br>SAPPHIRE AUDIO, LLC, )<br>)<br>Defendant/Counterclaim )<br>Plaintiff. ) | Civil Action No. 05-CV-685 |

## CERTIFICATE OF SERVICE

I, Mark D. Olivere, hereby certify that on this 24th day of January 2007, I caused a true

and correct copy of the foregoing **NOTICE OF RULE 30(B)(6) DEPOSITION** to be served on

the following parties in the manner indicated:

**VIA HAND-DELIVERY**
William O. LaMotte, III
Morris Nichols Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

**VIA FIRST CLASS U.S. MAIL**
Thomas J. Sartory
Patrick M. Curran, Jr.
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333

 /s/ Mark D. Olivere
Mark D. Olivere (I.D. # 4291)