IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUNFIELD ENTERPRISE CORPORATION,<br><br>      Plaintiff,<br><br>v.<br><br>SAPPHIRE AUDIO LLC,<br><br>      Defendant. | C.A. No. 05-CV-685 |

## Order

AND NOW, this _____ day of _____, 2007, upon consideration of the unopposed motion of the Defendant, Sapphire Audio LLC, requesting that the Court issue an Order Extending the Discovery Deadline from February 1, 2007, to February 15, 2007, it is hereby ORDERED that the Motion is GRANTED and the discovery deadline is extended to February 15, 2007.

BY THE COURT:

_____
Chief Judge Sue L. Robinson