IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUNFIELD ENTERPRISE CORPORATION,<br><br>        Plaintiff,<br><br>v.<br><br>SAPPHIRE AUDIO LLC,<br><br>        Defendant. | C.A. No. 05-CV-685 |

### Certificate of Service

I, Geoffrey A. Sawyer, III, hereby certify that on this 31st day of January, 2007, I caused a true and correct copy of the foregoing **UNOPPOSED MOTION TO EXTEND DISCOVERY DEADLINE** to be served on the following parties in the manner indicated below:

**BY HAND DELIVERY**

Mark D. Olivere, Esq. (#4291)
EDWARDS, ANGELL, PALMER & DODGE LLP
919 North Market Street, Suite 1500
Wilmington, DE 19801

**BY FIRST CLASS MAIL**

Steven M. Cowley, Esq.
Jason L. Zanetti, Esq.
EDWARDS, ANGELL, PALMER & DODGE LLP
101 Federal Street
Boston, MA 02110

/s/ *Geoffrey A. Sawyer, III*
_____
Geoffrey A. Sawyer III (#4754)

Dated: January 31, 2007