IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUNFIELD ENTERPRISE CORPORATION,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>SAPPHIRE AUDIO LLC<br><br>    Defendant/Counterclaim Plaintiff. | C.A. No. 05-CV-685 |

## NOTICE OF ENTRY OF APPEARANCE

Please enter the appearance of Geoffrey A. Sawyer III of Morris Nichols Arsht & Tunnell LLP on behalf of Defendant / Counterclaim Plaintiff Sapphire Audio LLC.

Dated: January 31, 2007

                                                       MORRIS NICHOLS ARSHT & TUNNELL LLP

                                                       /s/ Geoffrey A. Sawyer III
                                                       Geoffrey A. Sawyer III (#4754)
                                                       1201 N. Market Street
                                                       P.O. Box 1347
                                                       Wilmington, DE 19899-1347
                                                       (302) 658-9200
                                                       (302) 498-6221 (fax)
                                                       gsawyer@mnat.com

                                                         *Attorney for Defendant / Counterclaim*
                                                         *Plaintiff Sapphire Audio LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 31, 2007, a copy of the foregoing **ENTRY OF APPEARANCE** was served upon counsel of record in the manner indicated below:

### BY HAND DELIVERY

Mark D. Olivere, Esq. (#4291)
EDWARDS, ANGELL, PALMER & DODGE LLP
919 North Market Street, Suite 1500
Wilmington, DE 19801

### BY FIRST CLASS MAIL

Steven M. Cowley, Esq.
Jason L. Zanetti, Esq.
EDWARDS, ANGELL, PALMER & DODGE LLP
101 Federal Street
Boston, MA 02110

_____
Geoffrey A. Sawyer III (#4754)

Dated: January 31, 2007