# EDWARDS ANGELL PALMER & DODGE LLP

919 North Market Street   Wilmington, DE  19801   302.777.7770   *fax* 302.777.7263   eapdlaw.com

Mark Olivere
302.425.7104
*fax* 888.325.7274
molivere@eapdlaw.com

March 6, 2007

**BY ELECTRONIC FILING AND**
**HAND DELIVERY**

The Honorable Sue L. Robinson
Chief Judge
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE  19801

     Re:   *Sunfield Enterprise Corp. v. Sapphire Audio LLC*, Case No. 05-CV-685

Dear Chief Judge Robinson:

The parties are pleased to inform the Court that they have reached settlement in principle in the above-referenced matter. However, pursuant to the terms of the agreement, the settlement will not become final until ninety-one (91) days after the settlement payment from Sapphire clears into Sunfield's bank account. As the Court is aware, a pre-trial conference is currently scheduled in this matter on March 7, 2007, with a seven day jury trial commencing on March 19, 2007. Accordingly, the parties have entered into a Joint Stipulation to Stay Litigation (the "Stipulation"), which will be filed with the Court upon confirmation of receipt of the settlement payment.

The parties respectfully request that the Court approve the Stipulation, staying all claims alleged in the action for ninety-one (91) days from entry of an Order approving the Stipulation, and providing that the parties will update the Court on or about the ninety-second (92) day regarding the status of the case.

All counsel are available for a telephonic status conference if the Court so desires.

Respectfully Submitted,

*/s/ Mark D. Olivere*

Mark D. Olivere

cc: Clerk of the Court
    Thomas J. Sartory, Esq.
    Patrick M. Curran, Esq.
    William O. LaMotte, Esq.
    Geoffrey A. Sawyer III, Esq.
    Steven M. Cowley, Esq.
    Jason L. Zanetti, Esq.