IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUNFIELD ENTERPRISE CORPORATION,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>SAPPHIRE AUDIO, LLC,<br><br>    Defendant/Counterclaim Plaintiff. | Civil Action No. 05-CV-685 |

## JOINT STIPULATION TO STAY LITIGATION

Sunfield Enterprise Corporation and Sapphire Audio, LLC (collectively, the "Parties") hereby stipulate (the "Stipulation"), subject to approval of the Court, that all claims in the above-captioned matter shall be stayed for ninety-one (91) days from entry of an Order approving this Stipulation. On or about the ninety-second day, counsel for the Parties shall provide the Court with written notice regarding the status of the case.

| | |
|---|---|
| MORRIS NICHOLS ARSHT & TUNNELL LLP | EDWARDS ANGELL PALMER & DODGE LLP |
| /s/ Geoffrey A. Sawyer, III<br>William O. LaMotte III (No. 460)<br>Geoffrey A. Sawyer, III (No. 4754)<br>Chase Manhattan Centre, 18th Floor<br>1201 North Market Street<br>Wilmington, DE 19899<br>(302) 658-9200 (Phone)<br>(302) 658-3989 (Fax)<br>wlamotte@mnat.com<br><br>-and- | /s/ Mark D. Olivere<br>Mark D. Olivere (No. 4291)<br>919 North Market Street, Suite 1500<br>Wilmington, DE 19801<br>302.777.7770 (Phone)<br>302.777.7263 (Fax)<br>molivere@eapdlaw.com<br><br>-and- |

- 2 -

| | |
|---|---|
| Thomas J. Sartory<br>Patrick M. Curran, Jr.<br>GOULSTON & STORRS, P.C.<br>400 Atlantic Avenue<br>Boston, MA  02110-3333<br>(617) 482-1776<br><br>Attorneys for Defendant and Plaintiff-in-Counterclaim Sapphire Audio LLC | Steven M. Cowley<br>Jason L. Zanetti<br>Edwards Angell Palmer & Dodge LLP<br>111 Huntington Avenue<br>Boston, MA  02199<br>(617) 239-0100<br><br>Counsel for Plaintiff and Defendant-in-Counterclaim Sunfield Enterprise Corporation |

March 7, 2007