IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| SUNFIELD ENTERPRISE CORPORATION,　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>　　　　　Plaintiff/Counterclaim　　)<br>　　　　　　　　Defendant,　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>　　v.　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>SAPPHIRE AUDIO, LLC,　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>　　　　Defendant/Counterclaim　　　)<br>　　　　　　　Plaintiff.　　　　　　) | Civil Action No. 05-CV-685 |

## ORDER APPROVING JOINT STIPULATION TO STAY LITIGATION

AND NOW, this ___ day of _____, 2007, upon consideration of the Joint Stipulation to Stay Litigation (the "Stipulation"), a copy of which is attached as Exhibit "A" to this Order; and due and proper notice of the Stipulation having been given; and after due deliberation and it appearing that sufficient cause exists to approve the Stipulation;

IT IS HEREBY ORDERED THAT:

1.　　The Stipulation is approved.

2.　　This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: _____, 2007

_____
Chief Judge Sue L. Robinson