IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| SUNFIELD ENTERPRISE CORPORATION, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 05-CV-685 |
| SAPPHIRE AUDIO LLC, | ) ) ) | |
| Defendant. | ) ) ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties to this action hereby stipulate and agree that this action – including, without limitation, all of the claims and counterclaims asserted by the parties – be dismissed with prejudice, without costs or attorneys' fees awarded to any party, and with all rights of appeal being waived.

Respectfully submitted,

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | EDWARDS ANGELL PALMER & DODGE LLP |
|---|---|
| /s/ Geoffrey A. Sawyer, III | /s/ Mark D. Olivere |
| William O. LaMotte III (No. 460) | Mark D. Olivere (No. 4291) |
| Geoffrey A. Sawyer, III (No. 4754) | EDWARDS ANGELL PALMER |
| MORRIS, NICHOLS, ARSHT | & DODGE LLP |
| & TUNNELL LLP | 919 N. Market Street |
| Chase Manhattan Centre, 18th Floor | Suite 1500 |
| 1201 North Market Street | Wilmington, DE 19801 |
| Wilmington, DE 19899 | (302) 777-7770 (Phone) |
| (302) 658-9200 (Phone) | (302) 777-7263 (Fax) |
| (302) 658-3989 (Fax) | molivere@eapedlaw.com |
| wlamotte@mnat.com | |

-and-

Thomas J. Sartory
Patrick M. Curran, Jr.
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333
(617) 482-1776

Attorneys for Defendant and
Plaintiff-in-Counterclaim
Sapphire Audio LLC

Dated: June 14, 2007

-and-

Steven M. Cowley
Jason L. Zanetti
EDWARDS ANGELL PALMER
& DODGE LLP
111 Huntington Ave
Boston, MA 02199
(617) 439-4444

Attorneys for Plaintiff and
Defendant-in-Counterclaim
Sunfield Enterprise Corporation